## OFFICE OF THE STATE MEDICAL EXAMINER
## PROVISIONAL ANATOMIC DIAGNOSES

Case# 10-0452

Decedent:  Graham Albert

Age:  58          Gender:  M          Race:  B

County:  Jones

Date of Examination:      4/6/2010

**Autopsy findings:**

Cardiomegaly with biventricular hypertrophy and severe atherosclerotic coronary artery disease
Patchy anthracosis and emphysematous bullae, lungs
Scars, kidneys

Additional laboratory tests/samples submitted:  Tox

Preliminary Cause of Death:      Atherosclerotic coronary artery disease

Contributory Cause(s) of Death:

Manner of Death:      Natural

Pathologist:  Feng Li, M.D., J.D., Ph.D.          Date: 4/6/2010

EXHIBIT 2

JC000001

# JONES COUNTY SHERIFFS DEPT.

DATE: 04/06/2010          **NUMBER: 2010007423**          Page **1**

Received: 04/05/2010  23:39  Incident No: 2010007423          Signal:
Dispatched:                        Location: 5178    HIGHWAY 11 ELLISVILLE
Enroute:                           Occurence:  04/05/2010   23:30
Arrived:
Completed:

## ******* COMPLAINANT(S) *******

ID # 2006080453          HARE, DAVID                              Home/Business
                         911 JONES COUNTY JAIL , ELLISVILLE MS 394370000    (601) 000-0000
       TYPE OF INDIVIDUAL L                                        (601) 000-0000
                                                                   (601) 000-0000

## ********** VICTIM(S) *********

ID # 2006100853          GRAHAM, ALBERT LEE                       Home/Business
                         ███████████████████████████             (601) 000-0000
       TYPE OF INDIVIDUAL I                                        (601) 000-0000
                                                                   (601) 000-0000

DOB: ███████   AGE: 58  +/- 00   RACE:B          SEX:M        Height: 6- 1   Weight:170  SSN:███████
OLN:                  State: MS Class:     Commercial:   Birth City/State:
Appearance:40         Build:              Complexion:       Ethnicity:N       Eyes:BRO
Hair: BLK   Hair Length:              Hair Style:          Resident: R       M.O.:
EMPLOYER:

INJURY TYPE(S) ⌐ ⌐ None ⌐ ⌐ Broken Bones ⌐ ⌐ Internal ⌐ ⌐ Lacerations ⌐ ⌐ Minor ⌐ ⌐ Major ⌐ ⌐ Teeth ⌐ ⌐ Unconscious

## ***** ASSISTING DETECTIVE(S) ******

                         SUBER, ROBERT

# JONES COUNTY SHERIFFS DEPT.

DATE: 04/06/2010        **NUMBER: 2010007423**        Page 2

**Agency: JCSO**        **Author:** SUBER, ROBERT

**Incident No: 2010007423**        **Title:** DEATH INVESTIGATION        **Report Type:** I

ON APRIL 5, 2010 AT 2339 HOURS, I, MAJOR ROBBIE SUBER, WAS CONTACTED BY CAPTAIN STACY WALLS REGARDING AN INMATE AT THE JONES COUNTY JAIL THAT WAS UNRESPONSIVE. ACCORDING TO CAPTAIN WALLS, CORRECTIONAL STAFF MEMBERS WERE ALERTED BY OTHER INMATES IN THE CELL THAT THE INMATE NEEDED HELP. WALLS INFORMED ME THAT CORRECTIONAL STAFF WERE ADMINISTERING CPR AND THAT EMSERV WAS ENROUTE TO THE JAIL. WALLS STATED THAT THE INMATE, ALBERT GRAHAM, HAD A HISTORY OF HEALTH PROBLEMS.

I RESPONDED TO THE ADULT CORRECTIONAL FACILITY AND MET WITH SHIFT SERGEANT DAVID HARE. GRAHAM HAD ALREADY BEEN TRANSPORTED TO SCRMC. HARE STATED THAT INMATES IN CELL 160 BEGAN BANGING ON THE DOORS AND YELLING THAT AN INMATE NEEDED HELP. HARE STATED THAT WHEN HE AND OTHER STAFF MEMBERS GOT TO GRAHAM HE WAS GASPING AND JERKING THEN BECAME UNRESPONSIVE. HARE STATED THAT NATHAN FAYARD BEGAN CPR AND AN AMBULANCE WAS REQUESTED. HARE STATED THAT THERE WAS NO APPARENT SIGN OF AN ASSAULT. HE STATED THAT CELL 160 IS CALLED THE MEDICAL CELL. INMATES TAKING REGULAR MEDICATION ARE IN THIS CELL.

I INFORMED HARE THAT I NEEDED A STATEMENT FROM HIM REGARDING THIS INCIDENT ALONG WITH ONE FROM FAYARD AND OFFICER SANTANNA BENJAMIN WHO WAS ALSO PRESENT.

I THEN SPOKE WITH ONE INMATE IDENTIFIED AS VINCENT BREAZALE. BREAZALE STATED THAT HE AND THE OTHER INMATES THOUGHT GRAHAM WAS HAVING A HEART ATTACK SO THEY ALERTED STAFF. I ASKED BREAZALE IF GRAHAM HAD ANY ALTERCATIONS WITH ANYONE IN THE CELL PRIOR TO THEM ALERTING STAFF. BREAZALE SAID THAT THERE WAS NO ALTERCATION NOR ANY PROBLEMS WITH OTHER INMATES. HE STATED THAT GRAHAM WAS ONE OF THE OLDER MEN IN THE CELL AND EVERYONE RESPECTED HIM. BREAZALE DID EXPRESS FRUSTRATION WITH WHAT HE FELT WAS A LONG TIME FOR STAFF TO RESPOND TO GRAHAM'S NEEDS.

I LEARNED FROM CAPTAIN WALLS WHO RESPONDED TO THE ER THAT GRAHAM WAS ACTUALLY BREATHING ON HIS ON AGAIN WITH A WEAK PULSE BUT THEN LOST HIS PULSE. A SHORT TIME LATER ER STAFF PRONOUNCED GRAHAM DECEASED.

I RESPONDED TO THE SCRMC AND BRIEFED WITH WALLS. WALLS RESPONDED BACK TO THE JAIL WITH FAYARD TO LOCATE A NUMBER FOR GRAHAM'S WIFE. WALLS STATED THAT GRAHAM'S WIFE HAD BEEN IN CONTACT WITH HER REGARDING GRAHAM'S HEALTH AND THAT GRAHAM WAS SEEN IN MARCH AT ELLISVILLE MEDICAL CLINIC AND PUT PN BLOOD PRESSURE MEDICATION.

