## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF MISSISSIPPI
COUNTY OF _Jones_

Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, _Jamara Lyter_, who, after being duly sworn, did depose and say:

1. I am the duly authorized custodian of the records attached to this Affidavit;

2. I have first-hand knowledge about the making, maintenance and storage of the attached records;

3. The attached records are a true and correct copy of medical records regarding Albert L. Graham, DOB, ▮▮▮▮ Social (last 4): ▮▮▮▮ as kept on file at the office of _Ellisville Medical ___;

4. The attached records were:

    a. Made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;
    b. Kept in the course of regularly conducted activity; and
    c. Made as part of the regular practice of the business, institution, association, profession, or occupation.

BY: _Ellisville Medical_
NAME: _Jamara Lyter_
TITLE: _Registration_

SWORN TO AND SUBSCRIBED BEFORE ME this the _23_ day of _OCT_, 2013.

_Leah B Morris_
NOTARY PUBLIC

MY COMMISSION EXPIRES:

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 59760, LEAH B. MORRIS, Commission Expires Feb. 14, 2016, JONES COUNTY]

**EXHIBIT 3**

HC000063

PLEASE PRINT CLEARLY     ELLISVILLE MEDICAL CLINIC     Chart:_____

A Division of South Central Regional Medical Center

**PATIENT INFORMATION**

Name: Albert L Graham    Date of Birth: [redacted]    SEX: (M) / F

Address: [redacted] City: Laurel State: MS ZIP: 39443 County: Jones

Home Phone: (601) [redacted]    Work Phone: None    Cell Phone: 601-[redacted]

Social Security #: [redacted]    Full Time Student: Yes / (No)    Employer: N/O

Employer Address: None    Are phone calls allowed? Yes / No

Marital Status: Single / (Married) / Divorced / Widow    Spouse Name: Jeanetta A. Graham

**GUARANTOR INFORMATION** (Complete if Patient is Under Age 18)

Name:_____ Date of Birth:_____ SEX: M / F

Address:_____ City:_____ State:_____ ZIP:_____ County:_____

Home Phone:_____ Work Phone:_____ Cell Phone:_____

Social Security #:_____ Relationship to Patient:_____

Employer Address:_____ Are Phone Calls Allowed? Yes / No

**EMERGENCY CONTACT INFORMATION** (Please list someone who does not live with the patient)

Name: James Graham    Contact Number: 228-[redacted]

Address: [redacted] Moss MS Road Relationship to Patient: Brother

**INSURANCE INFORMATION:** (We must obtain copies of all insurance cards)

Primary Insurance: None    Name of Insured:_____

ID Number:_____ Group Number:_____

Secondary Insurance:_____ Name of Insured:_____

ID Number:_____ Group Number:_____

As a courtesy to our patients, Ellisville Medical Clinic will file your insurance claim. All co-pays, co-insurance amounts or deductibles are due at the time of service. It is the responsibility of the patient to verify their provider is listed in network with their insurance plan. Patients will receive a statement for balances that are not paid or adjusted by our agreement with your insurance plan.

**FINANCIAL AGREEMENT**

I acknowledge that payment is due at the time of service and by signing this agreement as a patient or an agent of a patient in consideration of treatment and services to be rendered to the named patient, I obligate myself to pay the account due to Ellisville Medical Clinic in accordance with regular rates and terms for such treatment and services deemed necessary by Ellisville Medical Clinic physicians or staff and rendered to the patient, and hereby unconditionally guarantee payment of the patient's account to Ellisville Medical Clinic Unless otherwise agreed in writing, payment under this guaranty shall be made by the undersigned within 30 days after receipt of a statement from EMC. Should the account become delinquent and referred to a collection agency or attorney for collection, the undersigned agrees to pay any and all reasonable collection agency and/or attorney fees.

In the event that the person signing this agreement is entitled to benefits of any type whatsoever arising out of any policy of insurance insuring the patient or any other party liable to patient, said benefits are hereby assigned to Ellisville Medical Clinic for the application on the patient's account and such payments shall discharge the said insurance company of any and all obligations under the policy to the extent of such payment. The person signing this agreement authorizes Ellisville Medical Clinic to refund all or any part of insurance benefits received by EMC upon demand and representation of any and all insurance carriers that any payment was made in error. It is understood and agreed that the assignment of benefits from any and all insurance carriers does NOT relieve the undersigned or patient from obligation by the person signing this agreement or patient, if such benefits from the insurance company have not been received. I, the patient or agent of a patient signing this agreement, authorize Ellisville Medical Clinic physicians and staff to release to my insurance company or responsible party for payment of services.

