# AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF <u>MISSISSIPPI</u>
COUNTY OF <u>Forrest</u>

    Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction, <u>Roxanne Barnett</u>, who, after being duly sworn, did depose and say:

1.    I am the duly authorized custodian of the records attached to this Affidavit;

2.    I have first-hand knowledge about the making, maintenance and storage of the attached records;

3.    The attached records are a true and correct copy of medical records regarding Albert L. Graham, DOB: ███ Social (last 4): ██ as kept on file at the office of <u>Hattiesburg Clinic</u>;

4.    The attached records were:

    a.    Made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

    b.    Kept in the course of regularly conducted activity; and

    c.    Made as part of the regular practice of the business, institution, association, profession, or occupation.

BY: <u>Hattiesburg Clinic</u>
NAME: <u>Roxanne Barnett</u>
TITLE: <u>Legal Coordinator</u>

SWORN TO AND SUBSCRIBED BEFORE ME this the _2nd_ day of _Oct_, 2013.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

JUN 17 2015

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 85813
BRIDGETTE ODOM
Commission Expires
June 17, 2015
LAMAR COUNTY

**EXHIBIT 4**

JC000075

# HATTIESBURG CLINIC

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███, Sex: M
Enc. Date:12/04/07

## Visit Summary

### Allergies as of 12/4/2007                                                **Never Reviewed**
Not on File

### Vitals
(None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments |
|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | 0.00 | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments |
|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | | |

### Medications 12/4/2007
NONE

## Orders

### All Orders
NONE

### All Results
NONE

## NOTES

### Note signed by Kenneth S. Parker, ACNP at 11/26/11 1432

| Author: | Kenneth S. Parker, ACNP | Service: | (none) | Author Type: | Acute Care Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1432 | Note Time: | 12/04/07 1056 | | |

CLINICAL MESSAGE TYPE: Clinical Message

PRIORITY: Routine
RECEIVER: Marilyn Dixon

MESSAGE:
Marilyn Dixon          12/4/2007 10:58:39 AM

patient was seen in  hosp by scott and is coming in for a f/u12/12/07, he is
still having some fluid build up in his chest, need to know if they gave him a
 fluid pill to take and needed to be called in for him, please call
601-428-1991

CONFIDENTIAL

JC000080

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮ Sex: M
Enc. Date:12/04/07

## HATTIESBURG CLINIC

**NOTES (continued)**

Felica Johnson, LPN        12/4/2007 1:26:58 PM

Instructed patient to come to clinic for a nurse visit. Patient voiced understanding.

Felica Johnson, LPN        12/4/2007 3:13:34 PM

Patient came to clinicfor nurse visit.
------------------------------
-- STICKY NOTE (Created by Felica Johnson on 2007/12/04:11:27:16 AM)
             (Updated by Felica Johnson on 2007/12/04:11:27:16 AM)
   Called Medical Records at SCRMC  for Discharge instructions including meds.
-- ACTION TAKEN:
(Signed in IC-Chart by Felica Johnson, LPN on 2007/12/04:03:13:34 PM)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000081

# HATTIESBURG CLINIC

## Visit Summary

**Allergies as of 12/4/2007**                                                    **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | | | |

**Medications 12/4/2007**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

**Note signed by Kenneth S. Parker, ACNP at 11/26/11 1432**

| Author: | Kenneth S. Parker, ACNP | Service: | (none) | Author Type: | Acute Care Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1432 | Note Time: | 12/04/07 1514 | | |

```
CLINICAL MESSAGE TYPE: Nurse's Note

PRIORITY: Routine
RECEIVER: Felica Johnson, LPN

Date/Time of Action:

MESSAGE:
Felica Johnson, LPN       12/4/2007 3:34:07 PM

Patient came to clinic c/o shortness of breath. B/P 100/79. Respirations
20.
Pulse 84. Weight 168.5. Lung sounds reveal mild Rales in left base. Upon
```

JC000082



GRAHAM,ALBERT L
MRN: 6948038
DOB: ▓▓▓▓▓, Sex: M
Enc. Date:12/04/07

## NOTES (continued)

listening to heart it semed  regular with occasional  early systole. Pedal
pulses present. No edema noted in l;ower extremities. Encouraged patient
to
weigh daily and keep a log and call back with report to let us know if the
shortness of breath is better, worse, or the same. Encoraged patient to
urinate before weighing first thing in the morning and to call back if
shortness of breath became worse. Also no Juglar vein distention noted.
------------------------------

(Signed in IC-Chart by Felica Johnson, LPN on 2007/12/04:03:34:07 PM)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000083

**HATTIESBURG CLINIC**

GRAHAM, ALBERT L
MRN: 6948038
DOB: ███ Sex: M
Enc. Date: 12/07/07

## Visit Summary

**Allergies as of 12/7/2007**                                                                    **Never Reviewed**

  Not on File

**Vitals**

  (None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/7/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** as of 12/7/2007 | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|

| **Drug Use** as of 12/7/2007 | Drug Use | Source | Types | | Frequency 0.00 | Comments | |
|---|---|---|---|---|---|---|---|

| **Sexual Activity** as of 12/7/2007 | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|

**Medications 12/7/2007**

  NONE

## Orders

**All Orders**

  NONE

**All Results**

  NONE

## NOTES

**Note signed by Kenneth S. Parker, ACNP at 11/26/11 1434**

| Author: | Kenneth S. Parker, ACNP | Service: | (none) | Author Type: | Acute Care Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1434 | Note Time: | 12/07/07 1541 | | |

CLINICAL MESSAGE TYPE: Clinical Message

PRIORITY: Routine
RECEIVER: Marilyn Dixon

MESSAGE:
Marilyn Dixon      12/7/2007 3:41:46 PM

patient need to speak to a nurse asa;, asked to speak to Scott

Scott Parker, ACNP      12/7/2007 4:00:31 PM

JC000084



GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████ Sex: M
Enc. Date:12/07/07

## NOTES (continued)

```
spoke with wife who stated that pt sob-recc er- she said she would see if
pt
would go
-------------------------------
(Signed in IC-Chart by Scott Parker, ACNP on 2007/12/07:04:00:31 PM)
```

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000085

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: &#9608;&#9608;&#9608;&#9608; Sex: M
Enc. Date:12/18/07

## Visit Summary

| Allergies as of 12/18/2007 | Never Reviewed |
|---|---|
| Not on File | |

### Vitals
(None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | | | | | 0.00 | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | | | | | | | |

| Medications 12/18/2007 |
|---|
| NONE |

## All Orders

**Basic metabolic panel**                                            Final result

| Ordering User: | Lab In Hlseven Edi 12/18/07 0944 | Frequency: | Routine 12/18/07 0944 - |
|---|---|---|---|
| Electronically signed by: | Lab In Hlseven Edi 12/18/07 0944 | | |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

**Basic metabolic panel**                        Resulted: 09/24/11 1903, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 12/18/07 0944 |
|---|---|---|---|
| Narrative: | -- HISTORICAL INFO: | | |

Location: Mainlab
Orderer Initials: LHAND
Observer Initials: AKS1
LIS Order Number: 7352GL1455
Order Description: BASIC METABOLIC PROF
IC-Chart Test Number: 2684456
(Signed in IC-Chart by Wassium Mouannes, MD on 2007-12-19 15:46:23)

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Sodium | 137 | mEq/L | - | | 31 |
| Potassium | 5.1 | mEq/L | - | | 31 |
| Chloride | 98 | mEq/L | - | | 31 |
| CO2 | 28 | mEq/L | - | | 31 |
| Glucose | 99 | mg/dl | - | | 31 |
| BUN | 16 | mg/dl | - | | 31 |
| Creatinine | 1.17 | mg/dl | - | | 31 |

Printed by 1594 at 10/22/13  9:24 AM

JC000086

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮, Sex: M
Enc. Date:12/18/07

