# Walmart
Save money. Live better.

# Legal

HIPAA Team

702 SW 8th Street
Bentonville, AR 72716-0215
Phone 479.277.4382
Fax 479.204.9655

Store(s): 501

Dates of Service: 1/1/2000 to 12/31/2010

## CERTIFICATION OF RECORDS

Enclosed are the prescription records of Albert Graham (3 page(s)). We are producing the records pursuant to a subpoena/authorized release issued to Wal-Mart in the matter of Albert Graham. Please accept this document as certification of the records produced herewith. The records you have requested are maintained by the Pharmacy Division of Wal-Mart Stores, Inc. in various locations throughout the company. Upon receipt of your subpoena/authorized release by the Wal-Mart Stores, Inc. Legal Department, we requested of the appropriate location of Wal-Mart Pharmacy to provide all documents in their possession responsive to your subpoena/authorized release. The records produced herewith are accurate, complete, true and correct copies of all records received or retrieved to the best of our knowledge by Legal pursuant to your request. I further certify that Wal-Mart Stores, Inc. is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter, that the charges were reasonable for similar services, necessary as payment for a prescription filled by our pharmacy pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

Tiffany Young
HealthPort Release of Information
Bentonville, AR 72716-0215

STATE OF ARKANSAS  )
                   ) ss.
COUNTY OF BENTON   )

The foregoing instrument was acknowledged before me this 4 day of Mar 2014

Notary Public



EXHIBIT 5

JC 000864

| | | **Connexus Pharmacy System** | | | |
|---|---|---|---|---|---|
| Store #: 501 | | Wal-Mart Pharmacy10-501 | | 1621 HWY 15 NORTH | |
| Report Date: 03/04/2014 | | HIPAA - Designated Record Set | | LAUREL MS-39440 | |

From : 01/01/2000 To 12/31/2010

| | | | | | |
|---|---|---|---|---|---|
| **Name** | GRAHAM,ALBERT | | **DOB** | | |
| **Address** | ■■■■■■■■■■ | | **SSN #** | | |
| | | | **Phone** | ■■■■■■■■■■ | |
| | LAUREL,MS-39440 | | | | |
| **Allergies** | | | **Email** | | |

**Clinical HIPAA Notes**

### Prescription Information

| Fill Date | Rx # / Fill Id | Drug Name / Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| | 2898473 | Qty : 28 | | | | |
| 03/22/2004 | 7445406 3002781 | DYTAN 25MG CHW Qty : 20 | CHEW AND SWALLOW ONE TABLET BY MOUTH TWICE DAILY | MEADOWS,ROGER G. NO FAXES | CMK | $ 27.72 |
| 11/27/2007 | 7714503 3699629 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 02/18/2008 | 7714503 3760777 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 03/10/2008 | 7714503 3778130 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 04/04/2008 | 7714503 3796073 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 05/14/2008 | 7714503 3823804 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 06/24/2008 | 7714503 3851983 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 08/13/2008 | 7714503 3887086 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY WITH FOOD | PARKER,SCOTT R | | $ 4.00 |
| 11/27/2007 | 7714504 3699631 | LISINOPRIL 2.5MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | PARKER,SCOTT R | | $ 8.00 |
| 12/11/2007 | 7718455 3709985 | FUROSEMIDE 40MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | NORTON,MARK | | $ 8.00 |
| 01/31/2008 | 7718455 3746317 | FUROSEMIDE 40MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | NORTON,MARK | | $ 8.00 |
| 12/11/2007 | 7718456 3709992 | CARVEDILOL 3.125MG TAB Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | NORTON,MARK | | $ 4.00 |
| 12/11/2007 | 7718458 3709993 | DIOVAN 40MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 57.62 |
| 01/31/2008 | 7718458 3746315 | DIOVAN 40MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 60.88 |
| 12/11/2007 | 7718460 3709995 | DIGITEK 0.125MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 4.00 |
| 01/31/2008 | 7718460 3746316 | DIGITEK 0.125MG TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 4.00 |
| 12/11/2007 | 7718462 3709996 | KLOR-CON M20 TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 15.84 |
| 02/18/2008 | 7718462 3760776 | KLOR-CON M20 TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 15.84 |
| 04/11/2008 | 7718462 3800767 | KLOR-CON M20 TAB Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON,MARK | | $ 15.84 |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

JC 000866

| | | **Connexus Pharmacy System** | | | |
|---|---|---|---|---|---|
| Store #: 501 | | **Wal-Mart Pharmacy10-501** | | 1621 HWY 15 NORTH | |
| Report Date: 03/04/2014 | | **HIPAA - Designated Record Set** | | LAUREL MS-39440 | |

From : 01/01/2000 To 12/31/2010

| | | | | | |
|---|---|---|---|---|---|
| **Name** | GRAHAM, ALBERT | | **DOB** | | |
| **Address** | | | **SSN #** | | |
| | | | **Phone** | | |
| | LAUREL, MS-39440 | | | | |
| **Allergies** | | | **Email** | | |

**Clinical HIPAA Notes**

## Prescription Information

| Fill Date | Rx # / Fill Id | Drug Name / Qty | SIG | Physician | Ins. | Price |
|---|---|---|---|---|---|---|
| 08/13/2008 | 7718462 / 3887087 | KLOR-CON M20 TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | NORTON, MARK | | $ 15.84 |
| 02/08/2008 | 7734503 / 3753656 | WARFARIN 5MG TAB / Qty : 30 | TAKE ONE & ONE-HALF TABLETS BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 4.00 |
| 01/12/2009 | 7734503 / 3999655 | WARFARIN 5MG TAB / Qty : 30 | TAKE ONE & ONE-HALF TABLETS BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 4.00 |
| 03/28/2008 | 7734504 / 3790858 | DIGITEK 0.125MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 4.00 |
| 08/13/2008 | 7734504 / 3887088 | DIGOXIN 0.125MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 4.00 |
| 01/12/2009 | 7734504 / 3999652 | DIGOXIN 0.125MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 4.00 |
| 10/24/2008 | 7734505 / 3939316 | CARVEDILOL 3.125MG TAB / Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 01/12/2009 | 7734505 / 3999649 | CARVEDILOL 3.125MG TAB / Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 01/12/2009 | 7734506 / 3999650 | DIOVAN 40MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 62.36 |
| 10/24/2008 | 8825258 / 3939317 | ASPIRIN 81MG EC TAB / Qty : 30 | TAKE ONE BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 4.00 |
| 01/12/2009 | 7734507 / 3999654 | KLOR-CON M20 TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH EVERY DAY | MOUANNES, WASSIM E | | $ 15.84 |
| 03/21/2008 | 7747278 / 3785909 | FUROSEMIDE 40MG TAB / Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 8.00 |
| 06/03/2008 | 7747278 / 3837178 | FUROSEMIDE 40MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 07/31/2008 | 7747278 / 3877185 | FUROSEMIDE 40MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 08/13/2008 | 7747278 / 3887085 | FUROSEMIDE 40MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 10/24/2008 | 7747278 / 3939314 | FUROSEMIDE 40MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 01/12/2009 | 7747278 / 3999651 | FUROSEMIDE 40MG TAB / Qty : 30 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |
| 06/05/2009 | 7852723 / 4111228 | CARVEDILOL 6.25MG TAB / Qty : 60 | TAKE ONE TABLET BY MOUTH TWICE DAILY | MOUANNES, WASSIM E | | $ 4.00 |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

JC 000867