# JONES COUNTY SHERIFF'S DEPARTMENT

# ADULT CORRECTIONAL FACILITY

# POLICY AND PROCEDURE MANUAL

EXHIBIT 6

JC000606

## Jones County Sheriff's Department
## Jail and Detention

**RECEIPT FOR POLICY & PROCEDURES MANUAL**

I, _____, hereby receipt for one (1) copy of the Jones County Sheriff's Department's Jail Policy & Procedures Manual.

It is understood that this manual is entrusted to me for safekeeping, study, and compliance. I will use my best effort to study, learn, and comply with the instructions contained. The updating, maintenance, and safe storage of this manual are my responsibility.

I understand this manual contains restricted law enforcement data, and that the release of its contents to anyone not having an official need to know may place the operation of this facility in jeopardy, and could adversely affect those who work and are incarcerated here as well.

I will retain this manual in my possession or safekeeping, and will not allow it to be copied or reproduced in any manner. Further, I will immediately report to the Jail Administrator any attempt made by those outside of the facility to borrow, acquire a copy, view, or use this manual.

I affirm my commitment to honor this agreement this _____ day of _____, 200__.


_____
Printed name


_____
Signature



_____
Printed name of Witness


_____
Witness' Signature

JC000614

**«Name_of_facility»**
**Jail and Detention**

## HOW TO USE THIS MANUAL

Contained in this manual are *policies and procedures* of the «Name_of_facility». This manual deals with the specifics of operating this detention facility, both administratively and operationally, and it addresses issues relating to how we manage, supervise, and communicate with one another.

Operational policies Section 5 through 9 address issues important to your safety and areas of operation that frequently result in complaints against officers and the detention facility. These operational policies are periodically updated. You will be notified when changes are made at roll call meetings or during training sessions. It is your responsibility to understand these policies and follow the procedures set forth in this manual.

Our policies and procedures are written to provide a foundation for the day-to-day operations of the facility. Their purpose is to standardize the facilities approach and response to recurrent and predictable situations. Policies and procedures are intended to provide you with guidance regarding the performance of your responsibilities as a detention officer. They contribute to the overall achievement of the mission by defining performance expectations, ensuring conformity to legal standards, institutionalizing detention's "best practices," and establishing a basis for accountability.

It is an important requirement that each of us be familiar with the details of this manual, and readily apply its guidelines in every aspect of what we do in this facility. How well you study and use what you learn directly affects the safety of our operation.

Begin your education process by paging through the manual. Familiarize yourself with the format; review how subjects are categorized and numbered; and look for specific topics. Then read the operational policies of the manual. Read each policy and when you come to something you don't understand, find confusing, or simply question, write it down and talk with your supervisor to seek the answers. Keep going through this process until you have completed a review of each policy, then move on to the next group. Repeat the process until you are confident you know each policy well enough to apply it in spirit as well as in practice.

During your reading of the manual, if you find something incorrectly stated, or you have a better idea, we want to know. This is a living document. It was put together with change in mind – the kind of change that brings improvement. Your assistance is needed to make it work, and keep it working as a quality guide.

Use the following suggestion form to make written suggestions. You may use the original in the book to make copies, and then put your suggestions on a copy of the form, and turn it in to your supervisor. No recommendation is too small or unimportant, so please share your ideas.

JC000615

## Jones County Sheriff's Department

## ORDERS & INSTRUCTIONS

This law enforcement agency issues orders in several forms. All agency employees are responsible for knowing, understanding, and complying with all lawful orders. Immediate and consistent compliance with orders is essential to accomplishing our mission and protecting human life. Orders will be given in the following forms:

### 1. General Orders

*General orders* reflect the agency's fundamental mission and values. You are expected to know these rules and follow them both in letter and spirit. No deviations should occur without the expressed personal authorization of the Sheriff. General Orders will be provided and discussed in your training and widely disseminated. You should immediately ask your supervisor if you have any questions about compliance. You have the duty to immediately report General Order violations.

### 2. Special Orders

Special orders are always written. They are authorized and signed by the Sheriff or Major. Special orders provide short-term instructions in matters of critical concern to the Sheriff. Special orders are numbered, each bearing an effective date, expiration date, and the signature of the Sheriff or Major. Special Orders are provided and discussed in training, announced at roll call, and published as the need arises. It is your responsibility before starting your tour of duty each day to know what Special Orders are in effect, and to comply with their requirements. Any questions about compliance or known violations of a Special Order should be referred to your supervisor as soon as practical.

### 3. Policies & Procedures

The senior enforcement official of a detention or correctional entity is charged with the responsibility of establishing policy and determining the procedures that will be followed to accomplish the mission of the detention facility while maintaining effective control and safety. Policies and procedures often vary from organization to organization, depending on the management style of the policy maker, the needs and desires of the community, and available resources. Within the detention environment the Jail Administrator is responsible to the Major for the development, management, and enforcement of detention policies and procedures.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000618

The Major and the Jail Administrator provide this manual as a detailed guide to performance expectations. Each policy is published separately, and contains a statement of the policy and detailed procedures regarding how to carry it out. *Policies* are the *orders*, and *procedures are the instructions for carrying out the orders*.

Not every situation is foreseeable. It is important for detention officers and other employees to know and understand these policies and procedures and apply them in a variety of situations. **When faced with a dilemma, ask and answer . . . what would a reasonable detention officer do?** Your Confidence as a detention officer is built on experience, training, careful review, and practiced compliance with policies and procedures and other requirements in this manual.

## 4. Post Orders

Post Orders, sometimes referred to as *job descriptions*, are written and published for each job or duty station in the organization. Each job has a published set of post orders, which detail the responsibilities and the job. When assuming a post, duty position, or assignment for the first time, each officer and employee will read, understand, and sign the post orders located at that position, station, or in the patrol unit. The employee reporting for duty will not assume the duties of the position until post orders are read, and fully understood.

During subsequent assignments to the same post, the officer or employee will review the post orders immediately upon arrival at the place of assignment to determine if there have been changes in the duty instructions. In those cases where another employee or officer is being relieved of the duties at that post, the arriving officer or employee will review the post orders before the other officer is allowed to be relieved or depart the general area. Officers will discuss the activity at this particular post verbally before the relieved officer is free to depart. Officers being relieved will never leave a post until instructed by the *relief officer*, and after insuring that the newly arrived officer is apprised of prior events, any threats, or other conditions of interest.

If there are any questions about the performance of work required at this duty assignment, the officer or employee will notify the supervisor on duty for immediate help, instruction, or assistance. Employees will not assume or work a duty position without fully understanding the requirements of the position, and satisfying themselves that they are mentally and physically capable of carrying out the responsibilities of the assignment, except in *declared emergencies*. If an employee is incapable of carrying out the responsibilities of a particular post, the employee will ask their supervisor to be immediately relieved of duty.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000619

## 5.  Direct or Verbal Orders

Direct orders are most often issued through the spoken word.  These orders may be given at roll call, but most often are issued verbally during the course of a work shift.  Personnel are to respond to verbal orders issued by supervisors, the Jail Administrator, and of course the Sheriff.

In those cases where someone who is not your supervisor, Jail Administrator, Major or the Sheriff, gives you a direct or verbal order or command, it is your responsibility to verify the order through your *post orders* or supervisor **before complying with the order or instruction**.  For example, it is inappropriate for a law enforcement officer of another agency to issue orders to a detention officer of this organization without prior written approval from the Sheriff.  This includes federal and state officers or agents.

Compliance with direct or verbal orders is only required or appropriate when the officer reasonably believes that the order given is *lawful.*  To be a lawful order, the instruction must be in harmony or compliance with the *law, special orders, general orders* and *policies* established by the Jail Administrator and sanctioned by the Sheriff.  For example, management and supervisory personnel are not authorized to order officers to physically abuse suspects or employ excessive or unreasonable force.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

JC000620

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| **Subject:** Policy & Procedure Management | **Policy Number:** 2.01 |
|---|---|
| **Issue Date:** | **Revision Date:** |
| **Approval Authority Title and Signature:** | |

**POLICY:**

The Jones County Sheriff's Department provides all employees with guidance regarding policy and operations issues through written directives.

**DEFINITIONS:**

- **Policy -** A written directive that is a broad statement of agency principles. Policy statements may be characterized by such words as "may" or "should" and usually do not establish fixed rules or set procedures for conduct of a particular activity but rather provide a framework for development of procedures, rules, and regulations.

- **Procedure -** A written directive is a guideline for carrying out agency activities. A procedure may be mandatory in tone through the use of "shall" rather than "should," or "must" rather than "may." Other procedures may allow or encourage some degree of officer discretion indicated by terms such as "should," or "may".

**PROCEDURES:**

**Responsibility:**
The Sheriff or designee has reviewed signed, and distributed this uniform body of *policies and procedures* to all employees that convey the agency's philosophy, goals, and operational principles. The Sheriff or designee has identified an agency employee responsible for overseeing the maintenance of these *policies and procedures*. The responsible individual maintains:

1. A complete set of all *policies and procedures*;
2. A record of policies deferred for further action;
3. A record of review of each policy to assure compliance with applicable statutes; &
4. Documentation of annual reviews.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000626

Law Enforcement Policies and Procedures, 2.01 Policy & Procedure Management

The Sheriff may form, at his or her discretion, a committee of personnel to serve in a policy formulation role. Whether done by committee or by an individual, the following functions are performed at least once a year:

1. Review and evaluation of each policy;
2. Consideration of proposals from agency members for modification of existing policy, or for additional policies; &
3. Preparation of recommended new policies and procedures to be forwarded to the Sheriff, or designee, for review and adoption.

