# Standardized Detention Officer Curriculum

**Adult Detention Officer Training (96 hrs)**

Introduction and Course Overview **(1)**
Communication Principles and Techniques **(8)**
Inmate Supervision Principles and Techniques **(4)**
Jail Security Issues **(4)**
Use of Force and Basic Defensive Tactics **(24)**
Admissions and Releases of Inmates **(4)**
Special Needs Inmates **(4)**
Health Care Issues **(4)**
Responding to Medical Emergencies **(4)**
Report-Writing **(4)**
Legal Issues in Jails **(4)**
Fire & Other Emergency Procedures **(4)**
Dealing with Inmate Con Games **(4)**
Stress Management for Officers **(4)**
Officer Responsibilities and Ethics **(4)**
Chemical Weapons **(8)**
CPR/First Aid **(8)**

**Juvenile Detention Officer Training (24 hrs)**

Understanding Adolescent Behavior **(8)**
Juvenile Legal Issues **(4)**
Supervising Juveniles **(4)**
Scenarios and Practical Application Exercises **(4)**
Juvenile Course Conclusion/Graduation **(4)**

EXHIBIT 7

JC000909