

## Nurse Details

Main Page

▶ Nurse Verification

📄 RN License Renewal

📄 View Completed RN/APRN Renewal Application

📄 LPN License Renewal

📄 View Completed LPN Renewal Application

📄 APRN View/Edit Practice Information

📄 CHT Verification

📄 Subscriber Login

📄 Student Status Inquiry

📄 Register for a Background Check

Contact the Board of Nursing

Frequently Asked Questions

Nursing Website

| | |
|---|---|
| **License Number** | P163309 |
| **Name** | PATRICIA JOHNSTON |
| **Type** | LPN |
| **Expanded Role** | |
| **Discipline** | None |
| **Compact** | Multi State |
| **Status** | Active |
| **Expiration Date** | 12/31/2015 |
| **Original Issue Date** | 05/21/1980 |

► Search Again

Home
Disclaimer
Contact
Transparency Mississippi

Copyright © 2014 Mississippi Board of Nursing
All Rights Reserved.
713 Pear Orchard Road, Suite 300, Ridgeland, MS 39157
Phone: (601) 957-6300 I Fax: (601) 957-6301





## STATE OF
# MISSISSIPPI

**Board on Jail Officer Standards and Training**

Hereby awards this

*Professional Certificate*

TO

*PATRICIA CAROL JOHNSTON*

████████████

This 1ˢᵗ day of February, 2010

As being qualified to be a Mississippi Adult Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

_____
Director
Board on Jail Officer
Standards and Training

_____
Chairman
Board on Jail Officer
Standards and Training

Certificate No. ____D-03428____

*Start here*  10-15-08  *De in 10-16-08*
*Contact text*  Hire

# JONES COUNTY SHERIFF'S DEPARTMENT
# APPLICATION FOR EMPLOYMENT

*Sal $29,870.00 OK*

The Jones County Sheriff Department is an equal opportunity employer and does not discriminate on the basis of race, color, national origin, sex, religion, age and disability in employment. This application is valid for 180 days (6 months) from the date of submission. Applicants considered for employment will be required to present verification of employment eligibility as required by the Immigration Reform and Control Act. All applicants offered a position with the Jones County Sheriff Department will be required to successfully pass a physical fitness test and drug/alcohol test before the offer of employment is confirmed.

**GENERAL INFORMATION:**    Date of Application: 10-1-08

Position applying for: LPN                                    Date that you can begin work:

Have you ever worked for the County before? ( ) yes (✔) no    If yes, when?

Have you ever applied with the County before? ( ) yes (✔) no    If yes, when?

Do you have relatives working for the County? ( ) yes (✔) no    If yes, when?

**Hours will work:** (✔) Full Time ( ) Part Time  **Shift Will Work:** (✔) Day Shift ( ) Night  Shift Rotating Day/Night Shift ( )

**PERSONAL INFORMATION:  (Please Print)**

Johnston                    Patricia                    Carol                    ▉▉▉▉▉▉▉▉▉
Last Name                  First Name                  Middle Initial           Social Security Number

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                         ▉▉▉▉▉▉▉▉▉
Street Address             City              State      Zip                     Phone Number

Do have a valid regular driver's license? (✔) yes ( ) no    Do you have a valid commercial driver's license? ( ) yes (✔) no

800840885        MS      2-22-11                    N A
License Number   Issuing State   Exp. Date         License Number      Issuing State      Exp. Date

Do you live within the county of Jones? (✔) yes ( ) no

Are you a registered voter in Jones County? (✔) yes ( ) no

Have you ever been convicted of a felony? ( ) yes (✔) no    Have you ever been convicted of a misdemeanor? ( ) yes ( ) no

If you answered yes to the either of the previous questions, please complete the following:

| Date of Conviction | Felony of Misdemeanor | City, State of Conviction | Describe Nature of Offense |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**PLEASE NOTE:** Conviction of a crime does not necessarily bar you from employment. The nature and gravity of the offense (s); the time passed since conviction/completion of sentence; and the nature of the position sought will be taken into consideration.

