```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                 HATTIESBURG DIVISION

JEANETTER GRAHAM INDIVIDUALLY
AND AS WRONGFUL DEATH BENEFICIARY
OF ALBERT GRAHAM, DECEASED              PLAINTIFF

v.                        CAUSE NO. 2:13CV67KS-MTP

ALEX HODGE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS SHERIFF OF JONES
COUNTY; JONES COUNTY, MISSISSIPPI AND
DEPUTY "JOHN DOE" IN HIS OFFICIAL CAPACITY    DEFENDANTS
*****************************************************
            DEPOSITION OF DR. WASSIM MOUANNES
    Taken at the offices of Heart Care Center, 404 South 13th
     Avenue, Laurel, Mississippi, on Thursday, June 12, 2014,
                beginning at approximately 2:24 p.m.
*****************************************************

APPEARANCES:
    EVERETT T. SANDERS, ESQUIRE
    Sanders Law Firm
    Post Office Box 565
    Natchez, Mississippi  39121
        PRESENT AND REPRESENTING THE PLAINTIFF

    JASON E. DARE, ESQUIRE
    Wyatt, Tarrant & Combs
    Post Office Box 16089
    Jackson, Mississippi  39236-6089
        PRESENT AND REPRESENTING THE DEFENDANTS

    R.A. GRAY, III, ESQUIRE
    Attorney at Law
    611 Corinne Street
    Hattiesburg, Mississippi 39401
        PRESENT AND REPRESENTING HEART CARE CENTER

Also present:  Lynn Jones

REPORTED BY:
                TRUDIE QUINN
           Raven Court Reporting
           Post Office Box 180506
           Richland, Mississippi  39218
                (601) 932-5354
```

---

                    I N D E X
                                              PAGE
Style, Number and Appearances .................... 1
Index ............................................ 2
EXAMINATION OF DR. WASSIM MOUANNES:
        By Mr. Sanders .......................... 3
        By Mr. Dare ............................ 16
Reporter's Page ................................. 24
Signature Page .................................. 25
Certificate of Reporter ......................... 26
                     - 0 -
                   EXHIBITS
1  -  Clinic visit .............................. 18
2  -  Medication list ........................... 20
3  -  Patient medication entry .................. 21
                     - 0 -

---

                                    Dr. Wassim Mouannes - 06-12-14     3
 1                    P R O C E E D I N G S
 2                      WASSIM MOUANNES,
 3        called as a witness, having been duly sworn,
 4            was examined and deposed as follows:
 5   EXAMINATION BY MR. SANDERS:
 6        Q.   Would you state your name, please.
 7        A.   Wassim, W-a-s-s-i-m, Mouannes, M-o-u-a-n-n-e-s.
 8        Q.   Dr. Mouannes, my name is Everett Sanders. I
 9   represent Mrs. Jeanetter Graham in this matter. I assume
10   that you've given a deposition before?
11        A.   I did.
12        Q.   Okay. And if I ask you a question and you
13   don't understand it, please ask me to repeat it or explain.
14             BY MR. SANDERS: And we'll also agree to the
15        general stipulations pursuant to the federal rules.
16             BY MR. DARE: We will agree to the standard
17        stipulations pursuant to the Federal Rules of Civil
18        Procedure, and I will reserve all objections except
19        to the form of the question until such time as a
20        hearing or trial. Thank you.
21        Q.   Okay. What is your educational background?
22        A.   I'm a medical doctor and did general medicine
23   in Beirut, Lebanon, and did internal medicine residency for
24   three years in Tennessee and then three years of fellowship
25   in cardiology. So I'm board certified in internal medicine

---

                                    Dr. Wassim Mouannes - 06-12-14     4
 1   and cardiology.
 2        Q.   And where do you practice?
 3        A.   Mainly in Laurel, Mississippi, Jones County. I
 4   do go to Wayne County as well, we have an office there, and
 5   Jasper County, we have an office as well.
 6        Q.   Do you practice with a medical group?
 7        A.   Yes. I'm part of Hattiesburg Clinic which is a
 8   large multi-specialty group.
 9        Q.   And you practice the specialty of cardiology?
10        A.   Correct.
11        Q.   Now, during the course of your practice, did
12   you have a patient by the name of Albert Graham?
13        A.   Correct.
14        Q.   When did you first encounter Mr. Graham?
15        A.   I'm gonna have to look at my chart here since I
16   don't have those in memory.
17        Q.   Please do.
18        A.   I believe in 2007.
19        Q.   And what were you treating him for or what did
20   you treat him for?
21        A.   We treated him for congestive heart failure.
22        Q.   That was your diagnosis in 2007?
23        A.   Correct.
24        Q.   What was your prescribed treatment in 2007?
25        A.   I think we gave him several medicines including