CORONER NANCY BARNETT ARRIVED SHORTLY THEREAFTER. PHOTOGRAPHS WERE

# JONES COUNTY SHERIFFS DEPT.

DATE: 04/06/2010                    **NUMBER: 2010007423**                    Page 3

TAKEN OF GRAHAM'S BODY. THERE WERE NO IMMEDIATE SIGNS OF INJURY. IT WAS
LEARNED FROM HOSPITAL STAFF THROUGH BARNETT THAT GRAHAM HAD BEEN
HOSPITALIZED IN 2007 AND 2008 DIAGNOSED WITH AN ENLARGED HEART, CONGESTIVE
HEART FAILURE, CARDIOMYOPATHY, AND OTHER ILLNESSES. GRAHAM WAS BEING
TREATED BY DR WASSIM MOUANNES OF THE HEART CARE CENTER. I REQUESTED AN
AUTOPSY. BARNETT STATED SHE WOULD ATTEMPT TO HAVE AN AUTOPSY DONE ON
APRIL 6, 2010.

BARNETT AND I THEN MET WITH GRAHAM'S WIFE, JENETTA JONES GRAHAM AT 716
MAGNOLIA ST. LAUREL, MS (6013198612).  MS GRAHAM WAS ADVISED OF HER HUSBAND'S
DEATH. IT IS NOTED THAT GRAHAM WAS INCARCERATED ON AN AGGRAVATED
DOMESTIC CHARGE WITH MS GRAHAM AS THE VICTIM. GRAHAM HAD SHOT HIS WIFE
SEVERAL MONTHS PRIOR TO HIS DEATH AFTER AN ARGUMENT. MS GRAHAM STATED
THAT SHE RECENTLY VISITED HER HUSBAND AT THE JAIL AND SAID HE SEEMED
PEACEFUL. MS GRAHAM EXPRESSED GRATITUDE FOR CAPTAIN WALLS FOR THE TIMES
SHE CALLED WALLS CHECKING ON HER HUSBAND.

I SPOKE WITH AGENT JIMMY HERZOG ON THE MORNING OF APRIL 6, 2010 AND
REQEUSTED THE MISSISSIPPI BUREAU OF INVESTIGATION CONDUCT AN INVESTIGATION.
HERZOG AGREED TO DO SO.

JC000004

TCN

1s340001-20091110-209.    GRAHAM, ALBERT LEE

| DATE PRINTED | TAKEN BY | ORI |
|---|---|---|
| 20091110 | HILLMAN - CHILLMAN | MS034000 |

LEFT WRITER'S PAL**                                                                    LEFT INDEX

ID
50X50G8 TP5700 #000803 19:41:20    .......    LX T640  /#791YNKH

LEFT HAND



STATE OF MISSISSIPPI FINGERPRINT CARD | ARREST TRACKING NUMBER 8898127561

| 1. LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX | | 2. SOCIAL SECURITY NUMBER | 3. DRIVERS LICENSE NUMBER |
|---|---|---|---|
| GRAHAM, ALBERT, LEE, | | | |
| 4. SIGNATURE OF PERSON FINGERPRINTED | | 5. AGENCY CASE NUMBER | 6. SID NUMBER |

| 7. ALIASES, MAIDEN | 8. ARREST TYPE | 9. ARRESTING AGENCY ORI, NAME, ADDRESS |
|---|---|---|
| | ADULT [X]  JUVENILE TREAT AS ADULT [ ] | MS0340000 |

| 10. FBI NUMBER | 11. DATE OF ARREST (MM DD YYYY) | 12. DATE OF BIRTH (MM DD YYYY) | 13. SEX | 14. RACE | 15. HEIGHT | 16. WEIGHT | 17. EYES | 18. HAIR |
|---|---|---|---|---|---|---|---|---|
| | 11 11 2009 | | M | B | 506 | 280 | Bro | Bla |

19. SCARS, MARKS, TATTOOS, AND AMPUTATIONS  INCLUDE TATTOO DESCRIPTION

| 20. MISCELLANEOUS NUMBERS | 21. RESIDENCE (COMPLETE ADDRESS) |
|---|---|
| | LAUREL, MS |

NTN



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

ID 50X50G8 TP5700   19:41:20      LXT640   #791YNKH   20091110-19:43

| LEFT FOUR FINGERS TAKEN SIMULTANEOUS | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |
|---|---|---|---|

JC000010

| STATE OF MISSISSIPPI FINGERPRINT CARD | ARREST TRACKING NUMBER 8898127561 |
|---|---|

| 1. LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX | 2. SOCIAL SECURITY NUMBER | 3. DRIVERS LICENSE NUMBER |
|---|---|---|
| GRAHAM, ALBERT, LE | | |

4. SIGNATURE OF PERSON FINGERPRINTED

| 5. AGENCY CASE NUMBER | 6. SID NUMBER |
|---|---|

| 7. ALIASES, MAIDEN | 8. ARREST TYPE | 9. ARRESTING AGENCY ORI, NAME, ADDRESS |
|---|---|---|
| | ADULT ☒    JUVENILE TREAT AS ADULT ☐ | MS0340000 |

| 10. FBI NUMBER | 11. DATE OF ARREST (MM DID YYYY) | 12. DATE OF BIRTH (MM DID YYYY) | 13. SEX | 14. RACE | 15. HEIGHT | 16. WEIGHT | 17. EYES | 18. HAIR |
|---|---|---|---|---|---|---|---|---|
| | 11     2009 | | M | B | 506 | 280 | Bro | Bla |

| 19. SCARS, MARKS, TATTOOS, AND AMPUTATIONS | 20. MISCELLANEOUS | 21. RESIDENCE (COMPLETE ADDRESS) |
|---|---|---|
| | | LAUREL, MS |

NTN



| 1. R. THUMB | 2. R. INDEX | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|
| 6. L. THUMB | 8. L. INDEX | 9. L. RING | 10. L. LITTLE |