**AUTHORIZATION FOR TREATMENT**

I hereby authorize and request examination and/or medical treatment by the physicians and staff of Ellisville Medical Clinic. I further authorize EMC physicians and staff to administer such treatment as necessary, and such additional procedures, tests, and interpretations as are considered therapeutically necessary and medically advisable on the basis of findings during the course of treatment. I further consent to the presence of others, such as representatives of providers of medical devices and pharmaceuticals, and students of accredited medical education programs as permitted by my physician during my treatment. I certify that no guarantee or assurance has been made as to the results that may be obtained. I certify that I have read and fully understand the above authorization for medical treatment. Ellisville Medical Clinic recognizes the patient's right to privacy, confidentiality, and safety.

_Albert L Graham_               3-10-010

PATIENT OR LEGAL GUARDIAN        DATE

HC000064

## ELLISVILLE MEDICAL CLINIC
A Division of South Central Regional Medical Center

### NOTICE OF PRIVACY PRACTICED FOR PROTECTED HEALTHCARE INFORMATION

Ellisville Medical Clinic has provided me with a copy of its Notice of Privacy Practices for Protected Health Information. I under stand this Notice describes how my medical information will be protected. I understand the Healthcare Insurance Portability and Accountability Act o f 1996 (HIPAA) required Ellisville Medical Clinic to protect my information. I understand how Ellisville Medical Clinic may use and disclose my health information. I received Version #_____ of the Privacy Notice.

I acknowledge the receipt of the Notice of Privacy Practices.

_[signed: Albert Graham]_         3-10-010
PATIENT OR LEGAL GUARDIAN          DATE

### PATIENT HEALTH/PATIENT ACCOUNT INFORMATION PERMISSION

According to the Health Insurance Portability and Accountability of 1996 (HIPAA), Ellisville Medical Clinic is not authorized to discuss your medical information or patient account information with anyone but the patient. Sometimes, this is not always convenient or possible. If you wish your information to be discussed with any individual other than yourself you must complete the information below:

I give my permission to release any information regarding my medical care which may include, but is not limited to appointment times, lab results, medications, etc. I understand that my records are confidential and with my signature below it will allow the release of my medical information to the following people.

| NAME | RELATIONSHIP | PHONE |
|------|--------------|-------|
| NAME | RELATIONSHIP | PHONE |
| NAME | RELATIONSHIP | PHONE |

_[signed: Albert R. Graham]_        3-10-010
PATIENT SIGNATURE                    DATE

_____           _____
WITNESS SIGNATURE                    DATE

## Medication List

Patient Name: _____   DOB: _____

| Medication | Date Checked Below | 3/10 /10 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ∅ | ✓ | | | | | | | | | | |
| | | | | | | | | | | | | |

Other Information:

# Problem List

Patient Name: _____ DOB: _____ Chart#: _____

| Date | Diagnosis/ Condition | Active | Resolved | How Resolved |
|------|---------------------|--------|----------|--------------|
|  | HTN | | | |
|  | Hx CVA ⎫ by hx. | | | |
|  | CHF  ⎬ | | | |
|  | Seizure ⎭ | | | |
|  |  | | | |
|  |  | | | |
|  |  | | | |
|  |  | | | |
|  |  | | | |
|  |  | | | |
|  |  | | | |

## Operative/ Invasive Procedures

Appendectomy 1963 or 64

| Consults | Procedures | Vaccinations |
|----------|------------|--------------|
| Dr Mouannes | | |
| | | |
| | | |

## Family History

Please List: F ↓ HTN stroke age 55

## Social History

Do you use any tobacco products? prev. smoked
Do you consume alcohol? prev. beer
What is your marital status?
Where do you work? Worked @ Ship Yard

HC000067

Patient Name _____ Age _____

T 96.8  BP 114/95  Allergies: NKDA
R ____  P 94
HT ____ WT ____
LMP ____ NORM ABN   Current Meds: None  ☐ Noted on Med Summary Sheet

HISTORY/CHIEF COMPLAINT: (LOCATION, CONTEXT, QUALITY, SEVERITY, DURATION, TIMING, ASSOC. S/S, MODIFYING FACTORS)

f.u. HTN → no med. 6 mos. for BP / hx also of
CHF → Cores none since Nov. 09.  Stroke Seizure
Dr Mouannes is card.  prev. on
                                         Coumadin

Hx Limited by ___ Patient required immediate medical intervention ___ Patient unable to provide hx ___ Other ___

Pain   Yes ___  No ✓  Intensity Score ___ (0-10) If the pain intensity score is greater than 3, complete pain assessment below
Onset: When did it start _____ Duration: How long does it last? _____
Location: _____ Quality: Sharp ___ Ache ___ Burn ___ Throb ___ Other ___
Method of relief: Medication Yes ___ No ___ Other ___
Other Symptoms: Nausea ___ SOB ___ Insomnia ___ Other ___
Does your pain interfere with your daily activities  Yes ___ No ___ If Yes, what activities ___
Pain level at best ___ at worst ___ Acceptable level of pain ___ (during past 24 - 72 hours)
Comments: ___