## All Results (continued)

**Basic metabolic panel (continued)**

Resulted: 09/24/11 1903, Result Status: Final result

| | | | | |
|---|---|---|---|---|
| Osmolality Calc | 275 | mOsmL/kg | - | 31 |
| Anion Gap | 11 | mEq/L | - | 31 |
| Calcium | 9.7 | mg/dl | - | 31 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000087

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████ Sex: M
Enc. Date:12/18/07

## Visit Summary

**Allergies as of 12/18/2007**                                                                 **Never Reviewed**
  Not on File

**Vitals**
  (None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use as of 12/18/2007 | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|

| Drug Use as of 12/18/2007 | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | | |

| Sexual Activity as of 12/18/2007 | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|

**Medications 12/18/2007**
  NONE

## All Orders

**GENERIC LAB**                                                                                **Final result**

| Ordering User: | Lab In Hlseven Edi 12/18/07 0944 | Frequency: | Routine 12/18/07 0944 - |
|---|---|---|---|
| Electronically signed by: | Lab In Hlseven Edi 12/18/07 0944 | | |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

**GENERIC LAB**                                                  Resulted: 09/24/11 1903, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 12/18/07 0944 |
|---|---|---|---|
| Narrative: | -- HISTORICAL INFO: | | |
| | Location: Mainlab | | |
| | Orderer Initials: LHAND | | |
| | Observer Initials: AKS1 | | |
| | LIS Order Number: 7352GL1455 | | |
| | Order Description: GFR ESTIMATION | | |
| | IC-Chart Test Number: 2684457 | | |
| | (Signed in IC-Chart by Wassium Mouannes, MD on 2007-12-19 15:48:17) | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Non-AF American GFR | >60 | ml/min | | - | 31 |
| AF American GFR | >60 | ml/min | | | 31 |
| Comment: | ************** Test Interpretive Text *************** | | | | |
| | The National Kidney Disease Education Program presently considers normal kidney function to have an estimated GFR of greater than or equal to 60 ml/min. | | | | |

JC000088

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮  Sex: M
Enc. Date:12/18/07

## All Results (continued)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

### NOTES

No notes of this type exist for this admission.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000089

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████, Sex: M
Enc. Date:12/18/07

## Visit Summary

**Allergies as of 12/18/2007**                                                      **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/18/2007 | | | | | | | |

**Medications 12/18/2007**

NONE

## All Orders

**Digoxin level**                                                                      Final result

| | | | |
|---|---|---|---|
| Ordering User: Electronically signed by: | Lab In Hlseven Edi 12/18/07 0944 Lab In Hlseven Edi 12/18/07 0944 | Frequency: | Routine 12/18/07 0944 - |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

**Digoxin level**                                          Resulted: 09/24/11 1903, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 12/18/07 0944 |
|---|---|---|---|
| Narrative: | -- HISTORICAL INFO: | | |
| | Location: Mainlab | | |
| | Orderer Initials: LHAND | | |
| | Observer Initials: ABJ1 | | |
| | LIS Order Number: 7352GL1455 | | |
| | Order Description: Digoxin | | |
| | IC-Chart Test Number: 2684505 | | |
| | (Signed in IC-Chart by Wassium Mouannes, MD on 2007-12-19 15:46:21) | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Digoxin Lvl | 0.7 | ng/mL | | - | 31 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |

JC000090

**HATTIESBURG CLINIC**

GRAHAM, ALBERT L
MRN: E1217854
DOB: ███████, Sex: M
Enc. Date:01/16/08

## Flowsheet (all recorded)

### Data

| Row Name | 01/16/08 0000 |
|---|---|
| **Vitals** | |
| BP | -- |
| Temp | -- |
| Temp src | -- |
| Pulse | -- |
| Resp | -- |
| SpO2 | -- |
| Height | -- |
| Weight | -- |
| **Pain 0-10** | |
| Pain Level | -- |
| Location | -- |
| **OTHER** | |
| Fall Risk | -- |
| BM | -- |
| Height (Historic) | 74 Inches -DI |
| BSA (Calculated - sq m) | 2 sq meters -DI |
| BMI (Calculated) | 21.6  -DI |
| Diastolic BP Historic | 80  -DI |
| Systolic BP Historic | 110 mmHg -DI |
| Vitals User Historic | Steiner, Diann -DI |
| **Visual Acuity** | |
| R Near | 20 -DI |
| L Near | 20 -DI |
| Bilateral Near | 20 -DI |
| R Distance | 20 -DI |
| L Distance | 20 -DI |
| Bilateral Distance | 20 -DI |

**User Key**

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| DI | Data Courier Interface | - |

### All Results

NONE

## NOTES

No notes of this type exist for this admission.

**Encounter-Level Documents:**

JC000093

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: E1217854
DOB: ████████ Sex: M
Enc. Date:01/16/08

## Flowsheet (all recorded)

**Data**

| Row Name | 01/16/08 0000 |
|---|---|
| **Vitals** | |
| BP | -- |
| Temp | -- |
| Temp src | -- |
| Pulse | -- |
| Resp | -- |
| SpO2 | -- |
| Height | -- |
| Weight | -- |
| **Pain 0-10** | |
| Pain Level | -- |
| Location | -- |
| **OTHER** | |
| Fall Risk | -- |
| BM | -- |
| Height (Historic) | 74.5 Inches -DI |
| BSA (Calculated - sq m) | 2 sq meters -DI |
| BMI (Calculated) | 21.3 -DI |
| Diastolic BP Historic | 80 -DI |
| Systolic BP Historic | 110 mmHg -DI |
| Vitals User Historic | Steiner, Diann -DI |
| **Visual Acuity** | |
| R Near | 20 -DI |
| L Near | 20 -DI |
| Bilateral Near | 20 -DI |
| R Distance | 20 -DI |
| L Distance | 20 -DI |
| Bilateral Distance | 20 -DI |

**User Key**

(r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| DI | Data Courier Interface | - |

**All Results**

NONE

## NOTES

No notes of this type exist for this admission.

**Encounter-Level Documents:**

JC000096

**HATTIESBURG CLINIC**

## Visit Summary

**Allergies as of 1/17/2008**                                                                                              **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 1/17/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 1/17/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 1/17/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 1/17/2008 | | | | | | | |

**Medications 1/17/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

Office Visit signed by Wassim E Mouannes, MD at 09/22/11 1320

| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 09/22/11 1320 | Note Time: | 01/17/08 0823 | | |

Cardiology - Laurel            Office Visit

DATE OF SERVICE: 01/16/2008
PATIENT NAME:  GRAHAM, ALBERT L
MRN: 6948038 DOB:

DOB:

HISTORY OF PRESENT ILLNESS:  This is a pleasant 56-year-old
African-American gentleman that I diagnosed with a cardiomyopathy back
in December.  His ejection fraction was 10 to 15%.  He had abnormal
nuclear studies suggesting a nonischemic cardiomyopathy.  He did have
nonsustained ventricular tachycardia, mild renal insufficiency and

**HATTIESBURG CLINIC**

GRAHAM, ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮▮ Sex: M
Enc. Date: 01/17/08

## NOTES (continued)

congestive heart failure.  He returns today for his regular follow-up.
 He has been almost sober since he saw me last time.  He drinks
alcohol maybe once a week.  He smokes occasionally.  He denies any
syncope or presyncope.  He denies any significant chest pain or
shortness of breath.

Past medical history, social history, surgical history, family
history, review of systems otherwise unchanged.

CURRENT MEDICATIONS:  Reviewed in IC chart.

ALLERGIES:  No known drug allergies.

PHYSICAL EXAMINATION:

VITAL SIGNS:  Pressure 110/80.  Pulse 110.  Weight 168.

GENERAL:  The patient looks alert, oriented and in no distress.

HEENT:  PERRLA.  Extraocular movements intact.

NECK: No jugular venous distention.  No bruits.

CARDIOVASCULAR:  Regular tachycardia and displaced PMI.

LUNGS:  Clear to auscultation bilaterally.  No rales, wheezing.