## Organization:

*Policies and procedures* are divided into topical sections. There are two *Table of Contents* provided for your use. One table is listed by policy number, the other is Alphabetical. These *policies and procedures* are distributed in the form of separate policies items. This allows for ease in updating, modification, and review.

## Distribution and Local Implementation:

Jones County Sheriff's Department's *policy and procedures* manuals are available for review by staff at the time of employment and at any time thereafter. Distribution may be in the form of notebooks, books, or electronic media.

1. All employees receive and maintain a set of *policies and procedures*.
2. Any new policy will be distributed in advance of its effective date to ensure all agency members are able to implement the instructions in an orderly manner.
3. Any new policy requires, upon receipt by the employee, a full review of the policy and a commitment to follow the directives and guidelines expressed in the document.

## Policy Compliance and Maintenance:

The Sheriff is responsible for establishing a system to monitor compliance with policies and procedures through regular reviews and inspections. This includes dissemination of new or revised policies and procedures to staff or others concerned with operations. Master copies of these procedures will be maintained in the Sheriff's and Major's offices, available for review by agency employees and authorized representatives of other agencies having legitimate law enforcement or detention interests in operations.

## Agency Review:

Subject to any other provisions of law, including those provisions relating to proper public records requests, members of the public may not review security related policies and procedures as identified by the Sheriff. The Sheriff makes the final determinations regarding any request for policies and procedures release that is not of a strict law enforcement or detention nature. The release of such law enforcement or detention data into the public domain is prejudicial to the safety and security of agency employees, the facility and the residents of Jones County.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000627

Law Enforcement Policies and Procedures, 2.01 Policy & Procedure Management

**Policy Formulation and Revision:**
The Sheriff developed a policy & procedure review process. This process observes the distinction between evaluation of the policy and evaluation of compliance with the policy. Such review is a method of learning whether certain elements of the policy or procedure are dysfunctional or no longer needed. This evaluation process is best performed as part of an ongoing management process. Nothing in this provision should be construed as requiring a delay in initiating necessary and immediate change to a policy.

Each new and revised *policy or procedure* bears the signature of the Sheriff and the date approved. The review schedules for various policies are staggered to provide for an orderly review process throughout the year. The Sheriff may incorporate any significant findings or situations that have occurred throughout the past year into the revision process.

All employees should participate actively in policy and procedure development through suggestions to their supervisor. The Sheriff is the final point of collection for these suggestions, and may develop a process to include input from other concerned persons.

During the annual policy review process, policy proposal suggestion forms may be distributed for comment. In the meantime, a policy suggestion form is provided in each policy set for employee use. If this form cannot be located contact a supervisor for another copy. When submissions are received, the Sheriff evaluates submitted recommendations, comment, and/or concerns prior to revision or adoption.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000628

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| **Subject:** Delegation of Authority | **Policy Number:** 2.04 |
|---|---|
| **Issue Date:** | **Revision Date:** |
| **Approval Authority**<br>**Title and Signature:** | |

**POLICY:**

The Sheriff recruits, trains, and appoints qualified jail administrators within budget constraints. The Sheriff has the sole authority to appoint a Jail Administrator who has full responsibility for management and operational control of the jail, its resources, and the inmates housed within.

**PENOLOGICAL INTEREST:**

This facility is managed by a Jail Administrator who has absolute control over and is directly responsible for, the safety, security, health, welfare, work, and rehabilitation of inmates confined in the facility.

**PROCEDURE:**

**Appointments and Delegation of Authority:**
The Sheriff appoints the Jail Administrator of the Jones County Jail and other officers who have authority to manage the daily affairs of the facility according to the lines of authority delineated in the Jones County Jail organization chart. The Sheriff or Jail Administrator also appoints administrators and supervisors for the Jones County Jail. He/she may delegate such authority as necessary to operate and manage the department's jail operations.

Except as otherwise provided by statute or regulation, the Sheriff or designee, establishes the qualifications, authority, and responsibility of these supervisory staff positions.

Staff, volunteers, contract employees, others supporting detention operations and housed inmates are responsible and accountable to the Jail Administrator. The Jail Administrator oversees all activities and programs associated with detention operations in Jones County. Except as otherwise provided in the Jones County Jail policy, the Jail Administrator has broad responsibility and authority in accordance with applicable state and federal laws, the Jones County Jail policy, and judicial decisions to manage, plan, and direct these detention operations. To carry out this mandate and responsibility, the Jail Administrator appoints

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000632

Jail and Detention Policies and Procedures, 2.04 Delegation of Authority

employees to positions of authority and trust.  These appointments and assignments are made after consultation with the Sheriff.

Selection of the Jail Administrator involves balanced consideration of formal education and experience in the law enforcement and detention fields.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

JC000633

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| Subject: Employee Selection & Placement | Policy Number: 2.09 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority Title and Signature: | |

## POLICY:

The Jones County Sheriff's Department Jail places a priority interest in the selection and placement of personnel given the constraints of economy of force, applicant qualifications, and budgetary constraints. This department strives to meet and exceed State standards on officer qualifications for employment while maintaining an equal employment opportunity and discrimination-free environment.

## PENOLOGICAL INTEREST:

It is in the penological interest of this facility to select, hire, train, and retain personnel that have the interest, ability, learning skills, and physical ability necessary to care for others in a detention environment.

## PROCEDURE:

**Equal Employment Opportunity:**
The Jones County Sheriff's Department is an Equal Opportunity Employer who supports the Americans with Disabilities Act, (ADA), and responds to reasonable requests for job accommodations and takes reasonable action to employ qualified individuals with disabilities. This agency is committed to making reasonable sustained, diligent efforts to identify and consider such individuals for employment and for possible advancement opportunities arising during employment.

The Jones County Sheriff's Department prohibits any retaliatory action against an employee for opposing a practice, which he or she believes to be discriminatory. This includes the filing of an internal complaint or the filing of a complaint with a state or federal civil rights enforcement agency.

Maintaining the ideals of equal opportunity employment, no individual inquiring about employment within the Jones County Sheriff's Department may be discriminated against based on:

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000650

Jail and Detention Policies and Procedures, 2.09 Employee Selection & Placement

1. Race,
2. Color,
3. Religion,
4. Sex,
5. Age,
6. National origin,
7. Disability,
8. Honorable military service,
9. Handicap,
10. Marital status, or
11. Political affiliation.

All employees are expected to abide by the procedures as outlined within this policy. Violation of this policy subjects an employee to disciplinary action, up to and including dismissal.

**Employment Requirements:**
All persons seeking employment with the department as a detention officer must:

1. Be a United States citizen;
2. Be a resident of Jones County or become a resident within ninety [90] days of employment;
3. Be at least twenty-one [21] years of age;
4. Possess a valid state Driver's License;
5. Have a high school diploma or GED; or
6. Be at least eighteen [18] years of age if the applicant has received an associate's degree of sixty [60] semester hours of credit from a state accredited college or university;
7. Successfully complete the minimum training required for licensure to include the current basic detention officer or jailer course or a commission recognized, POST developed, basic detention officer or jailer training course;
8. Never have been convicted of a *felony* or *misdemeanor involving moral turpitude* or is not currently under indictment for any criminal offense;
9. Be free of misdemeanor convictions for the last twelve [12] months;
10. Have no previous or current charges of *driving while Intoxicated* or *driving under the Influence of drugs or alcohol*;
11. Never been convicted of any family violence offense;
12. Not be prohibited by state or federal law from operating a motor vehicle;
13. Not be prohibited by state or federal law from possessing firearms or ammunition;
14. Be subject to a thorough background investigation and personal interviews by Jones County Sheriff's Department personnel;
15. If served in the armed forces of any country, demonstrate stability, reliability, & integrity, by having an Honorable Discharge [*Dishonorable, General,* or *Medical* discharges are not acceptable];

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000651

16. Have never had a commission, detention, jailer, or peace officer license denied by final order or revoked;
17. Not be currently on suspension or have a voluntary surrender of license currently in effect;
18. Demonstrate having *good* financial credit rating for the last five [5] years;
19. Demonstrate reading and comprehension skills in the English language to at least the 10th grade level through interviews and written testing;
20. Demonstrate honesty and integrity by successfully completing pre-employment polygraph and drug testing;
21. Demonstrate good general medical health as determined by a physician licensed by the State Board of Medical Examiners and physical performance testing;
22. Free from illegal drug use or legal drugs that impair mental or physical performance, for the past 5 years, as determined by interview, medical, or polygraph testing;
23. Be fingerprinted and subjected a search of local, state, and national records and fingerprint files.
24. Pass a pre-employment polygraph examination by a state licensed polygraph examiner.