## EMPLOYMENT HISTORY

Please list all previous employments. List most recent employer FIRST. Additional paper is available if needed.

| | |
|---|---|
| Date Started _7/04_ | Employer Name _SCRMC_ |
| Date Ended _2/08_ _?_ | Address: _Laurel, MS_ |
| Begin Pay _?_ | Job Title: _LPN_   Description of Duties: _General Office_ |
| End Pay _14.50_ | _Skills, Checking Pts in, Assisting_ |
| _Laura Singley_ Supervisor's Name | _Physician_ |
| _601-649-5421_ Supervisor's Work Phone No. | Reason for leaving _Laid off_ |

| | |
|---|---|
| Date Started _3/02_ | Employer Name _Laurel Dialysis_ |
| Date Ended _7/04_ | Address: _Laurel MS_ |
| Begin Pay _?_ | Job Title: _LPN_   Description of Duties: _Assisted pt_ |
| End Pay _?_ | _before during & after treatment_ |
| Supervisor's Name | |
| Supervisor's Work Phone No. | Reason for leaving _Better hours_ |

| | |
|---|---|
| Date Started _2/99_ | Employer Name _Care Center of Laurel_ |
| Date Ended _3/02_ | Address: _Laurel, MS_ |
| Begin Pay _?_ | Job Title: _LPN_   Description of Duties: _Restorative,_ |
| End Pay _?_ | _Wound Care Staff Development_ |
| | _Gen. office skills_ |
| Supervisor's Name | |
| Supervisor's Work Phone No. | Reason for leaving _Better hours_ |

| | |
|---|---|
| Date Started _3/96_ | Employer Name _Jefferson Medical_ |
| Date Ended _1/99_ | Address: _Laurel, MS_ |
| Begin Pay | Job Title: _LPN_   Description of Duties: _Triage +_ |
| End Pay | _Assist Physicians_ |
| Supervisor's Name | |
| Supervisor's Work Phone No. | Reason for leaving |

APPLICANT NAME: _Patricia Carol Johnston_ SS#: ██████████



JC000773



# APPLICANT

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM   FIRST NAME   E NAME

JOHNSTON, PATRICIA HERRINGTON

SIGNATURE OR PERSON FINGERPRINTED

RESIDENCE OR PERSON FINGERPRINTED

ALIASES AKA
,

ORI   MS0340000

DATE OF BIRTH DOB
Month   DAY   Year

| DATE | SIGNATURE OF OFFICIAL TAKING PRINTS |
|---|---|
| 100308 | HILLMAN - CHILLMAN |

CITIZENSHIP CTZ
US

| SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| F | W | 504 | 150 | Gre | Bro | MS |

EMPLOYER AND ADDRESS

YOUR NO. OCA

FBI NO. FBI

LEAVE BLANK

ARMED FORCES NO. MNU

CLASS _____

REASON FINGERPRINTED

Law Enforcement

SOCIAL SECURITY NO. SOC

MISCELLANEOUS NO. MNU

REF. _____

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

NTN

6. L. THUMB    7. R. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

ID 50X50G8 TP5700 #000803 08:58:18          LXT640   #791YNKH   20081003-08:59

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L THUMB   R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

JC000774

Name _Patricia Carol Johnston_

What is your definition of ethics ?
~~Tbe Morals~~ To have Morals,
high Standards Clean living

If you observed a fellow officer abusing a inmate. What would you do ?
Report it to my Supervisor

Do you have reliable transportation?
Yes

Where do you see yourself in 2 years?
Working

Do you have family working for this agency ?
no

Do you have family that is incarcerated ?
No

Have you ever sustained and/or been treated for any type of physical injury ? No  If yes
please give dates of injury and dates of treatment and name of medical facility where treated,
if treated .

**Do not write below this line**

Notes____ ██████████████████████████████████

Signature _____

Date_____

# Correction Officer application check list

**P.T Test** _____

JC000776



JC000777

MISSISSIPPI BOARD OF NURSING
LICENSED PRACTICAL NURSE
This individual is licensed through DECEMBER 31, 2009.