EXHIBIT 16

```
                    Dr. Wassim Mouannes - 06-12-14                        5
 1   a pill called Coreg, C-o-r-e-g-.  We gave him a pill called
 2   lisinopril, l-i-s-i-n-o-p-r-i-l.  We gave him a pill called
 3   Lasix, and we gave him a pill called Aldactone,
 4   A-l-d-a-c-t-o-n-e-.
 5       Q.   Okay.  What was Coreg for?
 6       A.   All these medications we give them are the
 7   standard medical medication we give for patients with
 8   congestive heart failure.
 9       Q.   Tell us, doctor, what is congestive heart
10   failure?
11              BY MR. DARE:  Object to the form of the
12       question.  You can answer.  It's outside of your
13       medical records.
14              BY THE WITNESS:  Congestive heart failure is
15       a failure of the heart to meet the needs of the body
16       with oxygen demand and blood flow.
17       Q.   The medications that you indicated that you
18   prescribed, are these medications that are supposed to
19   impact upon the heart's function?
20       A.   Yes, it can improve the heart pump.  It can
21   help unload the heart and help the patient's symptoms of
22   feeling better.
23       Q.   All right.  How many times did you see him in
24   2007?
25       A.   So I had an encounter with him in the hospital
```

```
                    Dr. Wassim Mouannes - 06-12-14                        6
 1   in November, and then again in February 2008 he had a
 2   stroke.
 3       Q.   February 2008 he had a stroke?
 4       A.   Yes.
 5       Q.   What causes a stroke?
 6              BY MR. DARE:  Object to the form of the
 7       question.
 8              BY THE WITNESS:  So stroke is when you have
 9       usually a part of your brain not receiving blood
10       flow.  This could be from blood clots in the brain,
11       it could be a bleed in the brain, it could be
12       blockages in the circulation of the brain.
13       Q.   Did you prescribe any additional medication
14   after your encounter in February of 2008?
15       A.   He did receive a blood thinner, Coumadin, in
16   addition to his heart medication.
17       Q.   And what does Coumadin do?
18       A.   It's a blood thinner to keep your blood thinned
19   out.  We prescribe it sometimes for patients who have
20   strokes.
21       Q.   When was your next encounter after February of
22   2008?
23       A.   Between November 2007 and February I saw him
24   one time in my office on January 24, 2008.  And he was
25   supposed to return to see me March 19 for three months
```

```
                    Dr. Wassim Mouannes - 06-12-14                        7
 1   follow-up, but he did not show up for that appointment.
 2       Q.   That was March 2008?
 3       A.   March 19, 2008.  In January I saw him -- yeah,
 4   I mentioned January.
 5       Q.   What was his condition in January?
 6       A.   I think I saw him twice in January, on January
 7   16 and on January 24th.
 8       Q.   What was his condition on January 16th?
 9       A.   He was feeling better.  This was a follow-up
10   after he got hospitalized for the congestive heart failure.
11   According to my note, on January 24 he was not having any
12   chest pain, shortness of breath or palpitation.  He was
13   still having dyspnea, which is shortness of breath when you
14   exert yourself.
15       Q.   You said that you saw him on January 16th after
16   his hospitalization for congestive heart failure?
17       A.   Right.
18       Q.   Are you talking about the 2007?
19       A.   Correct.
20       Q.   Now, during the course of -- I hand you this
21   document and ask you if you recognize it?
22       A.   Yes, sir.
23       Q.   Is that a reflection of medications that were
24   prescribed by you during your course of treatment of Mr.
25   Graham?
```

```
                    Dr. Wassim Mouannes - 06-12-14                        8
 1              BY MR. DARE:  I'm going to object to any
 2       questions relating to this document as it is a
 3       Wal-Mart pharmacy document, not specifically his
 4       medical records.  Other than that you can answer.
 5              BY THE WITNESS:  I'm gonna answer, the name
 6       of the medications that appear are consistent with
 7       the medication I gave him.
 8              But the dates, I'm not gonna go through the
 9       dates, the timing and the prescription doctors
10       because there are different providers that are
11       providing these medicines.
12       Q.   Okay.  I'm only talking about the medications
13   that you prescribed.  Would it be correct to say that the
14   last prescription that you provided was in June of 2008?
15              BY MR. DARE:  Object to the form.
16              BY THE WITNESS:  This is date written, date
17       filed.  Can you point to me, show me what you're
18       talking about.
19              According to the paper from the pharmacy, and
20       I'm reading here from Wal-Mart, that he received a
21       drug called carvedilol, date filled June 5th, 2009
22       for 60 pills with no refills.  So he did receive that
23       on June the 5th, 2009.
24       Q.   And that was something that you prescribed, is
25   that correct?
```

**Page 9**

Dr. Wassim Mouannes - 06-12-14

1  A.  It has my name on it.
2  Q.  And how did you pronounce that drug?
3  A.  Carvedilol. That's the same as Coreg, that's
4  the same drug.
5  Q.  What does the drug do?
6  A.  Which drug?
7  Q.  Coreg or cardividol.
8      BY MR. DARE: Object to the form.
9      BY THE WITNESS: Coreg is a drug that we use,
10     as I mentioned earlier, for patients with congestive
11     heart failure. How it works and how it helps the
12     heart, you can ask the expert witness about that.
13  Q.  I'm sorry, you prescribed it, didn't you?
14  A.  Correct.
15  Q.  And was it medically necessary, your
16  prescription?
17  A.  Correct.
18  Q.  Well, what was the reason for the prescription?
19  A.  I mentioned for his congestive heart failure,
20  for his weak heart.
21  Q.  How does it impact on congestive heart failure?
22      BY MR. DARE: I'm going to object to the form
23     of the question.
24      BY THE WITNESS: I think you asked me how it
25     works, how the medication works. We can open any