ID 50X50G4 DP5700     19:41 20          LXT640   #791YNKH    20091110-19:44

| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |
|---|---|---|---|

JC000011

# JONES COUNTY ADULT DETENTION FACILITY

Release Sheet: 67209

Page: 1

ID #: 2006100853
Name: GRAHAM, ALBERT LEE
Address:
LAUREL, MS 00000000
Phone(Home/Business)(601) 000-0000   (601) 000-0000

| | | |
|---|---|---|
| DOB: | Age: 58 YRS | Height: 6- 1 |
| Race:B | Sex: M | Weight:170 |
| Eyes:BRO | Ethnicity:N | Appearance: 40 |
| Hair: BLK | Resident:R | Build: |
| Scars/Marks/Tattoos: | Complexion: | Birth Place: |
| Employer: | FBI ID: | IdentA: |
| SSN: | DL No.: | MS    State ID: |

| | |
|---|---|
| Booking Date: 11/10/09   Time:   9:51 | Transfer(Y/N)?      Facility: JCADF |
| Release Date: 04/05/10   Time:  23:49 | Reason for Release: |
| Officer:HARE 205     Name not found | Length of Stay: |
| Arrest Date: 11/10/09     Time:   9:43 | Booking Officer:2008020089   HILLMAN, CHRISTOPHER |
| Arresting Agency: JCSO | Cell Assignment:A160 |
| Officer:2005070036   STIGLET, JAMES | Status: MIN      Class: JCSO |
| Location: | Hold Reason: CH |
| LAUREL                     MS | Holding For: |
| Searched By: 86        Phone Call: | Sentence Date:       / / |
| CLOTHING:Y      NCIC:     DETAINER: | Scheduled Release:       / /    0:00 |
| METAL:      WARRANT:      ESCAPE: | Court Date: |
| PAT:Y      PRINTS: | Attorney: |
| STRIP:Y      PHOTO:Y | Bondsman: |
| CAVITY:      10-92 P/W | Drug Screen: |

Cash:        $0.00  Vehicle Information:
Vehicle Location:
Property Description:                    Property Location:  JCADF
1 WALLET WITH CONTENTS
3 KEYS
1 VISOR
1 JACKET
1 PAIR SUNGLASSES
1 CELL PHONE

**OFFENSES**

| Seq.No.: | Code: | Description: | | Court | Bond Amt: | Bond Type: |
|---|---|---|---|---|---|---|
| | Incident Number | RSA | Warrant Number | | Fel/Misd | Fine Amount: |
| Notes: | | | | | | |
| 1 | 97-3-7 (2)A | AGGRAVATED ASSAULT,MANIFEST EXTREME INDIF. | JCCC | | 50,000.00 | CASH |
| | | 97-3-7 (2)A | | | F | 0.00 |

(domestic)
Release Notes:
TRANSFERED TO HOSPITAL.

# JONES COUNTY ADULT DETENTION FACILITY

Release Sheet: 67209

Page: 2

Total Bond Amount:     $50,000.00

**I HAVE RECEIVED ALL OF MY PROPERTY, MONEY AND VALUABLES AND FIND IT TO BE ACCURATE.**

Inmate's Signature ___ *N/A* ___     Date ___     Time ___

Releasing Officer ___ *Hare  Sgt  205* ___     Date *4/5/00*  Time *2349*

Authorized Release:  A.HODGE     Witness ___

JC000013

# JONES COUNTY ADULT DETENTION FACILITY

Release Sheet: 67209

Page: 1

ID #: 2009110172
Name: BROWN, ALBERT LEE
Address: ▮▮▮▮▮▮▮
LAUREL, MS 0000
Phone(Home/Business):(601) 000-0000   (601) 000-0000

| | | |
|---|---|---|
| DOB: ▮▮▮▮ | Age: 58 YRS | Height: 6- 2 |
| Race: B | Sex: M | Weight: 170 |
| Eyes: BRO | Ethnicity: N | Appearance: 40 |
| Hair: GRY | Resident: U | Build: 2 |
| Scars/Marks/Tattoos: | Complexion: 08 | Birth Place: |
| Employer: | FBI ID: | IdentA: |
| SSN: ▮▮▮▮▮ | DL No.: | MS   State ID: |

Booking Date: 11/10/09   Time:   9:51
Release Date: 04/05/10   Time: 23:49
Officer: HARE 205   Name not found
Arrest Date: 11/10/09   Time:   9:43
Arresting Agency: JCSO
Officer: 2005070036   STIGLET, JAMES
Location: ▮▮▮▮▮▮▮▮▮▮▮▮

Transfer(Y/N)?   Facility: JCADF
Reason for Release:
Length of Stay:
Booking Officer: 2008020089   HILLMAN, CHRISTOPHER
Cell Assignment: A160
Status: MIN      Class: JCSO
Hold Reason: CH
Holding For:
Sentence Date:      / /
Scheduled Release:      / /    0:00
Court Date:
Attorney:
Bondsman:

Searched By: 86          Phone Call:
CLOTHING: Y      NCIC:     DETAINER:
METAL:      WARRANT:     ESCAPE:
PAT: Y      PRINTS:
STRIP: Y      PHOTO: Y
CAVITY:      10-92 P/W

Drug Screen:

Cash:          $0.00  Vehicle Information:
Vehicle Location: $2.37 ⌀ - Cash
Property Description:          Property Location: JCADF
✓ 1 WALLET WITH CONTENTS
~~3 KEYS~~ - albert srabon signed that there were no keys.
✓ VISOR
✓ JACKET
✓ PAIR SUNGLASSES
✓ CELL PHONE
1 wedding band

| Seq.No.: Code: | Description: | OFFENSES | Court | Bond Amt:  Bond Type: |
|---|---|---|---|---|
| Incident Number | RSA | Warrant Number | | Fel/Misd  Fine Amount: |
| Notes: | | | | |
| 1    97-3-7 (2)A | AGGRAVATED ASSAULT,MANIFEST EXTREME INDIF.   97-3-7 (2)A | | JCCC | 50,000.00   CASH<br>F           0.00 |

(domestic)
Release Notes:
TRANSFERED TO HOSPITAL.

# JONES COUNTY ADULT DETENTION FACILITY

### Release Sheet: 67209

Page: 2

**Total Bond Amount:** $50,000.00

I HAVE RECEIVED ALL OF MY PROPERTY, MONEY AND VALUABLES AND FIND IT TO BE ACCURATE.

Inmate's Signature _Jeoniller Graham_   Date _4-7-10_ Time _0949_

Releasing Officer _Brenda Tillman_   Date _4-7-10_ Time _0949_

Authorized Release: A.HODGE   Witness _____

JC000015

# JAIL INCIDENT REPORT

### 19

Incident Date/Time: 04/06/2010  01:36:37    Incident Type: MAJOR INFRACTION

Incident Location: hall 2  a160

Incident Cause: illness

Evidence Collected:  SGT. David Hare ,c/o Nathan Fayard, c/o Santana Benjamin  assessed  the scene.