Signature/Date  3/10/10

REVIEW OF SYSTEMS:   (+) Positive or Abnormal  (- or ✓) Negative or Normal

CONST: Wt. Loss ___ Fever ___ Body Aches ___ Dizziness ___   GU: Dysuria ___ Frequency ___ Hematuria ___ Genital Discharge ___
EYES: Vision Loss ___ Pain ___ Redness ___ Discharge ___ Visual Change ___ NEURO: H/A ✓ Weakness ___ Numbness ___ Tingling ___ Seizure ___
ENMT: Hearing Loss ___ Pain ___ Discharge ___ Sore Throat ___ Dysphagia ___ SKIN/BREAST: Rash ___ Cellulitis ___ Lesions ___ Eruptions ___ LAC ___
RESP: SOB ✓ Cough ✓ Wheezing ✓ Sputum ___ Hemoptysis ___ PSYCH: Depression ___ Anxiety ___ Hallucinations ___ Suicidal ___
CV: CP ✓ Palpitations ___ Edema ✓ Cyanosis ___ Orthopnea ___ HEME/LYMPH: Anemia ___ Abnormal Bleeding ___ Nodes ___
GI: Abd Pain ___ N/V/D ___ Constipation ___ Melena ___ Change in bowel habits ___ ALLERGY/IMMUNO: Rash ___ Pruritus ___ Wheezing ___
MS: Pain ___ Swelling ___ Deformity ___ Redness ___ ROM ___ ENDO: Goiter ___ Polyurea ___ Polydipsia ___ Cold Intolerance ___
ALL OTHER SYSTEMS ARE NEGATIVE ___

COMMENTS: Off all meds x 6 mo. needs
H TN med refilled
                               pt in jail

PAST MEDICAL HX: No signif. PMH ___ HTN — DM ___ PUD ___ HD ___ M.I. ___ Angina ___ Psych ___ Migraine ___ Asthma ___
CVA ___ Kidney Stone ___ COPD ___ CHF ___ Seizure ___ Other ___
PAST SURGICAL HX: None ___ Appy ___ Hysterectomy (Complete/Partial) ___ Herniorrhaphy ___ Cholecystectomy ___ Other ___
SOCIAL HX: Single ___ Married ___ Employed ___ Disabled ___ Smokes: Yes ___ PPP ___ No ___ ETOH: None ___ Occasional ___ Moderate ___ Daily ___
ETOH Abuse ___
Comment: ___

FAMILY HX: None pertinent ___ DM ___ HTN ___ CAD ___ Asthma ___ Seizures ___ Other ___

DO NOT WRITE BELOW THIS LINE

**SOUTH CENTRAL ELLISVILLE MEDICAL CLINIC**
ELLISVILLE, MISSISSIPPI 39437



ELLISVILLE CLINIC PROGRESS NOTES

ELPNOTES   Rev. 08-2001   Pilot Form

PATIENT BARCODE

Albert Graham

3-10-10

HC000068

PHYSICAL EXAM: (+) Positive or Abnormal (- or ✓ )

| | |
|---|---|
| SKIN: | Skin and Subcutaneous Tissue ___  Palpation of Skin ___  Rash ___  Warm ✓  Dry ✓  Cool ___  Moist ___ |
| LYMPH: | Palpation of Lymph Nodes:  Neck ___  Axilla ___  Groin ___  Other: ___ |
| NEURO: | Cranial Nerves ___  Deep Tendon Reflexes ___  Sensation ___  Ataxia ___  Tremors ___  Nystagmus ___ |
| PSYCH: | Judgement and Insight ___  Orientation to Person, Place, Time ✓  Recent/Remote Memory ✓  Mood/Affect ___  Suicidal/Homicidal ___ |
| CONST: | General Appearance *healthy* |
| EYES: | Conjunctiva and lids ✓  Pupils and Irises ___  Optic discs and Posterior Segments ___  EOMI ___  Nystagmus ___  Anterior Chamber ___ |
| ENMT: | Ears and Nose ___  Canals and TMS ___  Hearing ___  Lips, Teeth, and Gum ___  Nasal Mucosa ___  Septum and Turbinates ___  Oropharynx ___  Oral mucosa ___  Salivary Glands ___  Palate ___  Tongue ___  Tonsils and Posterior Pharynx ___ |
| NECK: | Neck ___  Thyroid ___  JVD ___  ___ Tracheal Position ___  *supple* |
| CV: | Palpation of Heart ___  (Auscultation of Heart) Abnormal Sounds/Murmurs ___  Carotid Arteries ___  Abdominal Aorta ___  Femoral arteries ___  Pedal Pulses ___  (Edema) Varicosities in Extremities ___  *TrM*   *all in ankle* |
| RESP: | Respiratory Effort ___  Percussion of Chest ___  Palpation of Chest ___  Auscultation of Lungs ___  *NAD*   *CL* |
| CHEST: | Breasts ___  Palpation of Breasts/Axilla ___  Breast Symmetry ___  Chest Wall ___ |
| GI: | Masses or Tenderness ___  Bowel Sounds Present ___  Liver and Spleen ___  Rectal Exam: Hemorrhoids, Tone, Masses ___  Stool for Occult Blood (When indicated) ___ |
| GU: | MALE: Scrotal Contents ___  Penis ___  Prostate Gland ___  Discharge ___  Hernia ___  FEMALE: Pelvic Exam ___  External Genitalia ___  Uterus ___  Bladder ___  Cervix ___  Adnexa ___  Urethra ___  CMT ___ |
| MS: | Gait and Station ___  Digits and Nails ___  Deformity, Tenderness, Masses and Effusions ___  ROM, Pain, Crepitation or Contracture ___  Stability, Dislocation/Subluxation, Laxity ___  Strength and Tone, Atrophy or Abnormal Movements ___ |