ABDOMEN:  Soft.  Nontender.  Non-distended.

EXTREMITIES: Good peripheral pulses in all 4 extremities.  No
clubbing, cyanosis or edema.

NEUROLOGICAL:  Intact.

SKIN:  Warm and dry.

IMPRESSIONS:
1.  Severe cardiomyopathy.
2.  Status post congestive heart failure.
3.  Mild chronic renal insufficiency.
4.  History of non-sustained ventricular tachycardia
5.  Sinus tachycardia.

PLAN:

JC000099

**NOTES (continued)**

At this time, I am going to obtain an EKG, increase his Coreg to 6.25 mg b.i.d., and bring him back in 1 week for a revisit.

_____

Wassim E Mouannes MD

TR: WEM/HW  D:  01/16/2008 14:07:06 T:  01/17/2008 08:18:00
Conf #:  U1401071  Dictation ID:  1941746

cc:

-------------------------------
(Signed in IC-Chart by Wassium Mouannes, MD on 2008-01-17 09:22:27)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000100

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ████ . Sex: M
Enc. Date:01/24/08

## Visit Summary

| Allergies as of 1/24/2008 | | | | | | | **Never Reviewed** |
|---|---|---|---|---|---|---|---|

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 1/24/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 1/24/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 1/24/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 1/24/2008 | | | | | | | |

**Medications 1/24/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

Office Visit signed by Wassim E Mouannes, MD at 09/22/11 1320

| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 09/22/11 1320 | Note Time: | 01/24/08 1426 | | |

Cardiology - Laurel          Office Visit

DATE OF SERVICE: 01/24/2008
PATIENT NAME:   GRAHAM, ALBERT L
MRN: 6948038 DOB: ████

DOB: ████

HISTORY OF PRESENT ILLNESS:  This is a pleasant, 56-year-old,
African-American gentleman who is here for 1 week follow-up on his
cardiomyopathy which was diagnosed in December.  His ejection fraction
is 10 to 15%.  He did have nonsustained ventricular tachycardia, mild
renal insufficiency, and congestive heart failure in the hospital.  I

JC000101

HATTIESBURG
CLINIC

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████ Sex: M
Enc. Date:01/24/08

## NOTES (continued)

asked him to increase his Coreg, the last time he did not increase it
because he thought he could slow his heart beat by himself.  His heart
rate is still 77 beats per minute denies any chest pain, shortness of
breath, palpitations, syncope.  He does have mild dyspnea on exertion.

Past medical history, social history, surgical history, family
history, review of systems otherwise unchanged.

CURRENT MEDICATIONS:  Reviewed IC Chart.

PHYSICAL EXAMINATION:

VITAL SIGNS:  Pressure 99/63 Pulse 77.

GENERAL:  The patient looks alert, oriented and in no distress.

HEENT:  PERRLA.  Extraocular movements intact.

NECK: No jugular venous distention.  No bruits.

CARDIOVASCULAR:  Regular rate and rhythm.

LUNGS:  Clear to auscultation bilaterally.  No rales, wheezing.

ABDOMEN:  Soft.  Nontender.  Non-distended.

EXTREMITIES: Good peripheral pulses in all 4 extremities.  No
clubbing, cyanosis or edema.

NEUROLOGICAL:  Intact.

SKIN:  Warm and dry.

IMPRESSIONS:
1.  Severe nonischemic dilated cardiomyopathy.
2.  Mild renal insufficiency.
3.  Status post congestive heart failure.
4.  Abnormal Adenosine Myoview study back in November showing a large
inferolateral defect but no ischemia.

PLAN:
At this time, I have urged the patient to go up on the Coreg to 6.25
twice a day to continue it for 3 months and at that time we may
increase it again.  He will follow-up with me in 3 months.

JC000102



GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮▮ Sex: M
Enc. Date:01/24/08

## NOTES (continued)

_____

Wassim E Mouannes MD

TR: WEM/HW  D:  01/24/2008 09:56:42 T:  01/24/2008 14:21:33
Conf #:  U1418439  Dictation ID:  1964495

cc:

-------------------------------
(Signed in IC-Chart by Wassium Mouannes, MD on 2008-01-24 15:39:18)

**Encounter-Level Documents:**

   There are no encounter-level documents.

**Order-Level Documents:**
   There are no order-level documents.

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: █████, Sex: M
Enc. Date:02/11/08

## Visit Summary

**Allergies as of 2/11/2008**                                                      **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/11/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/11/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/11/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/11/2008 | | | | | | | |

**Medications 2/11/2008**

NONE

## All Orders

**Protime-INR**                                                                  Final result

| | | | |
|---|---|---|---|
| Ordering User: Electronically signed by: | Lab In Hlseven Edi 02/11/08 0000 Lab In Hlseven Edi 02/11/08 0000 | Frequency: | Routine 02/11/08 - |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

**Protime-INR**                        Resulted: 09/24/11 1923, Result Status: Final result

Resulting Lab: UNKNOWN HISTORICAL LAB                     Specimen:     02/11/08 0000
Narrative:      -- HISTORICAL INFO:
                Location: HEARTCARE
                     Heart Care Center: Heart Care Center, 404 South 13th Avenue
                     Laurel, MS 39441
                Orderer Initials: Logan Hand
                LIS Order Number: 1544323
                Order Description: Prothrombin Time
                IC-Chart Test Number: 2793900
                (Signed in IC-Chart by Scott Parker, ACNP on 2008-02-11 12:50:09)

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 20.1 | Seconds | | - | 31 |
| INR | 1.7 | | | - | 31 |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮▮ Sex: M
Enc. Date:02/11/08

### Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000105

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████, Sex: M
Enc. Date:02/11/08

**HATTIESBURG CLINIC**

## Visit Summary

| Allergies as of 2/11/2008 | **Never Reviewed** |
|---|---|

Not on File

### Vitals

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/11/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/11/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | Frequency | Comments | |
|---|---|---|---|---|---|---|
| as of 2/11/2008 | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | Partners | Comments | |
|---|---|---|---|---|---|---|
| as of 2/11/2008 | | | | | | |

**Medications 2/11/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

**Note signed by Kenneth S. Parker, ACNP at 11/26/11 1455**

| Author: | Kenneth S. Parker, ACNP | Service: | (none) | Author Type: | Acute Care Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1455 | Note Time: | 02/11/08 0836 | | |

```
CLINICAL MESSAGE TYPE: Anticoag Visit Note

PRIORITY: Routine
RECEIVER: Kenneth Johnson, RN

Diagnosis: Cardiomyopathy
INR Range: 2.0  and amp;#45; 3.0
Dose: 7.5mg q day
Next Visit: 2/14/2007
Patient Response: Patient verbalized understanding
INR Test Result: 1.7

MESSAGE:
```

JC000106

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▓▓▓▓ Sex: M
Enc. Date:02/11/08

**HATTIESBURG CLINIC**

## NOTES (continued)

Kenneth Johnson, RN        2/11/2008 8:42:06 AM

new Coumadin patient- need to verify Diagnosis.  He has two Lovenox 80mg sq
bid inj for today.
------------------------------
(Signed in IC-Chart by Kenneth Johnson, RN on 2008/02/11:08:42:06 AM)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000107

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮ Sex: M
Enc. Date:02/14/08

## Visit Summary

**Allergies as of 2/14/2008**                                   **Never Reviewed**
　Not on File

**Vitals**
　(None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | | | | | 0.00 | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | | | | | | | |

**Medications 2/14/2008**
　NONE

## All Orders

**Protime-INR**                                               Final result

| | | | |
|---|---|---|---|
| Ordering User: Electronically signed by: | Lab In Hlseven Edi 02/14/08 0000<br>Lab In Hlseven Edi 02/14/08 0000 | Frequency: | Routine 02/14/08 - |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