**Physical and Mental Testing of Officers:**
Individuals applying for a position as an officer of this department must continually demonstrate the ability to perform physical and mental tasks under stressful and often confusing circumstances. At time of application and periodically thereafter, officers may be required to demonstrate these abilities without assistance. Minimum demonstrations of ability are:

1. Disassembling, reassembling, loading, firing, and performing malfunction drills with a *semi-automatic pistol* and *shotgun*;
2. Handcuffing and restraining *resisting suspects*;
3. Giving loud verbal and hand signal commands that can be understood at 50 yards;
4. Standing, walking, sprinting, laying down, rolling-over, and jumping on verbal command, and in rapid order;
5. Dragging 100 pounds of dead weight over 25 yards;
6. Picking up and carrying 100 pounds of dead weight over 25 yards;
7. Using a long baton and chemical dispensing weapons on command;
8. Accurately and consistently following verbal, written, and hand signal commands, without hesitation or assistance;
9. Quickly closing large, heavy doors;
10. Running up and down two [2] flights of stairs; &
11. Donning self-contained breathing apparatus.

An applicant for a position that cannot perform these minimum tasks will not be accepted. Officers of the department that cannot demonstrate proficiency in these areas annually will be reassigned to other duties or dismissed from the department.

**Acceptance of Applications:**

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000652

Jail and Detention Policies and Procedures, 2.09 Employee Selection & Placement

Employment applications are accepted at any time, even if all positions are filled, for future evaluation. The completion of a regular application form ensures that each candidate will be considered for all positions within the department for which he is qualified. Applications are kept on file for a minimum of twelve months, after which the application is destroyed. Applications of hired individuals are maintained in their employee file.

**Disqualification of Applicants:**
Applicants may be disqualified for a number of reasons, including, but not limited to:

1. Not possessing the minimum qualifications for the position;
2. Failing to be punctual in taking prescribed tests or undergoing evaluation;
3. Making fraudulent statements during interview or on any application or form; or
4. Failing to properly complete the application in the manner prescribed.

**Guidelines for Filling a Position:**
Whenever a vacant position is to be filled within the Jones County Jail, a number of guidelines must be maintained to ensure all applicants are treated equally to include the following:

1. A position vacancy notice is posted within the department.
2. The appropriate department supervisor evaluates applications, including:
   a. Any applicant nominated by the Sheriff;
   b. Qualified persons already employed by the agency; &
   c. Any other qualified persons.
3. After screening, applicants submit to written, physical, mental, and performance based testing oriented to training academy requirements or essential job functions, as outlined in the job description.

**Continued Employment Standards:**
To be eligible for continued employment an employee must, in addition to other conditions and standards, meet the requirements as specified in <u>Employment Requirements</u>, above.

**Will and Pleasure:**
Employees are hired by the Jones County Sheriff's Department for an indefinite term and continue at the pleasure of the agency. At any time, the Jones County Sheriff's Department may dismiss and discipline employees within the guidelines of departmental policy as determined by Sheriff or designee. Neither this policy nor any other in this policy manual creates a contract of employment or property interest. This and all other policies may be changed by the employer at any time.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000653

### Jones County Sheriff's Department
### Jail and Detention
### Policies and Procedures

| Subject: Training & Proficiency Testing | Policy Number: 3.03 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority Title and Signature: | |

**POLICY:**

The Jones County Sheriff's Department provides training to staff members to enhance job performance, professional development, and staff stability. Staff members are also encouraged to continue their personal professional grown through independent and group study.

**DEFINITIONS:**

- **Demonstration** – The act of showing or making evident.

- **Demonstration of Proficiency** - Showing through actually performing the task, that the individual is competent.

- **Proficiency** – The state or quality of having competence in the performance of a task.

- **Testing** – A procedure for critical evaluation; a means of determining the presence, quality, or truth of something

**DISCUSSION:**

Training is one of the most important activities in any law enforcement or detention agency. Training serves three broad purposes: First, trained officers are generally better prepared to act decisively in an ever-widening range of situations. Second, effective training results in greater productivity and effectiveness. Third, it fosters cooperation and unity of purpose. An officer's performance is often a direct reflection of the quality and quantity of training.

Adult learning fostered by the Jones County Sheriff's Department relies as much as possible on stated learning objectives and testing that allows officers and employees the opportunity to show what they know and how to apply this knowledge; not just answer questions on a test sheet. We call this demonstration of proficiency. Periodically, you will be asked or required to show that you can perform or demonstrate mastery of critical tasks.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000677

Jail and Detention Policies and Procedures, 3.03 Training & Proficiency Testing

## PENOLOGICAL INTEREST:

It is in the penological interest of this detention facility to train all detention officers and employees in order to provide reasonable and necessary security, supervision, and oversight of inmates confined to this facility.

## PROCEDURES:

Personnel employed or appointed as jailers or guards must be licensed according to state requirements. Properly applied training promotes more effective and efficient operations, and prepares employees for more responsibility. Employee positions and job responsibilities determine the type and depth of training required.

Employees and supervisors are encouraged to convey training needs to the Jail Administrator. The Jail Administrator, or designee, is responsible for the conduct and evaluation of all training that supports detention operations.

Key components of the training program to be developed by the Jail Administrator include:

1. Developing training methods for specific needs of the facility;
2. Scheduling training in phases, so that applicable standards, statutes, and policies are met without disruption;
3. Delivering training in professional formats with performance-based testing;
4. Encouraging employees to continue their job related education;
5. Providing reimbursement to employees attending approved professional meetings, seminars, and work-related learning activities;
6. Collaboration with academies, colleges, and private training providers in areas of mutual interest, when such resources are economically available;
7. Insuring that all detention officers attend and complete State mandatory training;
8. Maximizing use of the facility *Field Training Officer* [FTO] and *On the Job Training* [OJT] program, when possible;
9. Developing a *Roll Call Training [RCT] Program;* &
10. Retaining professional jail training and consulting assistance in the design, and implementation of jail and management curriculum, as needed.

## Goals:

The goals of the Jones County Jail's training program include:

1. Meeting mandatory and in-service training requirements;
2. Maintaining better educated, more professional personnel;
3. Each officer receiving no less than twelve hours of in-service training each calendar year;
4. Maintaining officer *demonstrated proficiency* levels regarding key enforcement tools and procedures such as:
   a. Firearms,

RESTRICTED LAW ENFORCEMENT DATA
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.                    JC000678

Jail and Detention Policies and Procedures, 3.03 Training & Proficiency Testing

b. Chemical & electronic weapons,
c. Handcuffs & other restraint devices,
d. Striking instruments,
e. Transport vehicles,
f. Cultural diversity,
g. Interviews of witnesses, &
h. Interrogations of suspects & constitutional warnings;

5. Efficiently and effectively accomplishing agency objectives;
6. Improving detention, inmate, and community relations;
7. Training in specialized areas of detention;
8. Uniformity of service, response capabilities, and comprehension by employees;
9. Improving officer verbal, and non-verbal communications skills; &
10. Legal updates once a year or as enacted by the state's legislature.

**Objectives:**
General program objectives for training are as follows:

1. Familiarize new employees with the facility grounds and physical plant;
2. Inform new employees of the Jones County Jail's mission and institutional goals;
3. Instruct new employees in facility policies, procedures, and programs;
4. Provide all detention officers with any mandated jail specific training;
5. Ensure all detention officers receive no less than twenty hours of in-service training each calendar year;
6. Provide FTO & OJT training to enhance staff understanding and performance;
7. Maintain better educated, more professional personnel;
8. Provide employees with improved skills in their specialties;
9. Develop a motivated and highly trained staff that new employees can access and follow as mentors;
10. Develop human relations skills to aid productive, meaningful, and professional relationships with inmates or others receiving the Jones County Jail's services;
11. Develop career opportunities within the facility; &
12. Maintain uniformity of service, response capabilities, and understanding for all detention officers and employees of the facility.

**Responsibility:**
Operational responsibility for training of detention staff is assigned to the Jail Administrator or designee. In order to achieve this mandate, the Sheriff appoints a Training Officer whose responsibilities include:

1. Developing an annual training needs analysis, based on input from shift supervisors, detention officers, internal affairs, and the quality assurance officer. Other sources such as other law enforcement or detention agencies, union representatives, citizen groups, and insurance company representatives should also be involved;
2. Developing an annual training budget adequate to execute the training plan;

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.       JC000679

Jail and Detention Policies and Procedures, 3.03 Training & Proficiency Testing

3. Identifying, locating, or developing training opportunities, programs and instructors necessary to execute the training plan;
4. Implementing and managing the plan;
5. Notifying personnel in writing of required training and *demonstrated proficiency* examinations, and other approved courses;
6. Assuring that training programs are attended by personnel, as assigned;
7. Maintaining liaison with educational and training resources;
8. Maintaining accurate and up to date training files on all facility employees;
9. Scheduling and making arrangements for employees to attend training classes;
10. Filling out forms for employees upon completion of training on a timely basis;
11. Setting dates for proficiency training and tests in conjunction with technical instructors;
12. Initiating disciplinary action against any detention officer or employee who fails to attend mandatory training; &
13. Notifying supervisors of detention officer proficiencies that are about to lapse or have elapsed.

The Training Officer provides a bi-annual report to the Sheriff detailing the status of each officer's training level and actions being taken to correct any deficiencies. This report also outlines:

1. Assessment of the space and equipment provided for the training program, and any additional needs;
2. Recommendations on funding for detention training; &
3. Planned changes in the training curriculum.

**Roll Call Training [RCT] Program:**
*Roll call training* [RCT] is authorized for training of detention officers and staff. RCT programs can be highly productive, especially when demands on staff time are high, and funding for training is minimal.

Under an RCT program, detention officers are trained for ten [10] minutes at the beginning or end of their work shifts. This training usually takes place at an assembly point, roll call room, or control facility near the officer's work station(s). Detention officers receive ten [10] minutes of training, sign certifying their attendance, and are released to go home or commence their tours of duty.