MULTI-STATE LICENSE
PATRICIA JOHNSTON
LIC.# P163309

JC000778



## *Jones County Sheriff's Department*

### New Hire Process

**Application**

Date: 10 - 10 - 08                    Signature: _____

**Background Check**

Date: 10 - 10 - 08                    Signature: _____

**Interview / Interview w/ Chief Deputy**

Date: 10 - 10 - 08                    Signature: _____

Date: 10 - 15 - 08                    Signature: _____

**P.T. Test**

Date: 10 - 13 - 08                    Signature: _____

**Physical**

Date: 10 - 10 - 08                    Signature: _____

**Polygraph**

Date: 10 - 13 - 08        OK          Signature: _____

**Hire Date**

Date: 10 - 20 - 2008                  Signature: _____

**Swearing-In**

Date: _____                Signature: _____

**New Hire / Minimum Standards Paperwork**

Date: _____                Signature: _____

JC000779

*Z3.42*

**Interviewed with Captain and or Lieutenant**
Fingerprints , back ground check ,photograph
copy of drivers license, copy of GED or high school diploma
Date completed ___*10/10/08*___

**Polygraph test**
Date completed ___*10/14/08 @ 10:00*___
*P.T. 10/13/08 —— ran l@ perhaps*
**Physical**
Date completed_____

**Interview with Chief Sealy**
Date completed_____

**Payroll paperwork**
Date completed_____

**Sworn In**
Date completed_____

**Fitted for uniform**
Date completed_____

**Dated Hired**_____


Position applying for _*Nurse*_____

Signature *Patricia Carol Johnston*_____

Date _*10-4-08*_____

JC000780

## PART I - DETENTION OFFICER APPLICATION FOR CERTIFICATION

### READ THE INSTRUCTIONS ON PAGE 2

In accordance with the Jail Officers Training Program (JOTP) MCA § 45-4-1 et al. Warning: MCA § 97-7-10, "Fraudulent Statements and Representations", provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to five (5) years. Further, the JOTP authorizes the Board on Jail Officer Standards and Training (BJOST) in § 45-4-9 (5)(b) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: **JOHNSTON, PATRICA CAROL**      2. SSN: ▮▮▮▮▮▮▮▮
   Give Full Name - First Middle Last

3. Date of Hire: **10/20/08**   4. Date of Birth: ▮▮▮▮   5. Title/Rank: **ADULT DET. OFFICER**

6. Department: **JONES CO. SHERIFF DEPT**      7. Telephone: ▮▮▮▮▮

8. Dept.'s
   Address: **419 YATES AVE.**      **LAUREL, MS 39440**
   Post Office Box or Street              City & Zip Code

9. Has the applicant ever been certified under the JOTP?  No (X)  Yes ( )  10. Certificate No. _____

11. **Education,** Years Completed **14**, High School Diploma ✓___ or GED___, Degree(s) **LPN, EMT**
    Number of

12. **EMPLOYMENT RECORD** List all employment. Begin with your most previous employment and work back. Use additional 8.5 x 11 sheets of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| SCRMC OB GYN | LPN | Laurel MS | From: | July | | 2004 |
| | | | To: | July | | 2008 |
| Laurel ~~Office~~ Dialysis Clinic | LPN | Laurel MS | From: | | | 2001 |
| | | | To: | July | | 2004 |
| Cone Center of Laurel | LPN | Laurel MS | From: | | | 1998 |
| | | | To: | | | 2001 |
| | | | From: | | | |
| | | | To: | | | |

13. **TRAINING RECORD** List all completed correctional officer training for which you can provide documentation. Include copies of certificates of completion. Use additional 8.5 x 11 sheets of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

W:\ BJOST\forms\2008\BJOST  App & Bi.wpd

MS Dept. of Public Safety/Div. Of Public Safety Planning/
**Office of Standards and Training**
3750 I-55 Frontage Rd N
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

rev   28 April 2001

JC000781

Jones County Sheriff's Office
Alex Hodge, Sheriff
Training Record

JC000887

JAIL

NAME: CHRISTOPHER HILLMAN

BADGE: Jones 84          SS#: ████████████

COURSE ATTENDED: Qualification Shotgun

DATE COMPLETED: 3-4-08    NUMBER OF HOURS: ____

WEAPON Mossberg 12gau SERIAL # ___ SCORE: F

WEAPON _____ SERIAL # _____ SCORE: ____

WEAPON _____ SERIAL # _____ SCORE: ____

WEAPON _____ SERIAL # _____ SCORE: ____

I, CHRIS HILLMAN _____, do understand that to be in compliance with Board of
    (Print Name)

Law Enforcement Standards and Training, a score of 75% or higher is required. For

departmental purposes, a score of 90% or higher is required for tactical team members.

_____     3/4/08 _____
Officer's Signature                  Date

_____     3-4-08 _____
Firearm's Instructor Signature       Date





# STATE OF
# MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

## CHRISTOPHER LEE HILLMAN

This 1st day of June, 2009

As being qualified to be a Mississippi Juvenile Detention Officer
under Provisions of Chapter 482, General Laws of Mississippi, 1999.