**Page 10**

Dr. Wassim Mouannes - 06-12-14

1   book and tell you how the mechanism, what we call the
2   mechanism or action.
3   Q.  Well, if you prescribe a medication, presumably
4   you prescribe it because you expect it to have certain
5   effects on the patient or the malady that you're treating,
6   is that correct?
7   A.  Right.
8   Q.  And what I'm asking you is what effect does the
9   drug have or what was the intended effect when you
10  prescribed it?
11  A.  It has several.
12  Q.  Okay. Please tell me.
13      BY MR. DARE: Same objection.
14      BY THE WITNESS: It's a beta blocker. So it
15     can slow your heartbeat down. It can help your heart
16     get stronger if you take it for a long period of
17     time. That was the purpose of using the drug.
18  Q.  All right. Did you also prescribe Diovan?
19  A.  Yes, we did.
20  Q.  What is the purpose for the prescription for
21  Diovan?
22      BY MR. DARE: Object to the form of the
23     question. You can answer.
24      BY THE WITNESS: Again, it's a common drug
25     that we use in patients with congestive heart failure

**Page 11**

Dr. Wassim Mouannes - 06-12-14

1   to help the heart get stronger.
2   Q.  Does it also impact on blood pressure?
3   A.  It is a blood pressure pill as well.
4   Q.  Okay. And it's used for the treatment of heart
5   failure, right?
6   A.  In his case.
7   Q.  Okay, all right. You're going to have to help
8   me out. Klor-Con?
9   A.  Klor-Con, that's a potassium pill. It's just
10  potassium. We use it when we give somebody fluid medicines
11  like the Furosemide or the Lasix. We use potassium pills
12  because the Lasix can make your potassium drop.
13  Q.  Did you prescribe digoxin?
14  A.  Digoxin, yes.
15  Q.  Is that the same as Digitek?
16  A.  Yes.
17  Q.  What is it?
18  A.  It's also a drug that we use commonly in
19  congestive heart failure that can help the heart pump
20  stronger.
21      BY MR. DARE: I'm going to interpose my
22     objection to the form of the question. I didn't want
23     to interrupt your answer.
24  Q.  Would that be used to treat atrial
25  fibrillation?

**Page 12**

Dr. Wassim Mouannes - 06-12-14

1   A.  Not related to this patient.
2   Q.  Lisinopril, did you prescribe that?
3   A.  At some point he received that drug correctly.
4   Q.  What is the purpose of a prescription of that
5   drug?
6       BY MR. DARE: Object to the form of the
7      question.
8       BY THE WITNESS: That medication also is
9      commonly prescribed for congestive heart failure to
10     help the heart get stronger.
11  Q.  And furosemide?
12  A.  That's a fluid pill. That relieves congestion.
13  Q.  In connection with congestive heart failure?
14  A.  Heart failure.
15  Q.  So out of the medications that I named, all of
16  those relate to congestive heart failure?
17  A.  His heart condition.
18  Q.  And when you prescribe those those were
19  medically necessary, is that correct?
20  A.  Yes.
21  Q.  Okay. I'm not trying to trick you, doctor.
22  Doctor, what is hypertensive heart disease?
23      BY MR. DARE: Object to the form of the
24     question.
25      BY THE WITNESS: I don't think I've mentioned

Dr. Wassim Mouannes - 06-12-14                                    13

1    it on my notes. I have to go back and look. As a
2    general question or as it relate to my patient?
3       Q.   As a general question first.
4       A.   Hypertensive heart disease is heart disease
5    related to high blood pressure.
6       Q.   And would it be fair to say that during the
7    time that you were treating Mr. Graham he had high blood
8    pressure, is that correct?
9       A.   I'm going over my notes to see if I mentioned
10   hypertension under his diagnosis. I may have mentioned it,
11   I just don't find it. I see a note from Dr. Dobbs where
12   she mention he has hypertension. I don't see where I
13   mention hypertension in my notes. You can correct me if
14   I'm wrong.
15      Q.   Well, what was it that caused the stroke that
16   you treated him for in 2007?
17           BY MR. DARE: Object to the form of the
18      question. You can answer.
19           BY THE WITNESS: Okay. So based on the note,
20      discharge summary on February 8th, it was mentioned
21      that it was felt secondary to his cardiomyopathy.
22           The stroke was felt secondary to his heart
23      disease. It was felt that not -- that that does not
24      mean it was necessarily the cause. We felt that
25      probably that's what caused it with certain doubt

Dr. Wassim Mouannes - 06-12-14                                    14

1    without 100 percent determination.
2       Q.   Did you do a prognosis or have a prognosis in
3    conjunction with your last treatment of him?
4       A.   Prognosis for his health, for his brain
5    function or for his heart, from the stroke standpoint or in
6    general?
7       Q.   General.
8       A.   As a general we did not give him good prognosis
9    because we have not treated him for a long period of time
10   to see if he's gonna respond to the treatment or not.
11      Q.   A cessation of the use of the medication that
12   you prescribe, would you expect it to have an adverse
13   effect?
14           BY MR. DARE: I'm going to object to the form
15      because that clearly goes beyond the scope of any of
16      the records.
17           BY THE WITNESS: You asked me earlier if the
18      medications were necessary and I said yes. And we
19      use them for a reason, because that's the standard
20      treatment for patient with weak heart and congestive
21      heart failure.
22           Those medications help the heart, that's why
23      they are necessary. So the question is what happens
24      when you don't use it.
25      Q.   Right.