### Narrative (Facts):

At about 2328 hrs. the inmates in this zone was beating on door and window. these officers and I responded and found several cell mates standing over albert Graham.  They said he seem to be having a seizure.  After assessing  that he need a doctor, I told central operator c/o wilson to call the nurse and I called Capt. Walls and central dispatch to send an ambulance while c/o Fayard began C.P.R.           After these  calls  I returned  to a160 and began assisting c/o Fayard with C.P.R. until ambulance arrived and took over.  C/O Fayard out with ambulance to hospital.

### Action(s)/Recommendation(s):

### Supervisor/Manager Review:

### INMATE(S) INVOLVED

| NAME: | INVOLVEMENT: | CELL ASSIGNMENT: |
|---|---|---|
|  | VICTIM |  |
|  | VICTIM |  |

### OFFICER(S) INVOLVED:

HARE, DAVID                           BENJAMIN, SANTANA

### INFRACTION(S) INVOLVED:

Entered By: BENJAMIN, SANTANA

| Hare, David | Officer Making Report | Date | | Approval Supervisor | Date |
|---|---|---|---|---|---|
|  | Approval Manager | Date | | | |

JC000016

# JAIL INCIDENT REPORT

18

Incident Date/Time: 04/06/2010   23:28:00      Incident Type: MAJOR INFRACTION

Incident Location: A160

   Incident Cause: inmate passing out

Evidence Collected:  none

## Narrative (Facts):

   On april 4th,2010 at 2328 hours inmates in cell block A160 began beating on the windows and pressing the emergency button on the wall. Officer Fayard and officer Hare rushed to cell block A160 . Upon entry into the cell officer Fayard and Hare found inmate Albert Graham lying on his rack , mr.graham was breathing and looking around at this time . SGT.Hare instructed officer fayard to get the blood pressure cuff and check mr.grahams blood pressure .

   Officer fayard left cell block A160 to get the blood pressure cuff. When officer fayard returned mr.graham was breathing very shallow . At this time SGT.Hare advised central control to contact the nurse carol johnson . SGT.Hare left to talk to the nurse .Officer Fayard was then joined by officer santanna benjamin . No blood pressure could be taken due to the machine malfunctioning . Mr.Graham then stopped breathing . Officer fayard ran to central control to grab a pocket mask

   When Officer Fayard re intered cell A160 Mr.Graham's lips had turned blue . officer fayard and officer benjamin removed mr.graham from his rack and placed him on the floor . Officer fayard checked mr.grahamns airway and began breathing for him after two breaths mr.graham had no pulse . Officer fayard began CPR on mr.graham at this time officer fayard was joined by SGT.Hare .SGT.Hare began chest compressions while officer fayard continued breathing . Central control advised over the radio that EMSERV had been called and was on the way . At 2338 EMSERV was on the sceen , at this time CPR had been going on for eight minutes . EMSERV worked on mr.graham and prepared him for transport. Officer Fayard rode in with EMSERV breathing for mr.graham while in trasit . When officer fayard and EMSERV arrived at SCRMC respatory therepy relieved offficer fayard from breathing mr. graham

end of report

Date·   4/06/2010        Time·  2:29 AM                                              Page  1

JC000017

# JAIL INCIDENT REPORT

**Action(s)/Recommendation(s):**

**Supervisor/Manager Review:**

| INMATE(S) INVOLVED NAME: | INVOLVEMENT: | CELL ASSIGNMENT: |
|---|---|---|
| GRAHAM , ALBERT LEE | VICTIM | A160 |

**OFFICER(S) INVOLVED:**

HARE, DAVID                    BENJAMIN, SANTANA

**INFRACTION(S) INVOLVED:**

Entered By: CHERRY, WHITNEY

| N.Fayard | | |
|---|---|---|
| Officer Making Report | Date | Approval Supervisor    Date |
| Approval Manager | Date | |

## STATEMENT OF MIRANDA RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before questioning, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

_Albert S Graham_
_____
DEFENDANT

WITNESSED BY:

_____

OFFICER'S NAME:

_Don A. Sumrall_

OFFICER'S DEPARTMENT:

_Jones S. O._

DATE:

_11/12/09_

TIME:

_1346 P.M._

**CERTIFIED**

## CERTIFICATE OF INTIAL APPEARANCE
### (FELONY)

I certify that Albert Lee Graham whose address is ████████████ Laurel MS 39443 was granted an initial appearance before me on the 12 day of Nov 2009.

The following information was given to the defendant verbally and a copy of this certification was also given to the said defendant.

TO: Albert Lee Graham , defendant

1. CHARGE AND PENALTY. You have been charged with the following felony crime(s).

| CRIME | STATUTES |
|---|---|
| A. Aggravated Assault | 97-3-7 (2)(b) |
| B. | |
| C. | |
| D. | |
| E. | |

A copy of the complaint against you is attached to this certificate. If your name and address as shown above are incorrect, the error should be pointed out to the Court, or any officer of the Court in which you appear.

2. RIGHT TO REMAIN SILENT. You are not required to speak and any statements you make may be used against you.

3. RIGHT TO AN ATTORNEY. You have the right to the assistance of counsel and if you are unable to afford counsel an attorney will be appointed to represent you. An application for appointment of counsel is attached to this certificate. If you wish to hire your own attorney, you will be given opportunity by the officer in charge of the jail to make necessary telephone calls to obtain counsel.

4. RIGHT TO COMMUNICATION. You have the right to communicate with your attorney, family, or friends and reasonable means will be provided by the officer in charge of the jail to enable you to do so.

5. RIGHT TO PRELIMINARY HEARING. You have a right to a preliminary hearing before a judicial officer of the charges made against you to determine whether there is probable cause to believe that a crime has been committed and that you committed it. If such probable cause is found not to exist, you will be discharged from custody. At any such preliminary hearing you shall have the right to cross-examine any witnesses offered against you, compel the attendance of witnesses in your own behalf by subpoena and offer any evidence in your own behalf. An application for preliminary hearing **is/is not** Attached hereto.

6. BAIL. You **have/do not have** the right to bail. Your bail is corresponding to The charges set forth in paragraph 1 above is:

a. 50,000 ⁰⁰  b. _____  c. _____  d. _____  e. _____

CASH Bond

**CERTIFIED**

2

JC000020

The SHERIFF OF JONES COUNTY must approve any bond.