Impression: HTN

Plan: Cotenic 10/12.5 # 80 Q0
N✓ B/P = 2↓
Education: Ch # / HTN
Follow-Up: ___

Orders: ___
Supplies: ___
Clinician Signature: ___
Physician Signature: ___

DO NOT WRITE BELOW THIS LINE    DO NOT WRITE BELOW THIS LINE

Albert Graham

3-10-10

.NOTE2    HC000069

# ELLISVILLE MEDICAL PARK
A Division of South Central Regional Medical Center

## TELEPHONE TRIAGE FORM

Date: 6.3.10  
Time: 10:40

Patient: Albert Graham  
Patient Phone#: _____

MR#: ████  
DOB: ████

Provider: DS  
Pharmacy: _____

Name of Caller: Jeanettie  
Phone # of Caller: ████

Relationship to Patient: Wife

Message: very rude — said she asked to speak to Donnie, not Sharon. Calling to check on husband's meds

Response: _____

Receptionist: JH  
Time Placed in Rack: _____

Nurse: _____  
Date: _____ Time: _____

Provider: _____  
Date: _____ Time: _____

HC000070

# ELLISVILLE MEDICAL PARK
A Division of South Central Regional Medical Center

# TELEPHONE TRIAGE FORM

Date: 6-2-10  Time: 4:16

Patient: Albert Graham  Patient Phone#: ▮

MR#: ▮  DOB: ▮

Provider: DS  Pharmacy:

Name of Caller: Jeanetth Graham  Phone # of Caller: ▮

Relationship to Patient: Wife

Message: Mr. Graham passed away. He gave him a medicine and she wants to know what it is

Response: Blood pressure

LM 8:32

Receptionist: _____  Time Placed in Rack: _____

Nurse: SBW  Date: _____  Time: _____

Provider: _____  Date: _____  Time: _____

ELLISVILLE MEDICAL PARK
1203 Avenue B
Ellisville, MS 39437

Patient Name:   **GRAHAM, ALBERT L**
DOB/Age:        58 years
FIN:            EMP#103853
MRN:
Location/Rm:    E.FamilyMedicine
Admit Date:     03/10/2010
Attending Phy:
Ordering Phy:   Donald T. Scoggin, CFNP

***EXPEDITE REPORT***

## Chemistry

### Chemistry / Profiles

Collected Date  03/10/2010
Collected Time  13:42

| Procedure | | Units | Ref Range |
|---|---|---|---|
| Sodium | 139.6 | mmol/L | [135.0-149.0] |
| Potassium | 4.2 | mmol/L | [3.5-5.3] |
| Chloride | **111.2 H** | mmol/L | [96.0-110.0] |
| Co2 | 24.2 | mmol/L | [23.0-33.0] |
| Calcium | **8.5 L** | mg/dL | [8.6-10.6] |
| Bun | **23 H** | mg/dL | [5-20] |
| Creatinine | 1.1 | mg/dL | [0.6-1.2] |
| Glucose | 108 | mg/dL | [70-115] |
| Osmolality(Calc) | 282.9 | mOsm/kg | [270.0-290.0] |
| Bun/Cr Rat(Calc) | **20.72 H** | | [12.00-20.00] |
| Anion Gap (Calc) | 4.2 | | |



LEGEND:   ^ = CORRECTED   A = ABNORMAL   C = CRITICAL   L = LOW   H = HIGH   * = FOOTNOTES
Patient Name: **GRAHAM, ALBERT L**                          Print Date/Time: 3/10/2010 14:11
MRN:          6199085                                        Chart Request ID: 5184200
FIN:          EMP#103853                                     Page: 1 of 1
    LABORATORY REPORTS              ***EXPEDITE REPORT***

HC000072