**Protime-INR**                         Resulted: 09/24/11 1925, Result Status: Final result

Resulting Lab: UNKNOWN HISTORICAL LAB        Specimen:    02/14/08 0000
Narrative:  -- HISTORICAL INFO:
　　　Location: HEARTCARE
　　　　Heart Care Center: Heart Care Center, 404 South 13th Avenue
　　　　　Laurel, MS 39441
　　　Orderer Initials: Logan Hand
　　　LIS Order Number: 1550509
　　　Order Description: Prothrombin Time
　　　IC-Chart Test Number: 2804270
　　　(Signed in IC-Chart by Wassium Mouannes, MD on 2008-02-14 14:26:52)

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 19.9 | Seconds | | - | 31 |
| INR | 1.7 | | | - | 31 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

JC000108

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████ Sex: M
Enc. Date:02/14/08

## Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000109

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ████████ Sex: M
Enc. Date:02/14/08

## Visit Summary

| Allergies as of 2/14/2008 | | | | | | | **Never Reviewed** |

Not on File

**Vitals**

(None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | | | | | 0.00 | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/14/2008 | | | | | | | |

**Medications 2/14/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

**Note signed by Wassim E Mouannes, MD at 11/26/11 1457**

| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1457 | Note Time: | 02/14/08 0821 | | |

CLINICAL MESSAGE TYPE: Anticoag Visit Note

PRIORITY: Routine
RECEIVER: Kenneth Johnson, RN

Diagnosis: Cardiomyopathy
INR Range: 2.5  and amp;#45; 3.5
Dose: 10mg q day
Next Visit: 2/ 18/2008
Patient Response: Patient verbalized understanding
INR Test Result: 1.7

MESSAGE:

JC000110



## NOTES (continued)

--------------------------------

(Signed in IC-Chart by Kenneth Johnson, RN on 2008/02/14:08:22:40 AM)

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000111

**HATTIESBURG
CLINIC**

## Visit Summary

### Allergies as of 2/18/2008                                                    Never Reviewed

Not on File

### Vitals

(None)

| Tobacco Use | Smoking Status | Source | Types | | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|---|
| as of 2/18/2008 | Never Assessed | | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|
| as of 2/18/2008 | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments |
|---|---|---|---|---|---|---|
| as of 2/18/2008 | | | | | 0.00 | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments |
|---|---|---|---|---|---|---|
| as of 2/18/2008 | | | | | | |

### Medications 2/18/2008

NONE

## All Orders

### Protime-INR                                                                      Final result

| Ordering User: Electronically signed by: | Lab In Hlseven Edi 02/18/08 0000 Lab In Hlseven Edi 02/18/08 0000 | Frequency: | Routine 02/18/08 - |
|---|---|---|---|
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

### Protime-INR                                    Resulted: 09/24/11 1927, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 02/18/08 0000 |
|---|---|---|---|

Narrative:    -- HISTORICAL INFO:
    Location: HEARTCARE
       Heart Care Center: Heart Care Center, 404 South 13th Avenue
       Laurel, MS  39441
    Orderer Initials: Logan Hand
    LIS Order Number: 1555332
    Order Description: Prothrombin Time
    IC-Chart Test Number: 2812419
    (Signed in IC-Chart by Wassium Mouannes, MD on 2008-02-18 14:15:02)

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 30.2 | Seconds | | - | 31 |
| INR | 2.5 | | | - | 31 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

JC000112

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮ Sex: M
Enc. Date:02/18/08

**Testing Performed By (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000113

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▮▮▮▮ Sex: M
Enc. Date:02/19/08

**HATTIESBURG CLINIC**

## Visit Summary

### Allergies as of 2/19/2008                                                    **Never Reviewed**
Not on File

### Vitals
(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | | | | | | | |

### Medications 2/19/2008
NONE

## All Orders

### Protime-INR                                                                 Final result

| | | | |
|---|---|---|---|
| Ordering User: Electronically signed by: | Lab In Hlseven Edi 02/19/08 0000 Lab In Hlseven Edi 02/19/08 0000 | Frequency: | Routine 02/19/08 - |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

### Protime-INR                                      Resulted: 09/24/11 1927, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 02/19/08 0000 |
|---|---|---|---|
| Narrative: | -- HISTORICAL INFO: | | |
| | Location: HEARTCARE | | |
| | Heart Care Center: Heart Care Center, 404 South 13th Avenue | | |
| | Laurel, MS 39441 | | |
| | Orderer Initials: Logan Hand | | |
| | LIS Order Number: 1557277 | | |
| | Order Description: Prothrombin Time | | |
| | IC-Chart Test Number: 2815720 | | |
| | (Signed in IC-Chart by Wassium Mouannes, MD on 2008-02-19 09:55:34) | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 37.0 | Seconds | | - | 31 |
| INR | 3.1 | | | - | 31 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

JC000114

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ████████ Sex: M
Enc. Date:02/19/08

**Testing Performed By (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000115

# HATTIESBURG CLINIC

## Visit Summary

### Allergies as of 2/19/2008 — Never Reviewed
Not on File

### Vitals
(None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | | | | | 0.00 | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/19/2008 | | | | | | | |

### Medications 2/19/2008
NONE

## Orders

### All Orders
NONE

### All Results
NONE

## NOTES

### Note signed by Historical Provider, MD at 11/26/11 1459

| Author: | Historical Provider, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1459 | Note Time: | 02/19/08 0934 | | |

```
CLINICAL MESSAGE TYPE: Anticoag Visit Note

PRIORITY: Routine
RECEIVER: Kenneth Johnson, RN

Diagnosis: Cardiomyopathy
INR Range: 2.0  and amp;#45; 3.0
Dose: 7.5mg alt with 10mg qod
Next Visit: 2/22/2008
Patient Response: Patient verbalized understanding
INR Test Result: 3.1

MESSAGE:
```

JC000116



**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: E1217854
DOB: ███████ Sex: M
Enc. Date:02/19/08

## NOTES (continued)

--------------------------------

(Signed in IC-Chart by Kenneth Johnson, RN on 2008/02/19:09:35:24 AM)

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: [redacted] Sex: M
Enc. Date:02/21/08

## Visit Summary

### Allergies as of 2/21/2008 ................................................. **Never Reviewed**
Not on File

### Vitals
(None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/21/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/21/2008 | | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/21/2008 | | | | | 0.00 | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/21/2008 | | | | | | | |

### Medications 2/21/2008
NONE

## Orders

### All Orders
NONE

### All Results
NONE

## NOTES

### Note signed by Wassim E Mouannes, MD at 11/26/11 1500

| | | | | | |
|---|---|---|---|---|---|
| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
| Filed: | 11/26/11 1500 | Note Time: | 02/21/08 1150 | | |

CLINICAL MESSAGE TYPE: Clinical Message

PRIORITY: Routine
RECEIVER: Marilyn Dixon

MESSAGE:
Marilyn Dixon        2/21/2008 11:51:20 AM

patient need a letter written to be given to the Office Of disabilty,
saying
that he is disabled, please call jenetta, [redacted], or patient home
[redacted]

JC000118

**HATTIESBURG**
**CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB:▮▮▮▮▮▮ Sex: M
Enc. Date:02/21/08

**NOTES (continued)**

Wassium Mouannes, MD        3/3/2008 2:24:08 PM

give him copy of the Progress note, if they still need another letter, let me
know

Debra Farve, Medical Assistant        3/3/2008 4:59:27 PM

PROGRESS NOTES ARE PRINTED OFF AND IN BOX IN FRONT OFFICE FOR HIM TO PICK
UP.
 L/M AT PTS HOME NUMBER.
--------------------------------
(Signed in IC-Chart by Debra Farve, Medical Assistant on
2008/03/03:04:59:27
PM)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000119

# HATTIESBURG CLINIC

GRAHAM,ALBERT L
MRN: 6948038
DOB:         Sex: M
Enc. Date:02/22/08

## Visit Summary

| Allergies as of 2/22/2008 | | | | | | | **Never Reviewed** |
|---|---|---|---|---|---|---|---|
| Not on File | | | | | | | |