Blocks of instruction are usually broken down so an hour of training is covered in one five-day workweek. RCT training can be used by the detention operations under the following conditions:

1. RCT is approved by the Jail Administrator or Training Officer;
2. Detention officers are credited for one hour of training for each fifty [50] minutes of actual classroom attendance and participation;
3. Officers pass a test of at least ten [10] written or verbal questions for each hour [50

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.
JC000680

Jail and Detention Policies and Procedures, 3.03 Training & Proficiency Testing

minutes] of training;
4. A qualified instructor or supervisor presents the training; &
5. Records are maintained for each course that includes:
    a. Detention officers names and identification in attendance;
    b. Detention officers completing the course and their grade [grades may be *pass or fail,* or *letter grade*];
    c. Sample of tests; &
    d. Course outline or detailed curriculum presented.

**Resources:**
The Training Officer provides space for in-house training, along with a budget request for staff training. This budget is formulated in accordance with the Jones County Jail's policy. Once the training budget is set for detention operations, the Training Officer uses his/her best effort to maximize the cost effective use of the training dollars allocated.

**Training Requirements:**
Part-time staff and volunteers receive orientation and training specific to their functions, and, if working full-time schedules, receive the same training as full-time employees.

Managerial staff may also receive training in areas such as general management and employee relations. Training requirements during subsequent years of employment are in compliance with applicable State standards and the facility's operational plans.

**Proficiency Ratings:**
No detention officer carries or uses any of the following items without having completed an initial course in its application and periodically *demonstrating proficiency* in its application. The initial training for each of these tools will usually occur during a basic detention officer academy course, to include:

1. Firearms – See and comply with Firearms Training Policy & Procedure
2. Chemical weapons & decontamination -- Every three years or as required by the state
3. Conductive Energy Device [e.g., Taser, stun gun, or electric shield] – Every two years;
4. Handcuffs and other restraint devices - Every three years or as required by the state;
5. Striking instruments (long, short, collapsible, or other batons)– Every two years or as required by the state;
6. Forced cell movement of inmates;
7. Inmate classification, compliance, and discipline; &
8. Transport vehicles – Every five years or as required by the state.

Only specific detention officers, authorized by the Jail Administrator and sheriff, may train and carry firearms. All proficiency ratings for firearms must comply with the *Firearms Training and Proficiency Evaluation* policy 3.04 of the Jones County Sheriff's Department.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.
JC000681

Jail and Detention Policies and Procedures, 3.03 Training & Proficiency Testing

The training officer sets the dates for proficiency training and evaluations, test requirements, and *successful completion* standards.  Evaluation is a pass or fail basis and this data is recorded in the detention officers training file.

Refresher training is generally provided just prior to evaluation.  Where and to the extent possible, detention officers are evaluated by realistic practical demonstration as apposed to written examination.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.
JC000682

### Jones County Sheriff's Department
### Jail and Detention
### Policies and Procedures

| Subject: Officer & Employee Discipline & Accountability | Policy Number: 3.05 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority Title and Signature: | |

## POLICY:

Officers and civilian employees, to the best of their ability, live up to the ideals expressed in the Mission Statement, Code of Ethics, and Objective Statements of Jones County Sheriff's Department Jail.  All employees obey agency *policies and procedures*, written and verbal orders, rules, directives, and standards of conduct.  Noncompliance with these goals and standards results in disciplinary action to improve individual and group performance.

## PENOLOGICAL INTEREST:

It is in the penological interest of this detention facility to require employees to perform their duties in a professional manner, dedicated to the standards established in our policies and procedures and codes.

## PROCEDURES:

Discipline in a jail operation is essential to officer and employee survival and is the determining factor in promoting a safer work environment.  There are many things we can not control while performing our jobs; however, discipline is one thing we can all agree needs to be fostered and enforced.

### General Guidelines - Disciplinary Action:

Grounds for disciplinary action include, but are not limited to; noncompliance or violation of policy; conduct that interferes with operations; or conduct which discredits the agency; or, is offensive or dangerous.  Disciplinary action may be appropriate whether or not such action is specifically prohibited by written goal, objective, policies and procedures, order, rule or directive.  This policy set does not attempt to define all errant behavior.  Employees use their best efforts to comply with both the spirit and word of these guidelines.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

JC000683

| Jail and Detention Policies and Procedures, 3.05 Officer & Employee Discipline & Accountability |
|---|

Employees are expected to perform assigned tasks efficiently and safely and in accord with applicable quality standards and safety requirements.

All employees are expected to treat visitors, employees, managers, supervisors, inmates, and others in the jail with courtesy and respect.

The Jones County Sheriff's Department does not discriminate or show favoritism on the basis of *sex, ethnicity, race, religion, color, age,* or *physical disability.* Disciplinary actions are based on the concepts of *equality and equity.*

The Sheriff has the sole right to determine the disciplinary process applicable in particular circumstances as well as the discipline to be imposed for violations or non-compliance.

Progressive disciplinary measures are generally followed. However, circumstances, officer and employee attitudes, performance, and any extenuating or mitigating factors may be considered when determining the discipline to be imposed.

Progressive discipline may include, but is not limited to; *counseling, warning, suspension,* or *any other remedial steps* deemed desirable, such as *demotion, permanent or temporary disqualification, transfer, wage reduction, training* and/or imposing *conditions on continued employment.*

*Termination from the agency* may be imposed for a first offense and may be imposed at any point in a progressive chain, whether or not any other step(s) of progressive discipline have first been imposed.

The Jail Administrator is designated to oversee disciplinary actions in the jail. He/she may, in his/her discretion, keep documents, and other records of disciplinary action, which may be considered in future personnel decisions.

In cases of serious misconduct such as major breaches of policy, violations of law, or threats to human life, procedures contained in this policy may be waived. Disciplinary action on the part of the agency does not shield the officer or employee from criminal or civil charges that may arise out their deliberate or negligent acts.

**General Reasons for Disciplinary Action:**
An officer or civilian employee may be disciplined or terminated for a number of reasons including, but not limited to:

1. Dishonesty, such as falsifying or altering any document, record, or report relating to the agency and/or relating to employment, such as a time card, employment application, medical report, or expense reimbursement request; and includes

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.     JC000684

Jail and Detention Policies and Procedures, 3.05 Officer & Employee Discipline & Accountability

providing false or misleading information and/or failing to provide truthful and complete information in connection with any investigation.

2. Conviction of a criminal offense, including a felony or certain misdemeanors, or any other offense involving moral turpitude.
3. Insubordination to the directives of a superior.
4. Violation of the law.
5. Reporting to work under the influence of alcohol or any drug not prescribed by a licensed physician.
6. Offensive conduct or language toward the public, superior, or other employees.
7. Carelessness or negligence in the use of agency property.
8. Accepting or encouraging the taking of a bribe.
9. Encouraging other persons to commit illegal acts.
10. Failing to report to work, court or official duty assignments without reasonable cause, or excessive tardiness.
11. Failure to observe starting, quitting, and and/or break times.
12. Horseplay or dangerous acts.
13. Violation of security, health, safety, or environmental standard.
14. Careless workmanship or production.
15. Competing with the interests of the agency.
16. Inappropriate conduct or relationship with an inmate, inmate's family, or their associates;
17. Allowing or turning a blind eye to an escape or escape plan.
18. Theft, attempted theft, misappropriation, or willful damage to property.
19. Distribution, transfer, sale, possession or consumption at the work place or on government property of any alcohol, intoxicant, or controlled substance which has not been prescribed for the one in possession, the recipient, or the one consuming.
20. Threatening, intimidating, harassment, coercing, abusing, or interfering with a supervisor, manager, independent contractor, supplier, visitor, or co-employee, either by words or action.
21. Unauthorized disclosure of any confidential information.
22. Failure to report any accident, misconduct, or rule violation to an immediate supervisor, or the Jail Administrator; or failing to cooperate with and/or failing to provide information requested in connection with any authorized investigation or inquiry.
23. Unauthorized disclosure of any confidential information, detention, or law enforcement work product.
24. Failure to report any accident, misconduct, or rule violation to an immediate supervisor, or the Major, or
25. Failing to cooperate with and/or failing to provide information requested in connection with any authorized investigation or inquiry.

**Reporting of Disciplinary Action:**
Whenever disciplinary action is used, the employee is advised of:

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000685

| Jail and Detention Policies and Procedures, 3.05 Officer & Employee Discipline & Accountability |
| --- |

1. Exact offense violated;
2. How the violation affects ability to be an effective, efficient, or safe employer, or adversely effects the Jones County Sheriff's Department;
3. What the member must do to avoid future disciplinary action;
4. How much time the member has to correct the problem; &,
5. What further disciplinary action, including dismissal, will occur if performance does not improve?

**Non-Disciplinary Action:**
Not every supervisory interaction or intervention with a member is to be construed as *discipline.* The following are examples of *non-disciplinary* courses of action:

1. **Supervisory Consulting:** Except in cases of culpability, correcting undesirable conduct may be handled by the shift sergeant in an informal atmosphere. This means taking the member aside and discussing the problem, candidly and openly. These actions may or may not be formally documented on the first occasion, depending on the supervisor's discretion, and the seriousness of the errant behavior. Repeat violations are documented by the supervisor.