_____
**Director**
**Board on Jail Officer**
**Standards and Training**

_____
**Chairman**
**Board on Jail Officer**
**Standards and Training**

Certificate No.   J-00195   _____

Form DPS006

JC000893



# DEPARTMENT OF THE ARMY

## CERTIFICATE OF TRAINING

This is to certify that

*Mr. Christopher Hillman*

██████████████

has successfully completed

*Combat Service Support Control System*
*Operator/Maintainer Course*
*16 June 2003 – 24 June 2003*
*42 Hours*

Given at  *Fort Hood, Texas 24 June 2003*

*Susan B. Neumann*

SUSAN B. NEUMANN, LTC, OD
PM CSSCS

JC000894

DA FORM 87, 1 Oct 78

# Jones County Sheriff Department Regional Correction Officers Training Academy

This is to certify that

## Chris Hillman

has successfully completed

**O. C. Spray Certification**
**(4 hours)**

This the 28th day of October, 2008

_____
Academy Director

_____
Instructor

JC000895

# TRAINING RECORD

TYPE TRAINING:  CPR

DATE: 30-JULY-08

INSTRUCTOR: MARIE BULLOCK

HRS. OF INSTRUCTION: 04

SYNOPSIS:  Officers received instruction and certification for Emergency Cardio Pulmonary Resucisitation

INSTRUCTOR EVALUATION:  Passed


OFFICER ATTENDING: Chris Hillman

JC000896

Jones County Sheriff's Office
Alex Hodge, Sheriff
Training Record

JC000897

JAIL

NAME: CHRISTOPHER HILLMAN

BADGE: Jones 84    SS#: ███████████

COURSE ATTENDED: Qualification SHOTGUN

DATE COMPLETED: 3-4-08    NUMBER OF HOURS: ____

WEAPON Mossberg 12gau SERIAL # —    SCORE: F

WEAPON ____ SERIAL # ____ SCORE: ____

WEAPON ____ SERIAL # ____ SCORE: ____

WEAPON ____ SERIAL # ____ SCORE: ____

I, CHRIS HILLMAN ____, do understand that to be in compliance with Board of
    (Print Name)

Law Enforcement Standards and Training, a score of 75% or higher is required.  For

departmental purposes, a score of 90% or higher is required for tactical team members.

Officer's Signature    Date 3/4/08

Firearm's Instructor Signature    Date 3-4-08



# STATE OF
# MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

DWIGHT  NATHAN  FAYARD II

THIS  9TH  DAY OF JANUARY,  2009

As being qualified to be a Part-Time Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

_____
Director
Board on Law Enforcement
Standards and Training

_____
Chairman
Board on Law Enforcement
Standards and Training

Certificate No. __20317__

JC000904

# James Madison High School

## PROFESSIONAL CAREER DEVELOPMENT INSTITUTE

This certifies that

# Dwight N. Fayard II

is awarded this

# Diploma with Honors

In testimony whereof, this Diploma has been conferred in Atlanta, Georgia,
whereupon the undersigned have affixed their names on this day

*August 7, 2004*

President,
Professional Career
Development Institute

Principal,
James Madison
High School

JC000905



# SANDERSVILLE REGIONAL LAW ENFORCEMENT
# OFFICERS TRAINING ACADEMY

This is to certify that

## NATHAN FAYARD

has successfully completed

## ASP BATON

This the 1st day of July 2008

_____
**Academy Director**

_____
**Training Officer**

JC000906

# SANDERSVILLE REGIONAL LAW ENFORCEMENT OFFICERS TRAINING ACADEMY

This is to certify that

## NATHAN FAYARD

has successfully completed

## OC SPRAY
## BASIC COURSE

This the 1st day of July 2008

_Carl Monk_
**Academy Director**

_Tom Eason_
**Training Officer**

JC000907

# SANDERSVILLE REGIONAL LAW ENFORCEMENT OFFICERS TRAINING ACADEMY

This is to certify that

## NATHAN FAYARD

has successfully completed

## SUBJECT CONTROL DEFENSIVE TACTICS (40 hours)

This the 1st day of July 2008

_Carl Monk_
**Academy Director**

_Eddy Ingram_
**Training Officer**

JC000908