Dr. Wassim Mouannes - 06-12-14                                    15

1       A.   So when those medications were approved in the
2    studies, and now I'm going outside the scope of my
3    practice. If you go back to look at the studies that prove
4    that you need these medicines if you have this heart
5    condition, they compared them to sugar pills.
6            And they found that people who took those medicines
7    lived longer and their heart functioned better. You asked
8    me if you don't take those medications what happens.
9            The only way I can answer you is from those studies
10   where they took people who did not take that medicine and
11   they fared worse.
12           BY MR. DARE: Because that statement was
13      outside of his records and he's admitted it here
14      today, I move to strike the previous statement. We
15      can, of course, bring that up at a later time.
16      Q.   When Mr. Graham failed to keep his appointment
17   in March, on March 19, 2008, did your office make any
18   effort to contact him?
19      A.   Yes, sir.
20      Q.   What was the result of that?
21      A.   We mailed him a letter. Yeah, we have a letter
22   sent to him that list his appointment, and we left him a
23   phone number to call to reschedule.
24      Q.   Your records don't reflect that he made any
25   subsequent contact?

Dr. Wassim Mouannes - 06-12-14                                    16

1       A.   No, he never rescheduled that appointment.
2       Q.   Doctor, do your records reflect a request for
3    copies of medical records on Albert Graham from the
4    sheriff's department on March 2nd, 2010?
5       A.   Yes, sir.
6       Q.   Do you know if those records were provided?
7       A.   Yeah, it says we faxed them.
8            BY MR. SANDERS: All right. I don't have any
9       further questions.
10   **EXAMINATION BY MR. DARE:**
11      Q.   Dr. Mouannes, I have a few follow-up questions
12   just so I'm certain. Again, my name is Jason Dare. I'm
13   here representing Jones County and Sheriff Alex Hodge.
14           Am I correct that the only times that you
15   personally, not your clinic, that you personally physically
16   laid eyes on Mr. Graham in the clinic was on January the
17   16th of 2008 and January the 24th of 2008, is that right?
18      A.   Correct.
19      Q.   I also saw references in the notes to a Scott.
20   Who is Scott?
21      A.   He's my nurse practitioner.
22      Q.   What is Scott's full name?
23      A.   Kenneth Scott Parker.
24      Q.   And would Scott also see Mr. Graham when he
25   came into the clinic on other occasions?

## Page 17

Dr. Wassim Mouannes - 06-12-14

1  A.   I don't see any records of that.
2  Q.   I'll hand you just a few documents just so I'm
3  certain. I'm handing you what has been Bates stamped
4  marked JC84 as a true -- I'll let you read that first.
5       Is it true based on that record that at least
6  Albert Graham called in and asked to speak with Scott, your
7  nurse practitioner?
8  A.   Yes, December 7th, 2007.
9  Q.   Did Scott also see Mr. Graham when Mr. Graham
10 was in the hospital from November the 22nd, 2007 through
11 November the 27th of 2007? I want to specifically draw
12 your attention to what I have marked as JC80 through JC81
13 just to make it easier.
14 A.   Patient was seen in hospital by Scott and is
15 coming in for -- I'm trying to --
16 Q.   In fact, just to make it easier on the court
17 reporter, I'm gonna mark that as Exhibit 1.
18 A.   11-26-2007 patient was seen by Scott in the
19 hospital.
20 Q.   And just so I'm certain that this came out,
21 Scott is your nurse practitioner?
22 A.   Nurse practitioner, correct.
23 Q.   Had Mr. Graham received any samples when he was
24 in the clinic here, would that have been notated somewhere
25 in your record?

## Page 18

Dr. Wassim Mouannes - 06-12-14

1  A.   Not usually.
2       BY THE WITNESS: Correct me if I'm wrong,
3  Lynn. Usually if we hand out samples we give them to
4  help patients. We don't have to try to keep track of
5  them.
6  Q.   Now, if you had handed out samples, would that
7  have been when he was here in the clinic?
8  A.   Sometimes as a general rule, if patient is in
9  the hospital and they are going home, sometimes we ask them
10 to stop by and pick up some samples of a new medicine.
11      Sometimes if they run out of that medicine and they
12 can't afford to buy new one they come by and pick up some
13 samples.
14 Q.   I'm going to hand to the court reporter what I
15 need marked as Exhibit 1. It's JC80 through 81 and
16 contains what he was reading from.
17      (EXHIBIT 1, VISIT SUMMARY, WAS MARKED FOR
18      IDENTIFICATION.)
19 Q.   Can you please, sir, flip to the entry dated
20 March 21st of 2008.
21 A.   Okay.
22 Q.   Does this record reflect whether or not Albert
23 Graham came into the clinic and requested that his meds be
24 called in or was this something that he called you and
25 requested or called your office and requested?