7. COMMITMENT. You are hereby committed to the custody of the JONES COUNTY SHERIFF'S DEPARTMENT to await the action of the JONES COUNTY GRAND JURY next convened or further action of the Circuit Court of said county.

THIS THE ____12____ DAY OF ___Nov.___ , 2009

_Wesley Rushing_

JUSTICE COURT JUDGE

DEFENDANT WAS INSTRUCTED by Judge THAT
iF He bonds out oF JAiL He is NOT TO
GO WITHiN 300 yds iF Alledged ViCTiOM uNTiL
THis Case Has been TO CiRCuiT CouRT

_Wesley Rushing_

WESLEY RUSHING
JUSTICE
COURT
JUDGE
JONES COUNTY MS

CERTIFIED

3

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

_____          NO. _____

### AFFIDAVIT OF INDIGENCY

Came this day this cause, the defendant, _____
_____, in the above styled and numbered cause and after first
being placed under oath by the Court, makes affidavit that he is an indigent person
within the provision of Section 25-32-9, Mississippi Code of 1972 Annotated as
Amended and is unable to employ Counsel.

_____
DEFENDANT

_____
JUSTICE COURT JUDGE

CERTIFIED

4

JC000022

## INDIGENCY PROCEEDING

1. What is your name?
   _____

2. Are you presently in jail or out on bond?
   _____

3. Where do you live?
   _____

4. With whom do you live?
   _____

5. Are you employed?
   _____

6. What kind of work do you do or have you done and what?
   _____

7. Do you have any dependants, if so, how many?
   _____

8. Do you have any wages due to you or owing to you at this time for work performed by you in the past which has not yet been paid?
   _____

9. Do you have a bank account?
   _____

10. Do you have a checking account?
    _____

11. Do you have a savings account?
    _____

12. Do you own any stocks or bonds?
    _____

13. Do you own a vehicle of any type, if so, make and model and what its worth and if there is anything owed on it, who has possession of it and in whose name is it registered in?

    _____

14. Do you own real property, if so, what type? _____

    Where is it located, in whose name is it titled? How much is it worth? What is Owed on it and to whom is it owed? _____

15. Do you own anything else of value that can be sold and/or converted into money for the purpose of hiring an attorney? _____
    _____

Then you make a determination whether or not they are indigent. If they are, then ask them if they want an attorney. If they so desire, then you appoint one.

CERTIFIED

5

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS

_____          NO._____

### APPOINTMENT OF PUBLIC DEFENDER

Came before the court, this day, the defendant, _____
_____, requesting the Court to appoint an attorney,
and the Court having first placed the defendant under oath finds as follows:
Property (real or personal) _____
_____
Employment Status _____
Number of Dependants _____
Income from any other source _____
Ability of parent or spouse to provide attorney fee _____
_____
Other _____

This Court having considered the affidavit of indigence filed by the defendant in
the above styled and numbered cause and finding of the defendant's financial ability to
hire counsel finds that the defendant is an indigent person within the provisions of
Section 25-32-9, Mississippi Code, Annotated 1972, and hereby appoints the Public
Defender to represent the defendant in the above styled and numbered cause.

SO ORDERED, THIS THE _____ DAY OF _____, _____

_____
JUSTICE COURT JUDGE

CERTIFIED

6

IN THE JUSTICE COURT OF JONES COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VERSUS

_Albert lee Graham._                    NO._____

APPOINTMENT OF PUBLIC DEFENDER

    Came before the court, this day, the defendant, _Albert lee_ _____ _Graham_ _____, requesting the Court to appoint an attorney, and the Court having first placed the defendant under oath finds as follows:

Property (real or personal) _____

_____

Employment Status _____

Number of Dependants _____

Income from any other source _____

Ability of parent or spouse to provide attorney fee _____

Other _____

    This Court having considered the affidavit of indigence filed by the defendant in the above styled and numbered cause and finding of the defendant's financial ability to hire counsel finds that the defendant is an indigent person within the provisions of Section 25-32-9, Mississippi Code, Annotated 1972, and hereby appoints the Public Defender to represent the defendant in the above styled and numbered cause.

SO ORDERED, THIS THE  12  DAY OF  Nov , 2008.

_Wesley Rushing_
             JUSTICE COURT JUDGE

_DeFendANT STATed He would HiRe OWN ATTORNey. $50,000⁰⁰ CASH Bail SeT._

CERTIFIED _Wesley Rushing_
_Justice Court Judge_

## THREE WAYS TO MAKE BOND

1. PROPERTY BOND. This type bond is usually made with the assistance of an Attorney and must be approved by the Sheriff.
2. RULE BOND. This is made by filing 10% of the bond with the Circuit Clerk's office. This method may be used if you have never been convicted of a felony, and the crime you are now charged with is non-violent. Most of this money will be returned after the case has been handled by the court or applied to the fines and restitution.
3. PROFESSIONAL BONDSMAN. This method is used by paying a Professional bondsman a 10% fee if you are in the state and a 15% if outside of the state. The money is not returnable and cannot be used for fines or restitution.

*50,000 ᵒᵒ CASH Bond oNly*

I HAVE RECEIVED A COPY OF THE THREE WAYS TO MAKE A FELONY BOND.

_____
DEFENDANT

_____
WITNESS

_____11/12/09_____
DATE

**CERTIFIED**

JC000026

*JEANNENE T. PACIFIC, P.A.*
*Attorney at Law*

*Mailing Address:*
*P.O. Box 1282*
*Laurel, Ms. 39441*

August 10, 2005

Memorandum to: <u>Felony Defendants</u>

From: Jeannene T. Pacific, Circuit Court Head Public Defender

This Memorandum is given to you in an effort to better explain the criminal process and the Public Defender's Office.

1. As you will note, if you have been declared indigent by the Municipal or Justice Court, they have assigned you to the "Public Defender's Office". This assignment is not to a certain Public Defender and is only temporary.

2. Prior to indictment, the Public Defender's Office will not be able to ask for and receive your discovery (containing the charges and documents held by the District Attorney's Office) until *after* you have been indicted. You may not be indicted for the charge you have not been arrested on. Either way, no discovery is available until after indictment.