## Vitals
(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | | | | | | | |

**Medications 2/22/2008**

NONE

## All Orders

| Protime-INR | | | | Final result |
|---|---|---|---|---|
| Ordering User: | Lab In Hlseven Edi 02/22/08 0000 | Frequency: | Routine 02/22/08 - | |
| Electronically signed by: | Lab In Hlseven Edi 02/22/08 0000 | | | |
| Class: | Normal | Quantity: | 1 | |
| Lab status: | Final result | | | |

## All Results

**Protime-INR**                    Resulted: 09/24/11 1929, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 02/22/08 0000 |
|---|---|---|---|
| Narrative: | -- HISTORICAL INFO: | | |

Location: HEARTCARE
Heart Care Center: Heart Care Center, 404 South 13th Avenue
Laurel, MS 39441
Orderer Initials: Tracey McGrew
LIS Order Number: 1563233
Order Description: Prothrombin Time
IC-Chart Test Number: 2825872
(Signed in IC-Chart by Wassium Mouannes, MD on 2008-02-22 12:53:40)

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 38.6 | Seconds | | - | 31 |
| INR | 3.2 | | | - | 31 |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

JC000120

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB:█████████, Sex: M
Enc. Date:02/22/08

## Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000121

GRAHAM,ALBERT L
MRN: 6948038
DOB: ▆▆▆▆ Sex: M
Enc. Date:02/22/08

**HATTIESBURG CLINIC**

## Visit Summary

**Allergies as of 2/22/2008**                                                         **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 2/22/2008 | | | | | | | |

**Medications 2/22/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

**Note signed by Wassim E Mouannes, MD at 11/26/11 1500**

| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1500 | Note Time: | 02/22/08 1038 | | |

CLINICAL MESSAGE TYPE: Anticoag Visit Note

PRIORITY: Routine
RECEIVER: Patsy Baker, RN

Diagnosis: Cardiomyopathy
INR Range: 2.0 and amp;#45; 3.0
Dose: 7.5 mg alt with 10 mg qod
Next Visit: 1 week
Patient Response: Patient verbalized understanding
INR Test Result: 3.2

MESSAGE:

JC000122



## NOTES (continued)

Patsy Baker, RN          2/22/2008 10:40:17 AM

cont. as above
------------------------------

(Signed in IC-Chart by Patsy Baker, RN on 2008/02/22:10:40:17 AM)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

JC000123

## Visit Summary

**Allergies as of 3/10/2008**                                                                          **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | | | | | | | |

**Medications 3/10/2008**

NONE

## All Orders

**Protime-INR**                                                                                          Final result

| Ordering User: | Lab In HIseven Edi 03/10/08 0000 | Frequency: | Routine 03/10/08 - |
|---|---|---|---|
| Electronically signed by: | Lab In HIseven Edi 03/10/08 0000 | | |
| Class: | Normal | Quantity: | 1 |
| Lab status: | Final result | | |

## All Results

**Protime-INR**                                                    Resulted: 09/24/11 1937, Result Status: Final result

| Resulting Lab: | UNKNOWN HISTORICAL LAB | Specimen: | 03/10/08 0000 |
|---|---|---|---|
| Narrative: | -- HISTORICAL INFO: | | |
| | Location: HEARTCARE | | |
| | Heart Care Center: Heart Care Center, 404 South 13th Avenue | | |
| | Laurel, MS 39441 | | |
| | Orderer Initials: Logan Hand | | |
| | LIS Order Number: 1585657 | | |
| | Order Description: Prothrombin Time | | |
| | IC-Chart Test Number: 2863727 | | |
| | (Signed in IC-Chart by Wassium Mouannes, MD on 2008-03-10 16:51:57) | | |

| Component | Value | Ref Range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Prothrombin Time | 18.6 | Seconds | | - | 31 |
| INR | 1.6 | | | - | 31 |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

JC000124

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ████████, Sex: M
Enc. Date:03/10/08

## Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **31 - Unknown** | UNKNOWN HISTORICAL LAB | Unknown | Unknown | 09/19/11 1414 - Present |
| | UNKNOWN HISTORICAL LAB | Unknown | Unknown | Create - Present |

## NOTES

No notes of this type exist for this admission.

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000125

**HATTIESBURG CLINIC**

## Visit Summary

**Allergies as of 3/10/2008**                                              **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | Never Assessed | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| **as of 3/10/2008** | | | | | | | |

**Medications 3/10/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

**Note signed by Wassim E Mouannes, MD at 11/26/11 1506**

| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1506 | Note Time: | 03/10/08 1049 | | |

CLINICAL MESSAGE TYPE: Anticoag Visit Note

PRIORITY: Routine
RECEIVER: Patsy Baker, RN

Diagnosis: Cardiomyopathy
INR Range: 2.0  and amp;#45; 3.0
Dose: 7.5 mg alt 10 mg qod
Next Visit: 1 week
Patient Response: Patient verbalized understanding
INR Test Result: 1.6

MESSAGE:

JC000126

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB:▨▨▨, Sex: M
Enc. Date:03/10/08

## NOTES (continued)

Patsy Baker, RN          3/10/2008 10:52:21 AM

Pt. doesn't know why level dorpped, didn't miss any doses.  Says he usually
has a beer every day but didn't this week.  Will decrease dose to 7.5 mg TT,
10 mg all other days.
------------------------------
(Signed in IC-Chart by Patsy Baker, RN on 2008/03/10:10:52:21 AM)

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

JC000127

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ███████, Sex: M
Enc. Date:03/21/08

## Visit Summary

**Allergies as of 3/21/2008**                                                                                              **Never Reviewed**

Not on File

**Vitals**

(None)

| **Tobacco Use** | Smoking Status | Source | Types | | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|---|
| as of 3/21/2008 | Never Assessed | | | | 0.0 | 0.0 | | |

| **Alcohol Use** | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 3/21/2008 | | | | | | | |

| **Drug Use** | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 3/21/2008 | | | | | 0.00 | | |

| **Sexual Activity** | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 3/21/2008 | | | | | | | |

**Medications 3/21/2008**

NONE

## Orders

**All Orders**

NONE

**All Results**

NONE

## NOTES

**Note signed by Wassim E Mouannes, MD at 11/26/11 1510**

| Author: | Wassim E Mouannes, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1510 | Note Time: | 03/21/08 0826 | | |

CLINICAL MESSAGE TYPE: Clinical Message

PRIORITY: Routine
RECEIVER: Marilyn Dixon

MESSAGE:
Marilyn Dixon          3/21/2008 8:27:04 AM

patient need meds called in to walmart Laurel lasix


Debra Farve, Medical Assistant          3/21/2008 12:37:49 PM

JC000128

**HATTIESBURG CLINIC**

## NOTES (continued)

faxed to walmart in laurel.
-------------------------------
(Signed in IC-Chart by Debra Farve, Medical Assistant on
2008/03/21:12:37:49
PM)

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### LETTERS

**Letter on: 4/2/08 by: 5780** Status:

.

April 2, 2008

Albert L Graham

██████████████████████

RE: Patient ID # 6948038

Dear Albert Graham

This letter is being sent to you because you missed  your appointment with

 Wassim E Mouannes on March 19, 2008.

If you have not already done so, please call our office at (601) 425-5544
at
your earliest convenience to reschedule.

Sincerely

JC000129

**HATTIESBURG CLINIC**

GRAHAM,ALBERT L
MRN: 6948038
DOB: ████ Sex: M
Enc. Date:04/02/08

Wassim E Mouannes


1430 Jefferson Street
Laurel,MS 39440

/adm

------------------------------

**END OF REPORT**

03/02/2010 TUE 15:12  FAX 6014283630 JCSO BOOKING                    @002/00

Faxed

MAR 04 2010

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

I hereby authorize the use or disclosure of my individually identifiable health information as described below. I understand that I may refuse to sign this authorization. I understand that when this information is used or disclosed, it may be subject to being redisclosed and may no longer be protected by federal privacy regulations.