2. **Counseling:** At times, personal problems may interfere with the member's ability to perform normally. When the results are not serious enough for discipline; however, call for a more formal type of corrective action, *counseling* is an excellent tool to help the member. Counseling is not a form of discipline, it is a tool available to correct problems and refocus on performance priorities.

3. **Administrative Leave:** Administrative leave occurs any time the member must be removed from duty until an investigation or other administrative proceeding is completed. Usually situations of this nature involve cases of suspected misconduct, such as alleged criminal activity, fighting, continued non-compliance, or being mentally or physically unfit for duty. In such cases, leaving the member in position would create an unreasonable liability or safety issue for fellow workers or the agency. The shift sergeant can order a *relief from duty* and then immediately report the action to the Jail Administrator. The Major then initiates an investigation and makes a decision within 24 hours about whether the relief will continue, for how long, and if the administrative leave will continue with or without pay and benefits.

4. **Administrative Absence – Use of Force or injury:** Following a *deadly use of force* or *major injury to the officer*, a furlough may help the member adjust and handle any personal or emotional needs resulting from traumatic events. Administrative furloughs are mandatory, initiated by the shift sergeant, or the senior management official at the scene. An administrative absence for a major

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000686

Jail and Detention Policies and Procedures, 3.05 Officer & Employee Discipline &
Accountability

injury or use of deadly force incident may continue until the employee involved
has received counseling by the Sheriff, designee, or a licensed professional.

**Steps of Progressive Disciplinary Action:**
The following are progressive steps that can be taken in efforts to discipline employees
of the Jones County Sheriff's Department.  It is not necessary to start at step one if the
seriousness of the employee's conduct exceeds that form of discipline.  At the discretion
of the Major, the following manners of discipline may be pursued:

1. **Level 1:**    An oral interview. Documenting that a conversation took place.
   Continued violations could lead to more stringent action.

2. **Level 2:**    Receive a letter of reprimand. Continued violation could lead to
   more stringent actions.

3. **Level 3:**    At the discretion of the Sheriff or his designee employee may
   receive one to six working days off without pay and a letter of reprimand placed
   in the personnel file. Continued violations could lead to more stringent actions.

4. **Level 4:**    At the discretion of the Sheriff or his designee employee may
   receive ten days suspension without pay, a letter of reprimand placed in their
   personnel file and be placed on six months probation. Subsequent violations
   involving the same or related infractions during the probationary period could be
   cause for dismissal.

5. **Level 5:**    At the discretion of the Sheriff or designee employee may receive
   30 days suspension without pay, a letter of reprimand placed in their personnel
   file, and be placed on probation for six months to one year, and be reduced in
   rank by one pay grade. Subsequent violations involving the same or related
   infractions during the probationary period could be cause for dismissal.

6. **Level 6:**    A member shall, at the discretion of the Sheriff or his designee be
   dismissed for causes as outlined in the Department SOP and or County Policies
   and Procedures of Jones County.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data
subject to this restriction is contained throughout this publication.
JC000687
Page 5 of 5

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| **Subject:** Field Training & Evaluation Program | **Policy Number:** 3.12 |
|---|---|
| **Issue Date:** | **Revision Date:** |
| **Approval Authority**<br>**Title and Signature:** | |

**POLICY:**

The Jones County Jail maintains a Field Training and Evaluation Program specific to the demands of detention personnel for all new officers or for officers that are in need of re-training or re-evaluation on specific performance tasks. This mentoring program supports the concept of placing only qualified officers in positions of authority.

**PENOLOGICAL INTEREST:**

It is in the penological interest of this detention facility to provide new detention officers and staff with formal, quality on the job training and mentoring that extends beyond mere orientation training.

**DEFINITIONS:**

- **Direct Supervision -** Officer Performance that is conducted in the presence of another superior officer who has overall control of the scene, task, or duty. Direct supervision cannot be performed over an electronic device such as a radio, telephone, or after the fact, television system.

- **Field Training Coordinator [FTC] -** The *FTC* is the senior Field Training Officer responsible for the field training and mentoring program within the jail. *FTC* oversees the performance of Field Training Officers and those they are training and mentoring. The *FTC* often performs other duties within the agency.

- **Field Training Officer [FTO] -** *FTOs* are trained, experienced, and ethical officers who are motivated to mentor less experienced officers or officers with an identified performance deficiency in detention operations. *FTOs* need not be Certified Law Enforcement or Jail Instructors; however, will successfully complete an *FTO* course of instruction.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000690

- ***Probationer Officer [PO]-***  A probationer officer is either a new recruit brought into the jail or detention operation or an officer with time in service within the agency that has been identified by the management team as having a training or performance deficiency that is likely to be improved to an acceptable level with additional training and mentoring.  It should never be assumed that an individual assigned to *PO* training and training is less qualified as a law enforcement, jail, or detention officer.  We all have varying degrees of opportunities to improve.  For example, an experienced officer assigned to a specialized unit such as patrol or school resource officer, may be assigned to undergo field training in detention operations.

## DISCUSSION:

The Jones County Jail's *Field Training and Evaluation Program* is an extension of the detention employee selection process that combines field training with objective evaluations.  The goal is to improve the overall effectiveness and efficiency of detention service delivery by:

1. Improving the overall applicant screening process;
2. Establishing a *probationary officer* appraisal system; &
3. Supporting an officer review procedure that measures the effectiveness of the agency's selection and training processes.

## PROCEDURE:

**FTO Qualifications:**
In addition to other employment and performance standards of the Jones County Sheriff's Department, officer's applying for the position of *Field Training Officer [FTO]* in the jail will meet, as a minimum, the following conditions:

1. Have a high school diploma or equivalent (GED);
2. Two [2] years of full-time experience as a detention officer;
3. Has shown an exemplary standard of quality performance in all categories of their job and possesses the ability to be a leader and mentor;
4. Written recommendation of a supervisor;
5. Demonstrated interest in improving leadership in the organization, and quality of operations;
6. Successfully completed required state Jailer Course;
7. Hired as a jailer or detention officer;
8. Successfully completed *FTO* training after the academy and has been *signed off* by appointed *FTO or FTC*;
9. Completed no less than twenty [20] hours of in-service training annually;
10. Completion of an *FTO* Course;

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.
JC000691
Page 2 of 5

Jail and Detention Policies and Procedures, 3.12 Field Training & Evaluation Program

11. *Demonstrated proficiency* with all weapons, surveillance, emergency response, and major pieces of safety and restraint equipment used in the facility; &,

12. Within twelve [12] months of initial hire and each year thereafter, complete no less than fifteen [15] hours of formal in-service training relating to detention operations and management.

## Duties of Field Training Personnel:

1. *Field Training Coordinator [FTC]* is responsible for:

   a. Planning, directing, and evaluating all aspects of the program;

   b. Working closely with the *PO's* shift sergeant during and after the completion of Field Training and Evaluation Program assignments to determine and correct any training deficiencies, and/or recommend retraining of a recruit officer;

   c. Maintaining records of the *PO* and *FTO*;

   d. Evaluating each PO during the final phases of their probationary period; &

   e. Preparing recommendations to the Major regarding retaining, dismissing, or extending training of the officer.

2. *Field Training Shift Sergeant* is responsible for:

   a. Acting as both shift sergeant for all officers and supervisor of training and evaluation for recruit officers assigned to his shift. All jail shift sergeant's will receive familiarity training in the supervision of the field training process; &

   b. Evaluating the Field Training and Evaluation Program through daily communication with *Field Training Officers* and observation of *PO's* performance.

3. *FTOs* are responsible for the training and evaluation of assigned probationary officers.

## Recruit Officer Training:

Upon hiring, all new jail officers are assigned duties under the direct supervision of a jail *FTO*. The only exceptions, to this policy, will be approved in writing by the Jail Administrator at the time of hire or in exigent circumstances. During the entire recruit officer training program, officer's are considered on *probationary status*, and therefore, not eligible for secondary or off-duty employment which would require them to act as a *law enforcement officer*. *Recruit Officer Training* includes:

1. **Phase I:** length of this phase varies and may include but is not limited to orientation, training and proficiency testing/evaluation.

2. **Phase II:**

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000692

    a.  Step 1 - 20 working days duration:

        i.  For the first five [5] working days the probationer works with the *FTO* and is not formally evaluated. This period is referred to as a *Flexible Period*;

       ii.  A minimum of fifteen [15] working days are spent with the *FTO* for structured training and evaluation while meeting the goal of a 25% workload.

    b.  Step 2 - 20 working days duration:

        i.  A minimum of twenty [20] working days are spent with the *FTO* for structured training and evaluation while meeting the goal of a 70% workload.

    c.  Step 3 – 20 working days duration:

        i.  A minimum of twenty [20] working days are spent with the *FTO* for structured training and evaluation while meeting the goal of a 100% workload.

    d.  Step 4- 20 working days duration:

        i.  A minimum of ten [10] working days are spent with the *FTO* for structured training and evaluation while meeting the goal of a 100% workload. No new training checklists are introduced during this period. Training consists, for the most part, of reviewing past materials.

       ii.  Second ten [10] day period is for evaluation only. The recruit officer will *certify* for a solo assignment.

**3. Phase III:**

    a.  Solo assignments of the recruit officer a minimum of 80% of the time.

    b.  Recruit officer remains on *probationary status* pending a *Monthly Evaluation Report* by supervisors.