## Page 19

Dr. Wassim Mouannes - 06-12-14

1  A.   Can you show me that exhibit.
2  Q.   Or if you don't know, that's fine as well.
3  A.   Yeah.
4  Q.   I was specifically referring to JC128. Am I
5  correct then that the last time that you can confirm that
6  Mr. Graham was ever in this clinic was on March the 10th of
7  2008 and that he possibly came in on March 21, 2008 to
8  request a --
9       BY MR. SANDERS: Object to the form of the
10      question.
11 Q.   That was a confusing question. Can we confirm
12 that the last time that you know Mr. Graham was in this
13 clinic, the Hattiesburg Clinic here in Laurel was on March
14 the 10th of 2008?
15 A.   That's the last document I see where he called
16 or he presented was March 21st.
17 Q.   And to your knowledge did anyone with your
18 clinic have any contact with Albert Graham after March 21,
19 2008?
20 A.   There was a note in the computer where they
21 called for medicine. That's the one that you showed me the
22 prescription 2009, June 2009.
23 Q.   You have a note in your computer that he called
24 in 2009?
25 A.   Either him --

## Page 20

Dr. Wassim Mouannes - 06-12-14

1       BY MS. JONES: It's not a note. It's under
2       the medications.
3       BY THE WITNESS: Documentation that we
4       actually did prescribe this for 60 days.
5       BY MS. JONES: No.
6       BY THE WITNESS: For 60 pills.
7  Q.   30 days.
8  A.   30 days. And we put in the note that patient
9  needs to make an appointment.
10 Q.   Do you have a copy of that note?
11      BY THE WITNESS: We can print it, can we?
12      BY MS. JONES: Yeah. I'll have to get you to
13      get into -- it was April 24th.
14      BY MR. DARE: I'll tell you what, let's take
15      a quick break. Can I get a copy of that, and that's
16      actually going to be I believe my last line of
17      questioning.
18      BY MR. SANDERS: I forgot to put this in as
19      an exhibit to his testimony.
20      BY MR. DARE: And making sure the record is
21      clear, this being as Exhibit 2, I'm guessing you're
22      marking the Wal-Mart pharmacy records?
23      BY MR. SANDERS: Right, that's correct.
24      (EXHIBIT 2, PHARMACY RECORDS, WAS MARKED FOR
25      IDENTIFICATION.)

---

Dr. Wassim Mouannes - 06-12-14    21

1  (OFF THE RECORD)
2         BY MR. DARE: I'm gonna have this patient
3  medication entry marked as Exhibit 3 to your
4  deposition. I'm gonna get it marked so I can read
5  over it.
6         (EXHIBIT 3, PATIENT MEDICATION ENTRY, WAS
7  MARKED FOR IDENTIFICATION.)
8     Q. (By Mr. Dare) All right. To your knowledge did
9  either Albert Graham or his wife call in and request this
10 refill or did he come into the clinic?
11    A. We don't know.
12    Q. What was the refill for?
13    A. Coreg.
14    Q. And was the refill for any other medication?
15    A. That's the only one that was prescribed or
16 called in.
17    Q. What was the date that it was called in?
18    A. 4-24-2009.
19    Q. And it says created by, and who is that?
20    A. Diane Steiner. She's my medical assistant.
21 She's retired now.
22    Q. And what was the time that that was called in
23 on 4-24-2009?
24    A. 1:13 p.m.
25        BY MR. SANDERS: Object to the form of the

---

Dr. Wassim Mouannes - 06-12-14    22

1  question.
2     Q. Would that have been the date, would 4-24-2009
3  at 1:13 p.m., would that have been the date and time that
4  Diane Steiner called the Wal-Mart pharmacy to update this
5  prescription?
6         BY MS. JONES: They weren't called, they were
7  electronic.
8         BY THE WITNESS: Yeah, this is e-scription,
9  so.
10    Q. So this is actually the e-scription that is
11 marked as Exhibit 3 to your deposition, understood. And so
12 this would have been the date and time that this
13 e-scription was filled?
14    A. Yes.
15    Q. Or excuse me, it was actually submitted by your
16 office?
17    A. Right.
18    Q. And do you have any other e-scriptions in your
19 file or in your computer system either between March 21st,
20 2008 and April 24, 2009?
21    A. I think the previous one was for 2008.
22        BY MS. JONES: There were some for 2008 but I
23 don't remember the dates.
24    Q. Did you have any after for April 24, 2009?
25    A. No.