3. *If you are indicted*, a new determination will be made by the Circuit Court as to whether you are indigent and qualify for the Public Defender's Office. Judge Landrum has stated his opinion many times that "if a person is able to bond out of jail, then he obviously is not indigent". After that new determination is made, if you are found to be indigent, a Public Defender will be assigned to your case on a rotation basis. You will not be able to ask for a specific Public Defender nor will you be able to seek a change of the one assigned to you. If your Public Defender has a conflict he will take that matter up with the Head Public Defender but that conflict will have nothing to do with your personal wishes.

4. After the determination is made by Circuit Court, you are required to stay in touch with your Public Defender. Each Public Defender has their own system for requiring you to either check in, call in, or stay in touch. They will advise you of what is required. If you fail to stay in touch with your attorney, they may ask for a Bench Warrant against you. **It is your responsibility to stay in touch with them, not theirs to have to track you down.**

I trust that this information is helpful. Please keep this paper and read it carefully.

Jeannene T. Pacific

*[signature]*

3-10-10
faxed to
5.0.



*Jones County Sheriff's Department*
SHERIFF ALEX HODGE

MEDICAL TREATMENT FORM

Date 3-10-10      Time_____

Inmate Name Albert Graham Inmate #_____ Cell # B102

A.D.F. Inmate __✓__ J.D.F Inmate_____

County Inmate __✓__    State Inmate_____

Laurel P.D. _____    Ellisville P.D _____

Other Agency _____

Medical
Complaint C/o ↑ BP _____
_____
_____

Treatment Reassessing condition
States room. Been on Meds
in area too

Was inmate transported to a medical facility? Y / N
If so what facility? EMA    Care provider who treated inmate W Scoggins

**All use of ambulance service or hospital treatment must first be approved by administration.**
**Administration notified** Y C O

County Pay (adult) 6156492 ___✓___ (Juv) 6213147 _____

State Pay 6266923_____   Laurel Police Pay 5061684_____

Inmate Pay _____

I understand that the Jones County Sheriff Dept. will not be responsible for any preexisting medical
conditions. I understand I will be responsible and I will be required to pay all medical expenses.

Inmate's signature Albert Graham

Print name Albert Graham

JC000028

# JONES COUNTY ADULT DETENTION FACILITY

**Booking Medical Sheet:** 67209
11/10/09    9:51

**ID #:** 2006100853     **Name:** GRAHAM, ALBERT LEE
**Address:** ▆▆▆▆▆▆▆▆▆▆
LAUREL, MS 00000000

**DOB:** ▆▆▆▆     **Race:** B     **Height:** 6- 1     **Eyes:** BRO     **Home Phone**
**Age:** 58 YRS     **Sex:** M     **Weight:** 170     **Hair:** BLK     (601)000-0000
**Soc. Sec. No.:** ▆▆▆▆▆



## VISUAL ASSESSMENT

Yes/No

| | | |
|---|---|---|
| N | 1. | Is inmate unconscious? |
| N | 2. | Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate medical attention? |
| N | 3. | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that may be contagious? |
| N | 4. | Any signs of poor skin condition, vermin, rashes or needle marks? |
| N | 5. | Does inmate appear to be under the influence of drugs or alcohol? |
| N | 6. | Any visible signs of alcohol or drug withdrawal? |
| N | 7. | Does inmate's behavior suggest the risk of suicide or assault? |
| N | 8. | Is inmate carrying medication? |
| N | 9. | Does the inmate have any physical deformities? |
| N | 10. | Does inmate appear to have psychiatric problems? |

## MEDICAL QUESTION

Yes/No

11. Do you have or have you ever had any of the following:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N | a) allergies | N | e) epilepsy | Y | i) high blood pressure | N | m) ulcers |
| N | b) arthritis | N | f) fainting spells | N | j) psychiatric disorder | N | n) venerial disease |
| N | c) asthma | Y | g) heart condition | N | k) seizures | N | o) other(specify) |
| N | d) diabetes | N | h) hepatitis | N | l) tuberculosis | | |

12. Females only:

N a) Are you pregnant?   N b) Do you take birth control pills?   N c) Have you recently delivered?

| | | |
|---|---|---|
| N | 13. | Have you recently been hospitalized or treated by a doctor? |
| Y | 14. | Do you currently take any medication prescribed by a doctor? |
| N | 15. | Are you allergic to any medication? |
| Y | 16. | Do you have any handicaps or conditions that limit activity? |
| N | 17. | Have you ever attempted suicide or are you thinking about it now? |
| N | 18. | Do you regularly use alcohol or street drugs? |
| N | 19. | Do you have any problems when you stop drinking or using drugs? |
| N | 20. | Do you have a special diet prescribed by a doctor? |
| N | 21. | Do you have any problems or pain with your teeth? |
| N | 22. | Do you have any other medical problems we should know about? |

**Medical Insurance:** NONE     **Doctor:** NONE
**Emergency Contact:** ODELL GRAHAM     **Relationship:** BROTHER
**Address:**
**City:** JOLLIET     **State:** IL   **Zip:**     **Phone:** ▆▆▆▆▆

JC000029

# JONES COUNTY ADULT DETENTION FACILITY

Booking Medical Sheet:     67209
11/10/09     9:51

EXPLANATIONS (REFER TO QUESTION NUMBER)

**Q11G:** CONGESTIVE HEART FAILURE
**Q11I:** SAYS IT'S BORDERLINE
**Q14:** CORAD
**Q16:** HEART CONDITION
**Q23:** DISABILITY

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

Inmate's signature _____     Witness _____

Attending Officer _____     Date _____     Time _____

JC000030

GRAHAM, ALBERT
REPORT DATE : 03/10

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAZEPRIL HCTZ 10-12.5 M GENERIC FOR LOTENSIN HCT TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/11/10 | | | | | | | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B |   |   |   |   |   |   |   |   |   |   |
| L |   |   |   |   |   |   |   |   |   |   |
| S |   |   |   |   |   |   |   |   |   |   |
| BT |   |   |   |   |   |   |   |   |   |   |
|   | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B |   |   |   |   |   |   |   |   |   |   |
| L |   |   |   |   |   |   |   |   |   |   |
| S |   |   |   |   |   |   |   |   |   |   |
| BT |   |   |   |   |   |   |   |   |   |   |
|   | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| B |   |   |   |   |   |   |   |   |   |   |   |
| L |   |   |   |   |   |   |   |   |   |   |   |
| S |   |   |   |   |   |   |   |   |   |   |   |
| BT |   |   |   |   |   |   |   |   |   |   |   |