Patient Name: __Albert Graham__          Medical Record Number: _____

Social Security Number: _____          Date of Birth: _____

Individual/Organization authorized to make the disclosure: __Indian Heart Clinic__

Date(s) of service to be disclosed: _____

Please check the type of information to be used or disclosed:

| | | |
|---|---|---|
| ___ Admission Record | ___ History & Physical | ___ Immunization Dates |
| ___ Emergency Record | ___ Operative Report | ___ Physician Clinic Visits |
| ___ Discharge Summary | ___ Laboratory Reports | ___ Films, slides, or videos |
| ___ Radiology Reports | ___ Entire Record | ___ Other _____ |
| _X_ General Abstract (includes: Admission record, D/C summary, H&P, ER record, consults, lab, radiology, EKG, EEG, operative report, cardio respiratory reports, other dictated reports) | | |

This information may be disclosed to and used by the following individual or organization:
__Jones County Jail__
(Name and Address)

for the purpose of: __Continued Care__

*    I understand that these records may include information relating to AIDS (Acquired Immunodeficiency Syndrome) or infection with HIV (Human Immunodeficiency Virus), psychiatric care, or treatment of alcohol and/or drug abuse.

*    I understand that I have a right to revoke this authorization at any time by notifying the providing organization in writing, but if I do it will not have an effect on any actions taken in reliance on my authorization before the disclosing organization received the revocation. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

*    To request a Revocation of Authorization form, I may contact: SCRMC Privacy Officer, P.O. Box 607, Laurel, MS 39441.

*    Unless otherwise revoked, this authorization will expire on the following date, event, or condition: _____
(If no date is specified, this authorization will expire in six months from the date it is signed.)
        [ ] This authorization will not expire because my protected health information is being disclosed for research purposes.

*    I understand that treatment, payment, enrollment, or eligibility for benefits may be conditioned on obtaining the authorization in the following circumstances:
        *    For research related purposes.
        *    If the authorization is sought by the health plan for eligibility or enrollment determinations relating to the individual or for its underwriting or risk rating determinations.
        *    When the provision of health care is solely for the purpose of creating protected health information for disclosure to a third party.

NOTICE TO PATIENT: The patient or patient's representative may inspect and/or request a copy of the health information to be used or disclosed in accordance with SCRMC policies.

Patient Name: __Albert Graham__
                Please Print

Signature of patient or patient's representative: __Albert Graham__          Date: 2-17-10

If signed by legal representative, relationship to patient: _____

Witness: _____

TO BE COMPLETED BY PROVIDER:

Complete only if authorization is for marketing purposes.
SCRMC  [ ] will  [ ] will not receive direct or indirect remuneration or compensation in exchange for using or disclosing the information listed above.

Date of Disclosure: _____          Clerk Initials: _____

| DO NOT WRITE BELOW THIS LINE | P | DO NOT WRITE BELOW THIS LINE |
|---|---|---|
| SOUTH CENTRAL REGIONAL MEDICAL CENTER | A T I E N T | 6948038 |
|  | B A R C O D E | RELEASE OF INFORMATION DATE: 3-7-10  PAGES: 2.5  MAILED/FAXED  EMP. 60 |

AUTHORIZATION TO DISCLOSE INFORMATION

# JONES COUNTY SHERIFF'S DEPARTMENT
## JONES COUNTY ADULT DETENTION FACILITY
### SHERIFF ALEX HODGE

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| The Hunt Coration | Counsel |

| DATE: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 3-2-10 | 2 |

| FAX NUMBER: | RE: |
|---|---|
| 601-425-5525 | |

---

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

---

601-649-7502
5178 HIGHWAY 11 NORTH
ELLISVILLE, MS 39437

http://epicview.hattiesburgclinic.com/batch.php?id=1970606&mrn=6948038        10/22/2013

JC000141

# HATTIESBURG CLINIC

## COUMADIN CONSENT

NAME  Albert Graham            DATE OF BIRTH: ▮▮▮▮

HISTORY#  6948038            PHYSICIAN:  mcname?

AGE  50        SEX        F   (M)  (Circle)

Because of a particular medical diagnosis my Physician/Nurse Practitioner has placed me on Coumadin/warfarin therapy to decrease the possibility of blood clots forming within my body.

I have received a copy of the *"Medication Guide for Coumadin"* from Bristol Myers Squibb.

I have read it and the information has been reviewed with me.

I have had a chance to ask my physician or nurse questions about Coumadin/warfarin, which were answered to my satisfaction.

I understand the risks and benefits of the therapy which include the following:

- Coumadin can cause serious and even life threatening bleeding.
- It is imperative to see the "Coumadin Clinic" nurse on a regular basis.
- Sometimes more frequent blood work will be necessary to keep my blood clotting in the proper range.
- Even with the blood work being in the proper range bleeding can still occur.
- I must report immediately any signs or symptoms of bleeding to my doctor or go to the nearest emergency room

I understand that the direct supervision of my Coumadin therapy will be monitored by registered nurses under the supervision of an Internal Medicine physician.

A Graham
Print Name

Self or relationship to patient

Albert I Graham    2-14-08          2-14-08
Signature of patient or person    Date        Witness (signature)    Date
authorized

1335 (2/97)

http://epicview.hattiesburgclinic.com/batch.php?id=539984&mrn=6948038        10/22/2013

JC000142

3925

6948

### ECHOCARDIOGRAPHIC REPORT

**GRAHAM, ALBERT**
7837569
Wassim Mouannes, MD

DATE OF STUDY          02/06/08
DATE OF BIRTH          
ORDERING PHYSICIAN     Dr. Mouannes

INDICATION FOR STUDY.  Stroke.

RESULTS. This is a good quality echocardiographic study. The patient appears to be in sinus rhythm. Left ventricular cavity size was mildly enlarged with normal wall thickness. Left ventricular systolic function was severely reduced with an ejection fraction of 20%, with severe global hypokinesis. The right atrium, right ventricle were normal. The aortic valve, mitral valve, tricuspid valve, pulmonic valve were normal. There appears to be a mobile filament on the septal wall of the left ventricle, which possibly could represent a chorda tendineae, but also can be representing a thrombus. Color Doppler flow reveals moderate mitral regurgitation, mild tricuspid regurgitation. Aortic root was normal. No pericardial effusion seen. Diastolic function was not assessed.

CONCLUSION. Severe left ventricular dysfunction, mild tricuspid regurgitation, moderate mitral regurgitation, possible thrombotic ligament on the septal wall versus chorda tendineae. Transesophageal echocardiogram is recommended for further evaluation.

_____

Wassim Mouannes, MD

D: 02/06/08
T: 02/06/08/dn

cc:    Cardiorespiratory Department
       files

### ECHOCARDIOGRAPHIC REPORT

**GRAHAM, ALBERT**
7837569
Wassim Mouannes, MD
162



http://epicview.hattiesburgclinic.com/batch.php?id=807468&mrn=6948038          10/22/2013

JC000143

6948038

**TRANSESOPHAGEAL ECHOCARDIOGRAM**

GRAHAM, ALBERT
7837569
Wassim Mouannes, M.D.

DATE OF SERVICE: 02/07/08

DATE OF BIRTH: ███

PRIMARY CARE PHYSICIAN:    None

INDICATION:    Stroke

PROCEDURE:    After the patient gave us his informed consent, he was brought to the cath lab holding area in fasting state. The posterior pharynx was anesthetized using local Citacaine. After adequate sedation was obtained using Versed and Fentanyl, the transesophageal probe was intubated into the esophagus without difficulties. Mid-esophageal views were obtained.

FINDINGS:

AORTIC VALVE:    The aortic valve appears to be a tri-leaflet valve without any vegetation, stenosis, or regurgitation.

LEFT VENTRICLE:    The left ventricle appears to be mildly thickened, moderately enlarged. There appears to be severe left ventricular systolic dysfunction. The apex was not well visualized. There was no obvious evidence of thrombus or masses in the left ventricle.