**Probationary Period – Officer Dismissal Process:**

At any time during the *probationary period* when a recruit probationer is not performing at a satisfactory level, a request for employment status review may be initiated and forwarded to the *FTC.* The *FTC* must gather all memorandums and supporting data, prepare a detailed report, and forward recommendations to the Jail Administrator.

The Jail Administrator reviews the documentation and renders a decision regarding the employee's status. If the Jail Administrator concurs with the recommendation, the

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000693

Jail and Detention Policies and Procedures, 3.12 Field Training & Evaluation Program

recruit probationer may be administratively relieved of duty by the *FTC* and scheduled for an *Employment Status Hearing.*

**Employment Status Hearing:**
The Jail Administrator or designee presides over the *Employment Status Hearing* at which time the *FTC and FTO* present justification for the requested change. The probationer is afforded an opportunity to respond and present extenuation and mitigation factors. The Sheriff or designee makes the final decision within two [2] working days of the hearing.

Upon completion of the Board action, all files regarding the probationer are maintained within the agency's personnel files. These files are *confidential* and access is limited and reviewed on a *need to know* basis only.

**Evaluations:**
The following are evaluations that are administered throughout the recruit probationer training cycle:

1. *Daily Observation Report* - Completed by the *FTO* each shift starting with the first working day of Phase I;
2. *Weekly Evaluation Report* - Completed by the designated *FTC* for each 40-hour training and evaluation period;
3. *Recruit Self Evaluation* - Completed by the probationer at the completion of Phase II, Steps 1, 2, 3, and 4 and periodically during Phase III detailing his/her estimate of their performance strengths and weaknesses.
4. *Evaluation of FTO/Program* - Completed by the recruit probationer at the end of each Phase. Will also be conducted by the *FTC* at periodic intervals.

**Experienced Officers Skills Training:**
Officers assigned to *probationer status* for a particular job skill [such as classification, inmate services, counseling, or inmate transportation, etc.] is counseled regarding the objectives of the training and provided clearly established goals. Usually this training and the follow-up evaluations are performed by *FTOs* that are qualified in the topic area. For example, an *FTO* in the transport unit will mentor and train newly assigned transport officers. Once all of the performance goals and objectives are met, the *FTO signs-off* or recommends the probationer for individual full-time assignment. These recommendations are made to the *FTC*, for final recommendation to management.

The *FTC* may continue the field training assignment of a probationer beyond the predetermined time should the need for further training be evident.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000694

# INMATE ADMISSION, CLASSIFICATION, AND RELEASE

JC000695

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| Subject: Jail Admission | Policy Number: 4.02 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority Title and Signature: | |

**POLICY:**

Admittance and processing of arrestees and inmates into the Jones County Jail includes verification of legal confinement, screening, classification, searching, and issue of clothing and sundry items while maintaining security and operational integrity of the jail.

**PENOLOGICAL INTEREST:**

The Jones County Jail has a penological interest in processing new or returning inmates in an efficient and orderly manner, while providing reasonable and necessary security for employees, officers, and inmates.

**PROCEDURE:**

**Initial Processing:**
Initial jailer-offender contact is most often in the *receiving* or *booking area* of the jail. This first meeting normally occurs in the presence of the arresting or transporting officer(s).

All firearms, knives, and other weapons of arresting or transporting officers are secured under lock and key before entering the *secure area* of the jail.

The booking officer verifies the identification of the arresting or transporting officer before the officer and the prisoner are allowed to enter the *admission area*. During in-processing and until the inmate is *officially received*, transporting or arresting officers <u>must retain control and custody of their detainee</u>. *Officially received,* means the booking officer has completed enough on the intake process to make a positive determination that the detainee is perceived in all respects suitable for housing in the Jones County Jail. If not, the arresting or transporting officer retains custody of the detainee or inmate.

During the intake procedure the detention officer completing the intake and booking process will:

1. *Pat searches* the arrestee and inspects his property immediately upon entering the

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.
JC000700

admission area. The search may include any reasonable and lawful means to determine that no weapon or contraband is introduced into the holding area. More extensive searches may be conducted in accordance with Jones County Sheriff's Deaprtment Policy *Searches*.

2. Observe the arrestee visually for obvious signs of injury or illness. If the arrestee is in need of *immediate emergency medical or mental attention*, <u>the booking officer must refuse to accept the inmate</u>, and refer the arresting or transporting officer and their detainee or prisoner to the appropriate facility.
3. Require that the peace officer, delivering the inmate, must present a *booking slip, certified court order, judgment commitment order, or equivalent,* which provides documented authority to commit or detain the inmate.
4. Inspect the documents presented to ensure certification or otherwise verify the documents as legal, valid, and accurate.
5. Determine if the inmate is eligible for entry and can be appropriately housed in the facility.
6. Prepare an admission receipt, retaining the original for the inmate's commitment file. One copy each will be provided to the committing officer and the control center.
7. <u>The transporting officer then relinquishes custody of the inmate, and may depart the facility.</u>
8. Fingerprint and photograph inmates. Copies of the fingerprints are transmitted to the proper state and federal authorities.
9. Observe inmates confined in a *holding cell* or *detoxification cell* at irregular intervals about every 30 minutes. Intake officers are cautioned to vary the times of checks, so as not to establish a discernible pattern.

Inmates **must** not be accepted into the Jones County Jail and will remain in the custody of the arresting or transporting officers, under the following conditions:

1. Inaccuracies exist in the prisoner's paperwork;
2. There is a question as to the identity of the prisoner in comparison to the accompanying paperwork;
3. Transporting or arresting officer refuses or cannot furnish, reasonable background data about the prisoner;
4. Prisoner has made an outcry, or there are serious indications, that the arresting or transporting officer(s) have brutalized him, or violated the prisoner's civil or constitutional rights;
5. Prisoner is in need of medical attention;
6. Prisoner is in need of psychiatric evaluation or observation; &
7. Prisoner requires *other special needs* that the facility cannot reasonably provide.

In the case where a booking officer suspects or hears an outcry in which constitutional rights have been violated, the arresting or transporting officer is instructed to notify their supervisor to investigate or resolve the complaint. The prisoner may not be admitted into the Jones County Jail until the situation is resolved, and the inmate has spoken to the arresting or transporting officer's supervisor. If these conditions are not present, the

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000701

Jail and Detention Policies and Procedures, 4.02 Jail Admission

booking officer continues with the booking process.

**Telephone Access:**
Immediately after booking, but in no case later than four [4] hours after arrival, inmates are permitted to make at least one [1] completed telephone call. Toll calls should be made on a prepaid or collect basis. A free telephone is available for local calls for those inmates who otherwise would be unable to complete the one required call.

**Commitment Form:**
The admitting officer completes the *Initial Custody Assessment Scale Form*.

**Criminal History Checks:**
National Crime Information Center [NCIC], state, and local background checks are made on each new inmate commitment. This process must be completed during the first twenty-four hours the inmate is in the facility.

**Initiation of the Central File:**
The inmate central file is initiated with the gathering of the above information.

**Medical, Dental, Mental and Suicide Screening:**
Medical, dental, mental health and suicide processing procedures also begin with admission. The admissions staff interviews the inmate and obtains as many items of information, required by the facility's medical intake screening form, as possible.

The Jail Administrator or his designee is to be notified, if any of the following conditions are noted *AIDS; HIV infection; TB, heart problems; diabetes; epilepsy; pregnancy; suicidal claims or threats,* or *any chronic, potentially life-threatening illness.*

New inmates suspected of *harboring communicable diseases* are to be isolated at once. In such a case, unless a medical staff member documents the determination that adequate facilities are available in the facility, the shift supervisor arranges for a necessary escort to a proper medical or dental facility.

Refer to specific Jones County Jail procedures for processing inmates who are known or claim to be *HIV-positive,* and the medical and non-medical handling of HIV-positive inmates. Once admitted, inmates who have observed medical or mental health needs are placed in designated medical housing as space permits. A decision must be made to transport the inmate for treatment or to refer the situation to medical staff for further evaluation.

**Property Processing:**
All inmate personal items and clothing are properly stored in accordance with Jones County Jail Policy. Cash and personal property is taken from the prisoner upon admission, listed on a receipt form in duplicate, and either securely stored or handled, pending the prisoner's release. The receipt is signed by the arresting officer, booking officer, and the

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000702

Jail and Detention Policies and Procedures, 4.02 Jail Admission

prisoner. A duplicate is placed in the prisoner's file, and the original is kept with the property until the property is released. The original is then filed.  If the prisoner is inebriated, there must be at least one witness to verify this transaction.  As soon as the prisoner is able to understand what he is doing, he signs and is given the duplicate receipt. In the event an inmate refuses to sign the property receipt, the booking officer, with a witness present, is to note the refusal and sign the receipt.

**Orientation, Rules, and Regulations:**
A list of *inmate rules* is given to inmates, including incoming transfers.  The inmate signs a form acknowledging receipt of this material.  Staff assists inmates who are illiterate in understanding applicable rules and may ask the assistance of inmates with the same language skill and English, to read or translate the rules.

**Traffic in the Admission Area:**
Movements through the admission section are handled and controlled using traffic patterns to ensure that proper identification is maintained and that searched and un-searched inmates and others do not come into contact with each other.