---

Dr. Wassim Mouannes - 06-12-14    23

1     Q. The ones in 2008, were they after March the
2  21st of 2008?
3     A. I would have to go back and look. If you want
4  me to I can go now.
5     Q. You don't know as you sit here today, though?
6     A. Not for certainty. I think it's before, but I
7  don't want to give you my word for it.
8     Q. That is fine.
9         BY MR. DARE: Thank you. I have no further
10 questions for you today.
11        BY MR. SANDERS: No further questions.
12        (CONCLUDED 3:13 P.M.)

---

Dr. Wassim Mouannes - 06-12-14    24

1             R E P O R T E R ' S   P A G E
2         I, Trudie Quinn, in and for the State of
3  Mississippi, the officer before whom this sworn testimony
4  was taken, do hereby state on the record:
5         That due to interaction in the spontaneous
6  discourse of this proceeding, dashes (--) have been used to
7  indicate pauses, changes in thought, and/or talk-overs;
8  that same is the proper method for a court reporter's
9  transcription of proceeding; that the dashes (--) do not
10 indicate that words or phrases have been left out of this
11 transcript, and that any words and/or names which could not
12 be verified through reference material have been denoted
13 with the phrase (phonetic).
14                        - o -



**HATTIESBURG CLINIC**

GRAHAM, ALBERT L
MRN: 6948038
DOB: ███████, Sex: M
Enc. Date: 12/04/07

## Visit Summary

**Allergies as of 12/4/2007**                                                  Never Reviewed
  Not on File

**Vitals**
  (None)

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Quit Date |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | Never Assessed | | | 0.0 | 0.0 | | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | 0.00 | | |

| Sexual Activity | Sexually Active | Source | Birth Control | | Partners | Comments | |
|---|---|---|---|---|---|---|---|
| as of 12/4/2007 | | | | | | | |

**Medications 12/4/2007**
  NONE

### Orders

**All Orders**
  NONE

**All Results**
  NONE

### NOTES

**Note signed by Kenneth S. Parker, ACNP at 11/26/11 1432**

| Author: | Kenneth S. Parker, ACNP | Service: | (none) | Author Type: | Acute Care Nurse Practitioner |
|---|---|---|---|---|---|
| Filed: | 11/26/11 1432 | Note Time: | 12/04/07 1056 | | |

CLINICAL MESSAGE TYPE: Clinical Message

PRIORITY: Routine
RECEIVER: Marilyn Dixon

MESSAGE:
Marilyn Dixon          12/4/2007 10:58:39 AM

patient was seen in  hosp by scott and is coming in for a f/u12/12/07, he is
still having some fluid build up in his chest, need to know if they gave him a
 fluid pill to take and needed to be called in for him, please call 601-428-1991

Printed by 1594 at 10/22/13 9:24 AM                                              Page 1

CONFIDENTIAL



JC000080



GRAHAM, ALBERT L
MRN: 6948038
DOB: ▮▮▮▮▮  Sex: M
Enc. Date: 12/04/07

## NOTES (continued)

Felica Johnson, LPN                12/4/2007 1:26:58 PM

Instructed patient to come to clinic for a nurse visit. Patient voiced understanding.


Felica Johnson, LPN                12/4/2007 3:13:34 PM

Patient came to clinicfor nurse visit.
------------------------------
-- STICKY NOTE (Created by Felica Johnson on 2007/12/04:11:27:16 AM)
              (Updated by Felica Johnson on 2007/12/04:11:27:16 AM)
   Called Medical Records at SCRMC  for Discharge instructions including meds.
-- ACTION TAKEN:
(Signed in IC-Chart by Felica Johnson, LPN on 2007/12/04:03:13:34 PM)

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

William Mullins         6014251767     p.1

Page 1 of 2

**Connexus Pharmacy System**
**Wal-Mart Pharmacy 10-501**
**Medical Expenses Summary**

Store #: 501
Report Date: 08/20/2013



Patient:  GRAHAM, ALBERT,
          23 GRAHAM DRIVE
          LAUREL MS-39440

Birthdate: 06/01/1951

Below is a list of your Pharmacy Orders for the date range of: 01/01/2008 To 08/20/2013

Wal-Mart Pharmacy, 1621 HWY 15 NORTH, LAUREL MS-39440
NABP Number: 2513984  ID: BWS376163  NPI Number: 1609893007