CHARTING FOR 03/01/10 THROUGH 03/31/10 PAGE 1 OF 1

Physician PATEL, JAISHRI

Att. Physician

Allergies

Diagnosis

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No. J00081

Medicaid Number | Medicare Number | Approved By Doctor:
By:
Title:
Date:

RESIDENT GRAHAM, ALBERT | D.O.B. 00/00/0000 | Sex | Room # 0081 | Patient Code GRAALBE | Admission Date 03/10/1

JC000031

# MEDICATION ADMINISTRATION RECORD

REPORT DATE : 03/10

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAZEPRIL-HCTZ 10-12.5 M GENERIC FOR LOTENSIN HCT TAKE 1 TABLET BY MOUTH ONCE DAILY | 03/11/10 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

|   | 1 | 2 | 3 | 4 |   | 5 |   | 6 |   | 7 |   | 8 |   | 9 |   | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | | | | | | | | |
| L | | | | | | | | | | | | | | | | |
| S | | | | | | | | | | | | | | | | |
| BT | | | | | | | | | | | | | | | | |
|   | 11 | 12 | 13 | 14 |   | 15 |   | 16 |   | 17 |   | 18 |   | 19 |   | 20 |
| B | | | | | | | | | | | | | | | | |
| L | | | | | | | | | | | | | | | | |
| S | | | | | | | | | | | | | | | | |
| BT | | | | | | | | | | | | | | | | |
|   | 21 | 22 | 23 | 24 |   | 25 |   | 26 |   | 27 |   | 28 |   | 29 |   | 30 | 31 |
| B | | | | | | | | | | | | | | | | | |
| L | | | | | | | | | | | | | | | | | |
| S | | | | | | | | | | | | | | | | | |
| BT | | | | | | | | | | | | | | | | | |

CHARTING FOR 03/01/10 THROUGH 03/31/10    PAGE 1 OF 1

Physician: PATEL, JAISHRI    Telephone No.    Medical Record No. JO0081

Alt. Physician    Alt. Telephone

Allergies    Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Approved By Doctor:
By:    Title:    Date:

RESIDENT  GRAHAM, ALBERT    D.O.B. 00/00/0000   Sex   Room # 0081   Patient Code GRAALBE   Admission Date 03/10/1

ID# 67209   Page 153   Line 19   Time In 0943   B102   00486

# LAUREL POLICE DEPARTMENT

| LAST NAME | FIRST NAME | MIDDLE | RELEASE DATE 4/5/ᴍ TIME 2349 RECEIPT |
|---|---|---|---|

Graham
Brown    Albert    Lee

RELEASE DATE 4/5/ᴍ TIME 2349 RECEIPT

| SEX | COLOR | D.O.B. | HAIR | EYES | |
| M(✓) F( ) | W B O ( )(✓)( ) | ▮▮▮ | Blk | Brⁿ | 6'2 HT |
| | | | | | 170 WT |

RESIDENCE ▮▮▮▮▮▮▮▮▮▮▮▮

D.L.
S.S. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| DATE OF ARREST | PLACE ARRESTED | OFFICER |
|---|---|---|
| 11/10/09 | SCRMC | Stiglet |

BOND AMOUNT

CHARGES

Agg Assualt (Domestic)
97-3-7(2)A

COMMENTS

hold for Investigations

BOUND TO COUNTY
DATE

▮▮▮▮▮▮▮   Called Family

INDICTMENT #

DATE          IND. FEE

STATE INMATE

DATE          SENTENCE





# MEDICATION INFORMATION FORM    FACILITY/CODE: Jones Co MS

PLEASE PRINT CLEARLY AND COMPLETE ALL FIELDS, SO THAT WE MAY PROCESS EACH ORDER ACCURATELY

**LAST NAME:** Graham    **FIRST NAME:** Albert    **SS #:** _____    **BIRTHDATE:** _____

CIRCLE ONE:    CITY    COUNTY    STATE    FEDERAL

*MUST HAVE SSN & DOB TO FILL ANY CONTROLLED SUBSTANCES*

BILL TO:
(IF DIFFERENT ACCOUNT)

**ALLERGY**    **CELL BLOCK**

ALIAS IF KNOWN:    BOOK IN #    INS#

**PERSON COMPLETING FORM:**

| DRUG NAME | STRENGTH | DIRECTIONS | PHYSICIAN | HOUR(S) GIVEN | START DATE | QTY | REFILLS |
|---|---|---|---|---|---|---|---|
| Latensin | 10/125 | 1 gel | R Scaggs AM | | | 30 | 2 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*F-FORM/MED INFO FORM CUSTOM 2001.DOC*

**MD. / P.A. / F.N.P. / C.R.N.P.  SIGNATURE REQUIRED**

**IHS Pharmacy**

Independent Health Services, Inc.
Post Office Box 1428
Rainsville, AL 35986

Phone: 1(800)638-3104
Fax:    1(800)638-9459

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE NOR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, ETC. IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE CALL 1(800)638-3104.



**Jones County Sheriff's Department**
**SHERIFF ALEX HODGE**

**INMATE PERSONAL PROPERTY LOG**

INMATE NAME _Albert Graham_   INMATE BOOKING # _67209_

OFFICER SIGNATURE _____  DATE _11/10/09_ TIME _0951_

C. OFFICER SIGNATURE _____  DATE _11/09_ TIME _0943_

### MONEY

100,00 _____
50.00 _____
20.00 _____
10.00 _____
5.00 _____
1.00 ___1___

TOTAL COINS _1.36_

TOTAL MONEY AMOUNT $ _2.36_

### PROPERTY LIST

Wallet / content
2 Keys A & C.
Visor
Jacket
Sunglasses
Cell phone
Wedding band

I HAVE READ THE ABOVE ACCOUNTING OF MY MONEY AND VALUABLES AND FIND IT TO BE ACCURATE.

x_Albert L. Graham_
**INMATE SIGNATURE**

ALL ABOVE PROPERTY ACCOUNTED FOR AND PLACED IN PROPERTY LOCKER BY

_____ Sgt. Signature. Date _11/10/09_ Time _0943_

PROPERTY RELEASED TO _Jennifer Graham_

DATE _4-7-10_   TIME _0949_

Property removed from locker and all property release sheets and or booking release sheet filled out correctly and place in folder.