MITRAL VALVE:    The mitral valve appears to be a bi-leaflet valve with good opening. There appears to be moderate to severe central jet of mitral regurgitation present.

The left atrium and left atrial appendage were well visualized and appears to be clear of any clots.

INTRA-ATRIAL SEPTUM:    The intra-atrial septum was well visualized. Color Doppler flow and saline bubble injection reveals no evidence of shunt of PFO.

The right atrium and right ventricle appear to be free of disease.

TRICUSPID VALVE AND PULMONIC VALVE:    There appears to be mild to moderate tricuspid regurgitation. The pulmonic valve was not well visualized.

**TRANSESOPHAGEAL ECHOCARDIOGRA** A D D R E S S O

GRAHAM, ALBERT
7837569
Wassim Mouannes, M.D.   162

SOUTH CENTRAL

JC000144

**TRANSESOPHAGEAL ECHOCARDIOGRAM**                    GRAHAM, ALBERT
7837569
Wassim Mouannes, M.D.

CONTINUED, PAGE 2

<u>PERICARDIUM:</u>    No pericardial effusion seen.

<u>AORTA:</u>    The descending aorta, aortic arch, descending aorta were well visualized and appeared to be free of atherosclerosis.

CONCLUSION:        Negative transesophageal echocardiogram study for any evidence
of cardiac source of emboli. There is evidence of severe left
ventricular systolic dysfunction, moderate to severe mitral regurgitation.

_____
Wassim Mouannes, M.D.


dd: 02/07/08    (08:05)
dt: 02/07/08/ne

---

**TRANSESOPHAGEAL ECHOCARDIOGRAM**    ADDRESSO    GRAHAM, ALBERT
7837569
Wassim Mouannes, M.D.

 SOUTH CENTRAL

JC000145

H # 69480
4 page

**HISTORY**
**PHYSICAL EXAMINATION**

GRAHAM, ALBERT L.
7837569
Wassim Mouannes, MD

DATE OF BIRTH 
ADMITTED          02/05/08

CHIEF COMPLAINT. Acute left parietal cerebrovascular accident.

HISTORY OF PRESENT ILLNESS. This is a 56-year-old black male, known to the Heart Care Center with a past medical history of nonischemic cardiomyopathy with an ejection fraction of 10% to 15%, nonsustained ventricular tachycardia, mild renal insufficiency, congestive heart failure. The patient was walking today, and while he was walking, he states that his right arm began to "flap," and that he was unable to control his right arm. He states that he also felt tingling and numbness in his right upper extremity, and in his right leg. The patient states that he was able to walk and slowly was able to walk back home. The patient states that over the course of the day, his symptoms have gradually improved, and now he no longer has right upper extremity weakness. He is able to move his right arm and right leg. The patient states also that when he first noticed the symptoms, approximately 9:30 a.m. this morning, he was having a hard time articulating his words at that time, but since then, he notices improvement. The patient denies any chest pain, shortness of breath, palpitations, syncope, or presyncope.

PAST HISTORY. Past Medical History: See above. Past Surgical History: Appendectomy.

HOME MEDICATIONS
1.   Aspirin 81 mg once daily.
2.   Coreg 6.25 mg 1 twice a day.
3.   Digitek 0.125 mg once a day.
4.   Diovan 40 mg once a day.
5.   KCl 20 mEq once a day.
6.   Lasix 40 mg twice a day.

ALLERGIES. No known drug allergies.

FAMILY HISTORY. His sister has congestive heart failure and chronic obstructive pulmonary disease. His mother is living and is healthy. Father's history is unknown.

SOCIAL HISTORY. He is married. He smokes about a pack per day. The patient used to drink about 6 beers per day. He denies any heavy liquor. Continued

**HISTORY**
~~PHYSICAL EXAMINATION~~

GRAHAM, ALBERT L.
~~7837569~~

Wassim Mouannes, MD

162



ADDRESSOG

RECEIVED FEB 1 5 2008

JC000146

**HISTORY**
**PHYSICAL EXAMINATION**

GRAHAM, ALBERT L.
7837569
Wassim Mouannes, MD

Continuation, page 2 of History

REVIEW OF SYSTEMS.

General: Denies recent change in appetite or weight. Denies fever or chills.

HEENT: Denies recent change in vision or hearing. Denies tinnitus. Denies blurred vision, eye pain, ear pain, or dysphagia.

Cardiac: See history of present illness. In addition, denies palpitations, orthopnea, or paroxysmal nocturnal dyspnea.

Respiratory: Denies a history of asthma, emphysema, or exposure to tuberculosis. Denies cough, hemoptysis, night sweats, or dyspnea on exertion.

GI: Denies nausea, vomiting, diarrhea, constipation, abdominal pain, melena, or hematochezia. Denies history of gastroesophageal reflux disease.

GU: Denies hematuria, dysuria, frequency, or hesitancy.

Integumentary: Denies pruritus, rash, or lesion.

Musculoskeletal: Denies muscle weakness, back pain, or change in range of motion.

Endocrine: Denies heat or cold intolerance.

Hematologic: Denies history of anemia, blood clots, or clotting disorder.

Psychiatric: Denies problems with anxiety or depression

Neurological: Denies history of syncope, seizures or stroke. Denies problems with headache.

Brandi Garris, MSN, ACNP

Wassim Mouannes, MD

D: 02/05/08
T: 02/05/08/dn

**HISTORY**
**PHYSICAL EXAMINATION**

GRAHAM, ALBERT L.
7837569
Wassim Mouannes, MD

RECEIVED FEB 15

A
D
D
R
E
S
S
O
G

 SOUTH CENTRAL

JC000147

**HISTORY**
**PHYSICAL EXAMINATION**

**GRAHAM, ALBERT L.**
7837569
Wassim Mouannes, MD

ADMITTED  02/05/08

GENERAL.  The patient is alert and oriented, in no acute distress.

HEENT.  Pupils are round, regular, equal, and reactive to light and accommodation.

NECK.  No jugular venous distention or carotid bruits.

CHEST.  Lungs are clear without rhonchi, rales, or wheeze.

HEART.  Regular rate and rhythm without any obvious murmur, rub, or gallop.

ABDOMEN.  Soft, nontender, with positive bowel sounds.

EXTREMITIES.  No clubbing, cyanosis, or edema.  Pedal pulses are 2+ in the upper and lower extremities.

SKIN.  Warm, dry, and intact.

NEUROLOGIC.  The patient is alert and oriented x3.

DATA.  EKG showed sinus rhythm with leftward axis deviation, poor R-wave progression with some nonspecific ST- and T-wave abnormalities.  CBC reveals white blood cell count of 4.4, hemoglobin 13.2, hematocrit 38.9, platelets 253, sodium 141, potassium 3.8, chloride 105, $CO_2$ of 27, calcium 9.0, glucose 112.  BUN 12, creatinine 1.28, pro-time 13.1, INR 1.1, APTT 27.2.  Digoxin level is less than 0.2.

ADMITTING IMPRESSION
1.    Acute left parietal stroke.
2.    History of severe, nonischemic cardiomyopathy with an ejection fraction of 15%.
3.    Mild renal insufficiency.
4.    History of nonsustained ventricular tachycardia.

Continued

**HISTORY**
**PHYSICAL EXAMINATION**

A
D
D
R
E
S
S
O
G

**GRAHAM, ALBERT L.**
7837569
Wassim Mouannes, MD

SOUTH CENTRAL

RECEIVED FEB 1 5 200

HISTORY
PHYSICAL EXAMINATION

GRAHAM, ALBERT L.
7837569
Wassim Mouannes, MD

Continuation, page 2 of Physical Examination

PLAN

1. Will admit to telemetry.
2. Neurologic consultation.
3. Lovenox 40 mg subcutaneous daily.
4. The patient may need to begin Coumadin secondary to severely reduced ejection fraction, which may have possibly been the cause of the patient's stroke.
5. Further recommendations pending the patient's clinical course and response to treatment.