**Clothing and Other Issue for New Inmates:**
Each incoming inmate booked into the Jones County Jail is dressed out in a jumpsuit. Prior to being placed into general population the inmate must be fitted with clothing suitable for the season and provided toiletry items.  Clothing issued to new arrivals consists of the established quantities of the following items:

1.  Footwear;
2.  Jumpsuit;
3.  Socks;
4.  Boxer underwear;
5.  Sleep Mat;
6.  Blanket;
7.  Soap;
8.  Toothbrush and paste;
9.  Toilet Tissue;
10. Cup; &
11. Spoon.

**Housing Assignment:**
Each inmate is assigned to a housing area in accordance with the classification system.

Inmates suspected of having a reportable communicable disease are to be isolated.  In the event that the Jones County Jail is not equipped to safely and effectively segregate and maintain a medically prescribed course of treatment for the inmate, he is to be immediately transferred to another facility.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.
JC000703

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| Subject: Classification of Inmates | Policy Number: 4.03 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority<br>Title and Signature: | |

## POLICY:

The Jones County Jail classifies inmates confined in its facility, given the physical constraints of the existing jail structure, in a way that furthers public safety, while providing reasonably safe and humane housing for like inmates.

## PENOLOGICAL INTEREST:

It is in the best interest of inmate and staff safety to provide reasonable and necessary security and safe housing for the inmate population and this objective is aided by a defined classification process.

## DEFINITION:

- ***Inmate Classification*** - is a means of identifying and categorizing various inmate traits, characteristics, and potential risk factors. Criteria shall not include race, ethnicity, or religious preference. This classification plan has as its goal, the objective categorization of all inmates in the system. This plan outlines those goals and provides a method of monitoring progress.

## PROCEDURES:

**Initial Designation:**
The Jones County Jail's classification system initially assigns inmates based on a preliminary assessment of their security needs. This system operates under the supervision of the Jail Administrator or designee. Inmates who display *special needs* during the intake booking process are assigned to special housing when such space is reasonably available.

Staff provides direct supervision to inmates during classification processing. The classification system is used to stratify inmate population according to predetermined classification standards.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject
to this restriction is contained throughout this publication.

JC000706

Jail and Detention Policies and Procedures,  4.03 Classification of Inmates

Once classified, each inmate is assigned a housing area, which the inmate is told it is their responsibility to clean and maintain.  A custody reassessment is conducted between thirty [30] to ninety [90] days of the initial custody assessment.  The Jail Administrator or designee oversees permanent assignments.

**Housing Classification:**
The Jones County Jail attempts to maintain a sufficient number of different types of cells and housing areas appropriate for various categories of the shifting inmate population.

Refer to policy *Inmate Suicide Watch* for procedures on handling those inmates deemed at risk for suicide.

**Initial Intake Screening Classification:**
Intake screening classification entails primary security level assignment to maximum, medium, or minimum housing by utilizing the *classification tree* found attached to this policy.  This process is performed in the receiving area according to Jones County Jail's admission procedures.  Designated staff members in the admissions area perform the initial intake classification, after physical intake processing is complete.  Inmates shall be classified and housed in the least restrictive housing available without jeopardizing staff, inmates, or the public, utilizing risk factors which include any or all of the following:

1. Current offense or conviction
2. Offense history
3. Escape history
4. Institutional disciplinary history
5. Prior convictions
6. Alcohol and/or drug abuse
7. Stability factors

Custody levels and special housing needs shall be assessed to include minimum, medium, and maximum custody levels and the placement of inmates to and from special units including protective custody, administrative segregation, disciplinary separation, and mental and medical health housing.

1. **Maximum**
   a. Maximum - High
   b. Maximum - Close Custody

2. **Medium**
   a. Medium - Assaultive/Escape Risk
   b. Medium
   c. Medium - Pre-Sentenced

3. **Minimum**
   a. Minimum - Pre-Sentenced

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.
JC000707

Jail and Detention Policies and Procedures,  4.03 Classification of Inmates

      b.  Minimum
      c.  Low Minimum
      d.  Very Low

**4.  Special Conditions**
Special conditions may temporarily or permanently override a classification assessment.

    a.  **All Medical Conditions** – Inmates with confirmed or potential illnesses, suicide risks, mental defects, handicaps, alcohol or drug related conditions, temporarily or permanent, are be placed in separate housing, if available, and observed accordingly until staff or medical professional determines or perceives they can safely function safely in general housing.  Inmates assigned to a segregated detoxification cell are transferred to general population when it appears they can care for themselves.

    b.  **Violent Inmates** – Inmates who act out are confined in an administrative holding or violent cell if available.  The status of these inmates are reassessed at least every twenty-four [24] hours.

    c.  **Protective Custody -** Inmates identified as being *protection custody* status or who provide staff with information that leads to a reasonable belief they are endangered if placed in general population are placed in *administrative segregation. .*

    d.  **Juveniles** – Juveniles are separated by *sight and sound* from adults in accordance with state juvenile or family laws, rules, and/or regulations.

    e.  **Female Inmates** – Female inmates are separated by *sight and sound* from male inmates.  However, males and females may simultaneously participate in work program activities when under direct visual supervision.

    f.  **Opposite Gender Cases -** if on intake an inmate is found to be of the opposite gender of the population of the facility, he/she are housed separately.  In situations where an inmate has partially completed a gender change procedure, the situation is reviewed by the Jail Administrator and the inmate may be placed in *administrative segregation* pending completion of the review.  Genital status normally determines the gender by which institution staff classifies such inmates.

If an officer overrides the determination guided by the classification tree, the reason for overriding is written in the space provided on the form.

Inmates classified at the Minimum and Medium custody levels may be housed together. Likewise, Medium and Maximum custody inmates may be housed together.  However,

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.  JC000708

Jail and Detention Policies and Procedures,  4.03 Classification of Inmates

Minimum and Maximum custody level inmates are housed separately when space allows.

When under direct visual supervision, inmates of different custody levels may simultaneously participate in work and program activities, at the discretion of the Jail Administrator.

**Records:**
The classification determinations are recorded on the upper portion of the *classification tree* under *Classification Notice* and kept in the inmate's file, with a dated notation.  Inmate files are maintained with appropriate security safeguards consistent with Jones County Jail policy and practices.  Other records of inmate classification, all initial and subsequent housing assignments, assignment appeals, etc., become part of this inmate file.

**Training:**
Staff  members whose duties include classification undergo at least four [4] hours of training regarding the principles, policies, procedures, and instruments utilized for classification assessments, housing assignments, reassessments and inmate needs.  This training may be in the form of classroom training, or if OJT requires on less than eight [8] hours under close supervision.

**Limitations:**
This is a goal-oriented process, and is naturally limited in a major way by the construction of the existing facility.  The Sheriff has limited or no means of controlling the number or type of offenders that may be sent to him for incarceration at any given time.  However, reasonable efforts are be made to house inmates consistent with their individual classification.  It should be remembered that each inmate entering the facility may have an *unknown prior history*.  The art of effective classification is trying to determine what the prior history is and how it might affect the inmate's behavior and safety while in the facility.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject
to this restriction is contained throughout this publication.
JC000709

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| Subject: Medical Emergencies | Policy Number: 7.07 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority Title and Signature: | |

**POLICY:**

It is the policy of Jones County Sheriff's Department to provide emergency medical services to inmates that is consistent with community standards of health care.

**PENOLOGICAL INTEREST:**

It is in the penological interest of this detention facility to provide reasonable and necessary health maintenance, and medical services to inmates housed in this detention facility.

**PROCEDURE:**

The primary medical emergency resource in the Jones County Jail is the local hospital. The Jail Administrator will compile a detailed emergency plan on providing emergency medical services to inmates.

**Notification:**
The plan will specify the internal resources available, how they can be accessed, under what circumstances trained detention staff are notified of an emergency, and telephone numbers for on and off duty contact.  The plan will also describe the outside medical resources available, under what circumstances community emergency medical resources will be summoned, and the ambulance services that can be called in a medical emergency.

The plan will list the emergency phone numbers for all local ambulance agencies, hospitals, and other emergency rescue and assistance resources.  Ambulance access to the facility will be covered in the plan.  The plan will specify procedures for prompt identification of inmates being released for a medical emergency and procedures for authorization for releases in an emergency. Staff supervision issues for inmates who may be removed from the facility as a result of a medical emergency are covered in Jones County Jail policy *Escorted Trips*.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

Page 1 of 1

JC000740

# MEDICAL SERVICES

JC000741

**Jones County Sheriff's Department**
**Jail and Detention**
**Policies and Procedures**

| **Subject:** Health Care Services | **Policy Number:** 11.01 |
|---|---|
| **Issue Date:** | **Revision Date:** |
| **Approval Authority**<br>**Title and Signature:** | |

## POLICY:

The Jones County Sheriff's Department provides medical, dental, and mental health evaluation and treatment, and housing for inmates who display or have been diagnosed as having medical problems. In such cases, medical care is provided on a reasonable and cost-effective basis, consistent with the facilities that are available.

## PENOLOGICAL INTEREST:

It is in the penological interest of the Jones County Sheriff's Department to provide reasonable and necessary inmate medical health services while confined to this facility.

## PROCEDURE:

The Jones County Jail reasonably provides medical, dental, and mental health services to inmates as circumstances dictate, and as deemed necessary by the visiting physician or medical department.  In providing these medical services, the custody and control of inmates is not neglected. .

Inmates have a right to refuse routine medical attention.  Uncooperative or disruptive inmates may not be suitable candidates for routine medical attention.  Such refusals or uncooperative actions are documented.