| Date Filled / Date Written | Rx Fill ID | Drug Name / NDC | Prescriber / Physician NPI | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 01/31/2008 / 12/11/2007 | 7718460 / 3746316 | DIGITEK 0.125MG TAB / 62794-0145-01 | NORTON, MARK / 1881608495 | 30 1 | 30 | 0 | $ 4.00 |
| 01/31/2008 / 12/11/2007 | 7718458 / 3746315 | DIOVAN 40MG TAB / 00078-0423-15 | NORTON, MARK / 1881608495 | 30 1 | 30 | 0 | $ 60.88 |
| 01/31/2008 / 12/11/2007 | 7718455 / 3746317 | FUROSEMIDE 40MG TAB / 00378-0216-01 | NORTON, MARK / 1881608495 | 60 1 | 30 | 0 | $ 8.00 |
| 02/08/2008 / 02/08/2008 | 7734503 / 3753656 | WARFARIN 5MG TAB / 62584-0994-77 | MOUANNES, WASSIM E / 1780799965 | 30 0 | 20 | 0 | $ 4.00 |
| 02/18/2008 / 11/27/2007 | 7714503 / 3760777 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | PARKER, SCOTT ROBINSON / 1528155660 | 60 1 | 30 | 0 | $ 4.00 |
| 02/18/2008 / 12/11/2007 | 7718462 / 3760776 | KLOR-CON M20 TAB / 00245-0058-11 | NORTON, MARK / 1881608495 | 30 1 | 30 | 0 | $ 15.84 |
| 03/10/2008 / 11/27/2007 | 7714503 / 3778130 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | PARKER, SCOTT ROBINSON / 1528155660 | 60 2 | 30 | 0 | $ 4.00 |
| 03/21/2008 / 03/21/2008 | 7747278 / 3785909 | FUROSEMIDE 40MG TAB / 00378-0216-01 | MOUANNES, WASSIM E / 1780799965 | 60 0 | 30 | 0 | $ 8.00 |
| 03/28/2008 / 02/08/2008 | 7734504 / 3790858 | DIGITEK 0.125MG TAB / 51079-0945-63 | MOUANNES, WASSIM E / 1780799965 | 30 0 | 30 | 0 | $ 4.00 |
| 04/04/2008 / 11/27/2007 | 7714503 / 3796073 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | PARKER, SCOTT ROBINSON / 1528155660 | 60 3 | 30 | 0 | $ 4.00 |
| 04/11/2008 / 12/11/2007 | 7718462 / 3800767 | KLOR-CON M20 TAB / 00245-0058-11 | NORTON, MARK / 1881608495 | 30 2 | 30 | 0 | $ 15.84 |
| 05/14/2008 / 11/27/2007 | 7714503 / 3823804 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | PARKER, SCOTT ROBINSON / 1528155660 | 60 4 | 30 | 0 | $ 4.00 |
| 06/03/2008 / 03/21/2008 | 7747278 / 3837178 | FUROSEMIDE 40MG TAB / 00378-0216-01 | MOUANNES, WASSIM E / 1780799965 | 30 1 | 15 | 0 | $ 4.00 |
| 06/24/2008 / 11/27/2007 | 7714503 / 3851983 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | PARKER, SCOTT ROBINSON / 1528155660 | 60 5 | 30 | 0 | $ 4.00 |
| 07/31/2008 / 03/21/2008 | 7747278 / 3877185 | FUROSEMIDE 40MG TAB / 00378-0216-01 | MOUANNES, WASSIM E / 1780799965 | 30 2 | 15 | 0 | $ 4.00 |
| 08/13/2008 / 11/27/2007 | 7714503 / 3887086 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | PARKER, SCOTT ROBINSON / 1528155660 | 60 6 | 30 | 0 | $ 4.00 |
| 08/13/2008 / 02/08/2008 | 7734504 / 3887088 | DIGOXIN 0.125MG TAB / 00527-1324-01 | MOUANNES, WASSIM E / 1780799965 | 30 1 | 30 | 0 | $ 4.00 |
| 08/13/2008 / 03/21/2008 | 7747278 / 3887085 | FUROSEMIDE 40MG TAB / 00378-0216-01 | MOUANNES, WASSIM E / 1780799965 | 30 3 | 15 | 0 | $ 4.00 |
| 08/13/2008 / 12/11/2007 | 7718462 / 3887087 | KLOR-CON M20 TAB / 00245-0058-11 | NORTON, MARK / 1881608495 | 30 3 | 30 | 0 | $ 15.84 |
| 10/24/2008 / 02/08/2008 | 8825258 / 3939317 | ASPIRIN 81MG EC TAB / 63739-0272-01 | MOUANNES, WASSIM E / 1780799965 | 30 0 | 30 | 0 | $ 4.00 |
| 10/24/2008 / 02/08/2008 | 7734505 / 3939316 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | MOUANNES, WASSIM E / 1780799965 | 60 0 | 30 | 0 | $ 4.00 |
| 10/24/2008 / 03/21/2008 | 7747278 / 3939314 | FUROSEMIDE 40MG TAB / 00378-0216-01 | MOUANNES, WASSIM E / 1780799965 | 30 4 | 15 | 0 | $ 4.00 |
| 01/12/2009 / 02/08/2008 | 7734505 / 3999649 | CARVEDILOL 3.125MG TAB / 00378-3631-01 | MOUANNES, WASSIM E / 1780799965 | 60 1 | 30 | 0 | $ 4.00 |
| 01/12/2009 / 02/08/2008 | 7734504 / 3999652 | DIGOXIN 0.125MG TAB / 00527-1324-01 | MOUANNES, WASSIM E / 1780799965 | 30 2 | 30 | 0 | $ 4.00 |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO**

Store #: 501
Report Date: 08/20/2013

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-501**
**Medical Expenses Summary**

Patient:   GRAHAM, ALBERT,
           23 GRAHAM DRIVE
           LAUREL MS-39440

Birthdate:  06/01/1951

Below is a list of your Pharmacy Orders for the date range of: 01/01/2008 To 08/20/2013