_____ Sgt Signature Date _4-7-10_ Time _0949_

JC000036

**2006100853 : GRAHAM, ALBERT**

10373

Loc: A160

JONES COUNTY

4/7/2010 9:40:16 AM

By: CASY From: Cash Drawer #1

Acct: JONES-580

Prior Balance:     $52.20

| | | |
|---|---|---|
| Release | RESIDENT RELEASE | |
| Check | Check 1219 Paid To: ALBERT GRAHAM | -$52.20 |
| | Balance at Release | |
| | INMATE IS DECEASED | |
| Close | | |
| Sign: | | Main Balance:     $0.00 |

# JONES COUNTY ADULT DETENTION FACILITY

### Activity Sheet for Booking #: 67209
### 04/23/10    11:35

| ID #: 2009110172 | Name: GRAHAM, ALBERT LEE | | Cell: A160 |
|---|---|---|---|
| Status: MIN | Class: JCSO | Hold Reason: CH | Holding For: |

Activity Date/Time: 11/10/09  11:37    Activity: STATBI

Old Facility:        Old Cell:        New Facility:        New Cell:

Amount:        Qty:    1    Extension:        Phone #:        Completed:

Appointment Date/Time:        Officer:        2009070031

Notes:

INMATE ISSUED ARM BAND ON 11/10/09

JC000038

# JONES COUNTY ADULT DETENTION FACILITY

**Activity Sheet for Booking #: 67209**
**04/23/10    11:36**

| | | | |
|---|---|---|---|
| **ID #: 2009110172** | **Name: GRAHAM, ALBERT LEE** | | **Cell: A160** |
| **Status: MIN** | **Class: JCSO** | **Hold Reason: CH** | **Holding For:** |

---

Activity Date/Time: 11/12/09  15:51      Activity: MVMTTRANSFER

Old Facility:  JCADF        Old Cell: M.DETOX      New Facility:              New Cell: B102

Amount:          Qty:      1      Extension:              Phone #:              Completed:

Appointment Date/Time:                        Officer:              2008120334

Notes:

JC000039

# JONES COUNTY ADULT DETENTION FACILITY

## Activity Sheet for Booking #: 67209
### 04/23/10    11:36

| | | | |
|---|---|---|---|
| **ID #: 2009110172** | **Name: GRAHAM, ALBERT LEE** | | **Cell: A160** |
| **Status: MIN** | **Class: JCSO** | **Hold Reason: CH** | **Holding For:** |

Activity Date/Time: 11/16/09  15:54       Activity: VIS   VIS

Old Facility:              Old Cell:                   New Facility:              New Cell:

Amount:          Qty:      1       Extension:                   Phone #:                      Completed:

Appointment Date/Time:                                        Officer:              2008040346

Notes:

PASTOR JERALD ULMER VISITED WITH SUBJECT IN THE VISITATION ROOM

# JONES COUNTY ADULT DETENTION FACILITY

**Activity Sheet for Booking #: 67209**

04/23/10    11:36

| ID #: 2009110172 | | Name: GRAHAM, ALBERT LEE | | Cell: A160 |
|---|---|---|---|---|
| **Status: MIN** | **Class: JCSO** | **Hold Reason: CH** | **Holding For:** | |

Activity Date/Time: 11/19/09  15:24      Activity: PH    PC

Old Facility:              Old Cell:              New Facility:              New Cell:

Amount:          Qty:      1      Extension:              Phone #: (601) 283-9716   Completed: Y

Appointment Date/Time:                              Officer:              2009070031

Notes:

BOBBY GRAHAM - BROTHER

JC000041

# JONES COUNTY ADULT DETENTION FACILITY

**Activity Sheet for Booking #: 67209**

**04/23/10    11:36**

| | | | |
|---|---|---|---|
| **ID #: 2009110172** | **Name: GRAHAM, ALBERT LEE** | | **Cell: A160** |
| **Status: MIN** | **Class: JCSO** | **Hold Reason: CH** | **Holding For:** |

Activity Date/Time: 11/19/09  15:24      Activity: PH    PC

Old Facility:              Old Cell:              New Facility:              New Cell:

Amount:          Qty:        1        Extension:                    Phone #: (601) 580-0393   Completed: Y

Appointment Date/Time:                              Officer:              2009070031

Notes:

BRYANT MATTHEWS - GOOD FRIEND.

# JONES COUNTY ADULT DETENTION FACILITY

**Activity Sheet for Booking #: 67209**

**04/23/10    11:36**

| | | | |
|---|---|---|---|
| ID #: 2009110172 | | Name: GRAHAM, ALBERT LEE | Cell: A160 |
| Status: MIN | Class: JCSO | Hold Reason: CH | Holding For: |

Activity Date/Time: 01/05/10    8:39    Activity: ATT  INVIEW

| | | | | | |
|---|---|---|---|---|---|
| Old Facility: | Old Cell: | | New Facility: | New Cell: | |
| Amount: | Qty: | 1 | Extension: | Phone #: | Completed: |
| Appointment Date/Time: | | | | Officer: | 2008040346 |

Notes:

ATTORNEY MICHAEL MITCHELL VISITED WITH SUBJECT ON 1/4/10 IN VISITATION ROOM

# JONES COUNTY ADULT DETENTION FACILITY

### Activity Sheet for Booking #: 67209
### 04/23/10    11:37

| ID #: 2009110172 | Name: GRAHAM, ALBERT LEE | Cell: A160 |
|---|---|---|
| Status: MIN | Class: JCSO | Hold Reason: CH | Holding For: |

Activity Date/Time: 03/10/10    7:47    Activity: MED  MED

Old Facility:          Old Cell:          New Facility:          New Cell:

Amount:    $10.00    Qty:          Extension:          Phone #:          Completed:

Appointment Date/Time:          Officer:          31563

Notes:

WAS TAKEN TO EVMC FOR HIGH BLOOD PRESSURE WAS PUT ON H.B MEDS.

JC000044

# JONES COUNTY ADULT DETENTION FACILITY

## Activity Sheet for Booking #: 67209
### 04/23/10    11:37

| ID #: 2009110172 | Name: GRAHAM, ALBERT LEE | | Cell: A160 |
|---|---|---|---|
| Status: MIN | Class: JCSO | Hold Reason: CH | Holding For: |

Activity Date/Time: 03/10/10  18:42    Activity: MVMTTRANSFER

Old Facility: JCADF        Old Cell: 102        New Facility: JCADF        New Cell: A160

Amount:            Qty:    1    Extension:            Phone #:            Completed:

Appointment Date/Time:                    Officer:            2010020058

Notes:

JC000045