Brandi Garris, MSN, ACNP

Wassim Mouannes, MD

D: 02/05/08
T: 02/05/08/dn

HISTORY
PHYSICAL EXAMINATION

GRAHAM, ALBERT L.
7837569
Wassim Mouannes, MD

A D D R E S S O G

RECEIVED FEB 1 5 200


SOUTH CENTRAL
REGIONAL MEDICAL CENTER

JC000149

http://epicview.hattiesburgclinic.com/batch.php?id=44500&mm=69&038    10/22/2013






South Central Regional Medical Center
P.O. Box 607
Laurel Mississippi 39441

Patient Name: GRAHAM, ALBERT L.
DOB/Age:                    56 years
FIN:           7XD5488
MRN:           006199085
Accession No: RA-07-0038267
Location/Bed:  LW 143
Patient Type:  ER Admit

## RADIOLOGY REPORT

EXAM:
DX CHEST PA & LAT

EXAM DATE/TIME:
11/24/2007 07:30:19

ACCESSION NUMBER:
RA-07-0038267

ORDERING MD:
WASSIM E MOUANNES, MD

89183

77020

REASON:
112407 PA LAT CXR DX CHEST PAIN PER WAC

REPORT
PA AND LATERAL CHEST @0 07:36 HOURS:
The heart is enlarged.  Bibasilar edema shows slight improvement from yesterday.  Small bibasilar effusions are noted.
The pulmonary vasculature is upper normal.

IMPRESSION:
Improving CHF.

Interpreting Physician: D. Frederick Vail, M.D.
Electronically Signed by: D. Frederick Vail, M.D.
Transcriptionist: MP
Transcribed Date/Time: 11/24/2007 11:47
Signed Date/Time: 11/24/2007 13:04
Technologist: SP
******************FINAL*********************

SECURED PROTECTED HEALTH INFORMATION

SCRMC

Print Date/Time: 11/24/07 17:26

JC000151

H#6948038

**CONSULTATION**

GRAHAM, ALBERT
7818488
Wassim Mouannes, M.D.

DATE OF SERVICE: 11/22/07

DATE OF BIRTH: ▮▮▮▮

PRIMARY CARE PHYSICIAN:     Dr. Mark Norton
REFERRING PHYSICIAN:   Dr. Kimberly Dobbs

INDICATION:     Congestive heart failure.

HISTORY OF PRESENT ILLNESS:     This is a pleasant 56 year old African-American
gentleman with a questionable history of irregular
heart beat in the past. He had a negative workup a couple of years ago in Pascagoula, Ms,
including a stress test. The patient has no significant medical problems except for tobacco and
alcohol abuse. He used to walk 6 miles every day up until three weeks ago when he had cold
symptoms with cough, fever, and sputum production. He received antibiotics. He never got
better. He did actually get progressively short of breath with dyspnea on exertion and
subsequently developed orthopnea and paroxysmal nocturnal dyspnea. He did not have any lower
extremity edema and no syncope. He did develop chest pain in the last two to three days.
Substernal in nature, steady, not related to any deep inspiration. It felt like something pushing
from his stomach up into his chest. The patient presented to the emergency room and was found
to be in congestive heart failure. He received two doses of IV Lasix with marked improvement in
his symptoms. Initial chest x-ray did show pulmonary edema with pleural effusion. His repeat
chest x-ray today showed clearing up of his effusions. He had negative cardiac enzymes. His
BNP initially was 2000. The patient currently is feeling much better. He denies a previous history
of heart disease except for a little irregular heart beat. Denies any previous history of myocardial
infarction, hypertension, diabetes or hypercholesterolemia.

PAST MEDICAL HISTORY:     As above.

PAST SURGICAL HISTORY:     Appendectomy.

SOCIAL HISTORY:     He smokes about a pack a day. He drinks about 6 beers every day.
He denies any heavy liquor.

FAMILY HISTORY:     His sister has congestive heart failure and chronic obstructive
pulmonary disease. His mother is healthy. His father's history is unknown.

RECEIVED DEC 0 4

**CONSULTATION**

GRAHAM, ALBERT
7818488
Wassim Mouannes, M.D.   143

CONSULTATION

GRAHAM, ALBERT
7818488
Wassim Mouannes, M.D.

CONTINUED, PAGE 2

ALLERGIES:        No known drug allergies.

HOME MEDICATIONS:    Multivitamins.

REVIEW OF SYSTEMS:

| | |
|---|---|
| General: | The patient admits to losing about 5 lbs in the last two to three weeks. Denies any fever or chills at the present time. |
| HEENT: | No headache, no blurry vision. |
| Cardiovascular: | As per history of present illness. |
| Respiratory: | Positive recent cough and upper respiratory tract infection. |
| GI: | No nausea, vomiting, diarrhea or constipation. |
| GU: | No hematuria, no dysuria. |
| Musculoskeletal: | No myalgias, no arthralgias. |
| Endocrine: | No heat or cold intolerance. |
| Neurological: | No history of stroke or seizures. |
| Psychological: | No history of anxiety or depression. |

The rest of the review of systems is negative.

| PHYSICAL EXAMINATION: | Temperature 98.2, pulse 94, blood pressure 112/86. |
|---|---|
| HEENT: | Pupils are equal, round and reactive to light and accommodation. Extraocular movements are intact. |
| NECK: | Mild jugular venous distention, no bruits. |
| CARDIOVASCULAR: | Regular rate and rhythm with a II/VI holosystolic murmur at the apex. |
| CHEST: | Lungs have mild basilar rales inferiorly on the right side. |
| ABDOMEN: | Soft, non-tender, non-distended. No shifting dullness appreciated. |
| EXTREMITIES: | Good peripheral pulses. No clubbing, cyanosis or edema. |
| NEUROLOGICAL: | Intact. |
| SKIN: | Warm and dry. |

ACCESSORY DATA:    His TSH was normal. His creatinine was 1.4, BUN 22, sodium 139, potassium 3.8, chloride 105 and CO2 26. His magnesium level was normal. His AST was normal. His D-dimer was mildly elevated at 327. CT of the chest showed no evidence of pulmonary embolism, moderately large right pleural effusion, congestive heart failure, mediastinal adenopathy, inflammatory vs neoplastic process.

RECEIVED DEC 0 4

CONSULTATION

A
D
D
R
E
S
S
O

GRAHAM, ALBERT
7818488
Wassim Mouannes, M.D.

SOUTH CENTRAL

JC000153

CONSULTATION

GRAHAM, ALBERT
7818488
Wassim Mouannes, M.D.

CONTINUED, PAGE 3

IMPRESSION:
1.   Acute congestive heart failure, new onset.
2.   Severe left ventricular dysfunction, ejection fraction 15%, probably viral cardiomyopathy
     vs alcoholic cardiomyopathy. Doubt ischemia in nature.
3.   Moderate to severe mitral regurgitation.
4.   Alcohol and tobacco abuse.
5.   Mild renal insufficiency.
6.   Premature ventricular contractions.
7.   Atypical chest pain on admission, resolved.

PLAN:      At this time we are going to start the patient on Coreg 3.125 mgs po bid. We are
going to start him on Lisinopril 2.5 mgs po bid, Lasix 20 mgs po daily, and Aldactone 12.5 mgs
po daily. We are going to go ahead and schedule the patient for CT angiogram of the chest to rule
out coronary artery disease. We will titrate slowly his ACE inhibitor and Beta blocker as
tolerated. I instructed the patient to avoid all kind of alcohol and all kind of tobacco products. He
was also to go on a low salt diet as well. Thank you for allowing me to participate in the care of
this pleasant patient. I will be happy to follow the patient with you.


Wassim Mouannes, M.D.


dd: 11/22/07
dt: 11/23/07/ne


RECEIVED DEC 0 4

CONSULTATION

ADDRESS

GRAHAM, ALBERT
7818488
Wassim Mouannes, M.D.