The Jones County Jail follows the *Universal Precautions* as promulgated by the Centers for Disease Control (CDC) regarding the control, distribution, storage, inventory, and disposal of medical supplies [i.e. syringes, needles, hazardous waste containers] which support inmate health services.

Medical services for inmates assigned to the facility may comprise the following:

**Initial Intake Evaluation:**
1. Inmates brought into the facility are medically evaluated within a reasonable period of time.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

JC000742

Jail and Detention Policies and Procedures, 11.01 Health Care Services

2. Arriving detainees determined to be in need of critical or emergency medical, mental, or dental care, are not be accepted into the facility, and remain in the custody of the arresting or transporting officer.

3. Arriving detainees that indicate they are in need of prescription medication and who do not have the prescribed medication may not be accepted into the facility until the arresting or transporting officer has an opportunity to secure the medication or can show that the prescription is not valid or required.

4. During the initial contact, the jail officer asks the detainee, *are you ill; are you injured; are you under critical medical care?*

5. If he or she answers *yes* to any of these questions or there is good reason to suspect that critical care is indicated, the detainee is not accepted and remains in the custody of the arresting or transporting officer.

6. Facility staff may recommend that transporting or arresting officers transport their detainee to the appropriate medical, mental, or dental facility for treatment.

7. Detainees showing signs or known to be mentally incompetent are not accepted, if alternative mental health facilities are available.

8. Before the booking process is completed, personnel will complete a medical screening of the detainee and complete the medical portion of the intake form.

9. Detainees who claim to be infected with a communicable disease are isolated from the general population, pending further medical evaluation.

10. Reasonable efforts are made to acquire professional assistance in processing detainees with special disabilities. If qualified professionals are available, they should be summoned to assist, or contacted through a communications device.

11. Observation and evaluation of the physical and mental condition of detainees continues through each phase of intake, including searches, dressing out, and/or showers.

12. Any *medical alert tags* worn by the detainee are noted on the medical screening and book-in sheets. The inmate is allowed to wear the medical alert tag, as long as there in no reasonable concern for security or safety.

**Sick Call:**

Inmates identified as requiring examination or treatments by a physician are scheduled for the next *sick call*. Sick call is conducted on a schedule as determined by the Jail Administrator. Refer to the *Sick Call* policy.

**Emergency Health Care and First Aid:**

The facility maintains at least one fully stocked first aid kit and patient evacuation equipment at the facility that is accessible to officers. Ideally, at least one officer per shift is trained in *emergency first aid* and is able to demonstrate proficiency in the rendering first aid to inmates and fellow officers in the event of a *medical emergency*. With the advent of a medical emergency, the responding officer that is first aid proficient will:

1. Assist the injured person(s), and instruct other officers to call for professional medical assistance, as needed;

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000743

2. Isolate or remove the injured party to a secure and safe area, if the injuries allow movement;
3. Provide basic first aid to the injured party such as stop the bleeding, protect the wound, and treat for shock;
4. Make the injured party as comfortable as possible until other medical help arrives;
5. Provide security for the injured party until help arrives; &
6. Refer to *Medical Emergency* policy.

**Medication:**
All medications are taken from the inmate during admission and kept in a secure location. Additionally:

1. Medications are reviewed by the Jones County Jail nurse or medical services provider to determine content, and verify validity and appropriateness of the prescription;
2. Determine if alternative medications are indicated;
3. Prescription medications are issued only by a physician's instruction;
4. An established receipt system for issuance of medication to the inmate; &
5. A responsible officer or medical staff member distributes the medication to the inmates, and ensures the inmate takes it, as directed.

The Jail Administrator, with the assistance of the medical services provider, maintains the responsibility of developing a plan for the control, distribution, storage, inventory, and disposal of prescription and over-the-counter medications.

**Health Appraisal Evaluation:**
The health appraisal begins with a review of each inmate's intake form. Significant past or present health problems or health maintenance needs are reviewed and referred to a physician in a manner consistent with findings.

1. Significant findings will be annotated and elaborated upon in the medical record, and additional health care services may be initiated as directed by the physician.
2. If abnormal health conditions are disclosed during the health appraisal, the inmate will be referred to medical professionals. Personnel performing the health appraisal should be attentive to the personal, social, and offense circumstances of each inmate.
3. Inmates whose circumstances are generally known to be related to risk of infection, contagious disease, or generally poor health are identified and referred to a physician who determines if laboratory or diagnostic tests for communicable diseases are indicated.
4. The physician establishes and maintains standing orders identifying groups with high risks of communicable disease, which should include specifications on diagnostic tests to be performed, standard treatment regimens, and housing recommendations.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000744

Jail and Detention Policies and Procedures, 11.01 Health Care Services

5. In the event a communicable disease is detected, the physician and shift supervisor are notified.
6. Inmates with communicable diseases are assigned to administrative or medical segregation, if reasonably available, or to a medical facility.

## Classification:

1. Upon completion of the booking process, inmates are referred to the classification officer for housing and other facility activities or programs. The same officer may perform the job functions of booking and classification.
2. The classification officer will be notified of any medical condition, ailment, or illness that could seriously effect the classification of the inmate.
3. Inmates found to be in good physical and mental health will be assigned to housing according to standard classification criteria.
4. Where and when reasonably possible, inmates with physical and mental health conditions have their conditions considered as a part of the classification process. However, these conditions do not override security considerations.

## Examination:

Examinations, treatments, and other procedures are performed in a reasonable and dignified manner and place. Physical examinations are provided to inmates within fourteen [14] day of booking, unless there is documented comparable examination having been performed in the previous ninety-days [90]. The examination may include the following:

1. Review of intake screening;
2. Recording of height, weight, pulse, blood pressure, and temperature;
3. Collection of additional data to complete the medical, dental, mental health, and immunization inquiries;
4. Laboratory and/or diagnostic testing to detect communicable diseases, including venereal disease and tuberculosis;
5. Other tests and examinations as appropriate or indicated by medical examination, including review of mental and dental status;
6. Development and implementation of a treatment plan, including recommendations concerning housing, job assignment, and program participation.
7. The examining physician may record his examination findings, diagnosis, and recommended treatment in the inmate's medical record along with any prescription of medicines, including drug name, strength, frequency of administration, and the duration of treatment should be included in the record.
8. Staff personnel visit inmates requiring medical attention daily to render treatment and dispense medications as prescribed by a physician.

## Dental Services:

The Jones County Jail provides inmates with reasonable dental services as outlined in *Dental Services* policy. Emergency treatment of inmates is referred to competent medical resources, when appropriate.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000745

Jail and Detention Policies and Procedures, 11.01 Health Care Services

**Mental Disabilities/Suicide Prevention:**
Jones County Jail personnel use their best efforts to recognize mental retardation, mental illness, and suicidal tendencies of inmates.  Inmates identified as mentally disabled, mentally ill, and/or suicidal are supervised according to the provisions of *Mental Disabilities/Suicide Prevention Plan* policy.

**Chronic and Convalescent Care:**
The Jones County Jail refers chronic and convalescent care inmates to competent medical resources for appropriate treatment based on the needs of the inmate.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

JC000746

**Jones County Sheriff' Department**
**Jail and Detention**
**Policies and Procedures**

| Subject: Sick Call | Policy Number: 11.02 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority<br>Title and Signature: | |

**POLICY:**

The Jones County Sheriff's Department provides each inmate with regular access to health care services from a qualified provider to screen, refer, and provide basic treatment for ongoing or emerging health care problems.

**PENOLOGICAL INTEREST:**

It is in the penological interest of this facility to provide reasonable and necessary medical care to inmates, through a series of medical services such as regularly scheduled sick calls.

**DEFINITION:**

- *Sick Call -* An organized method of treating inmate health problems through a regularly scheduled open house. Sick call provides inmates with the opportunity to report a medical illness or other health problem and to receive diagnosis or treatment to alleviate the condition, if reasonably possible.

**PROCEDURE:**

**Scheduling:**
Inmate medical complaints are solicited daily through a request slip or form system, acted on by staff personnel, and followed by appropriate triage, and treatment by qualified personnel.

Sick call is scheduled on a regular basis and the schedule may change from time to time to meet the penological interests of the facility. Inmates will be advised of the date and times for sick call. A physician, or other qualified medical professional is accessible to the general population inmates and conducts sick call on an established schedule. The person conducting sick call will, if reasonably possible:

1. Examine the inmate to the extent necessary to ascertain the nature of the problem;
2. Provide appropriate treatment;

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

JC000747

Jail and Detention Policies and Procedures, 11.02 Sick Call

3. Schedule the inmate for further examination or treatment;
4. Refer the inmate for transfer to the facility clinic or appropriate hospital when necessary; &
5. Arrange for immediate transfer to appropriate facility, clinic, or hospital in medical emergencies.

**Process:**
A member of the facility staff may assist the sick call officer with inmate control and scheduling.  The staff member conducting the sick call or the assisting officer maintains sick call records.

**Review of Sick Call:**
A physician reviews sick call requests and records on a regular basis.  Reviews may include:

1. An examination of records;
2. Referrals made by the sick call personnel;
3. Discussion with the staff member who conducted sick call; &
4. Actual examination of the inmate, if necessary.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and shall not be duplicated, disclosed, or discussed without the written permission of this agency.  Data subject to this restriction is contained throughout this publication.

JC000748