**Wal-Mart Pharmacy, 1621 HWY 15 NORTH, LAUREL MS-39440**
**NABP Number: 2513984  ID: BW5376163  NPI Number: 1609893007**

| Date Filled / Date Written | Rx Fill ID | Drug Name / NDC | Prescriber / Physician NPI | Qty Refill # | Days Supply | Dispense As Written | Patient Paid TP Ref # |
|---|---|---|---|---|---|---|---|
| 01/12/2009 02/08/2008 | 7734506 3999650 | DIOVAN 40MG TAB 00078-0423-15 | MOUANNES, WASSIM E 1780799965 | 30 0 | 30 | 0 | $ 62.36 |
| 01/12/2009 03/21/2008 | 7747278 3999651 | FUROSEMIDE 40MG TAB 00378-0216-01 | MOUANNES, WASSIM E 1780799965 | 30 5 | 15 | 0 | $ 4.00 |
| 01/12/2009 02/08/2008 | 7734507 3999654 | KLOR-CON M20 TAB 00245-0058-11 | MOUANNES, WASSIM E 1780799965 | 30 0 | 30 | 0 | $ 15.84 |
| 01/12/2009 02/08/2008 | 7734503 3999655 | WARFARIN 5MG TAB 62584-0994-77 | MOUANNES, WASSIM E 1780799965 | 30 1 | 20 | 0 | $ 4.00 |
| 06/05/2009 04/24/2009 | 7852723 4111228 | CARVEDILOL 6.25MG TAB 00378-3632-01 | MOUANNES, WASSIM E 1780799965 | 60 0 | 30 | 0 | $ 4.00 |

Report Date: 08/20/2013
Attested To By:

_[signature]_
Registered Pharmacist

**Total: $ 286.60**

**\*\*PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

Store #: 501
Report Date: 08/20/2013

**Connexus Pharmacy System**
**Wal-Mart Pharmacy10-501**
**Medical Expenses Summary**

**Patient:** GRAHAM, ALBERT,
23 GRAHAM DRIVE
LAUREL MS-39440

**Birthdate:** 06/01/1951

Below is a list of your Pharmacy Orders for the date range of: 01/01/2008 To 08/20/2013

Wal-Mart Pharmacy, 1621 HWY 15 NORTH, LAUREL MS-39440
NABP Number:2513984   ID: BW5376163   NPI Number :1609893007

| Date Filled / Date Written | Rx Fill ID | Drug Name / NDC | Prescriber / Physician NPI | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid / TP Ref # |
|---|---|---|---|---|---|---|---|
| 01/12/2009 02/08/2008 | 7734506 3999650 | DIOVAN 40MG TAB 00078-0423-15 | MOUANNES, WASSIM E 1780799965 | 30 0 | 30 | 0 | $ 62.36 |
| 01/12/2009 03/21/2008 | 7747278 3999651 | FUROSEMIDE 40MG TAB 00378-0216-01 | MOUANNES, WASSIM E 1780799965 | 30 5 | 15 | 0 | $ 4.00 |
| 01/12/2009 02/08/2008 | 7734507 3999654 | KLOR-CON M20 TAB 00245-0058-11 | MOUANNES, WASSIM E 1780799965 | 30 0 | 30 | 0 | $ 15.84 |
| 01/12/2009 02/08/2008 | 7734503 3999655 | WARFARIN 5MG TAB 62584-0994-77 | MOUANNES, WASSIM E 1780799965 | 30 1 | 20 | 0 | $ 4.00 |
| 06/05/2009 04/24/2009 | 7852723 4111228 | CARVEDILOL 6.25MG TAB 00378-3632-01 | MOUANNES, WASSIM E 1780799965 | 60 0 | 30 | 0 | $ 4.00 |

Report Date :08/20/2013
Attested To By :

_[signature]_
Registered Pharmacist

**Total: $ 286.60**

**\*\*PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**
**WAL\*MART STORES, INC.**

## Patient Medication Entry

**Graham, Albert L**   MRN: 6948038   DOB: 6/1/1951   63 yr   M

Dup: ☐                    Coreg (carvedilol)                    Add to My Common List: ☐

☐ **Provider:** Mouannes, Wassim (690)
**Date Prescribed:** 4/24/2009     **Last Renewal Date:** 4/24/2009
**Strength:** 6.25 mg     **Form:** tablet     **Route:** oral
**Dosage:** 1     tablet(s)
**Frequency:** BID
**Long Term:** ☑   **Duration:**     **Quantity:** 60     Administered/Sample
**Chronic:** ☑
**Refills:** 0     **Last Refill Date:** None
**Reason:**
**Instructions:**
**Source of Request:** pt needs appointment
**Notes:**
**Pharmacy:** WalMart, Laurel, 1621 Hwy 15 N, Laurel, (601) 649-4672

Date Created: 4/24/2009 1:13:05 PM    Date Updated: 4/24/2009 1:13:05 PM
Created By: Diann Steiner, MA              Updated By: Diann Steiner, MA

Appt List  Worklist                    Cancel                    New Search  Same Search

